1 | Victoria Tenisha Shanae Dillihunt (Full Name)

2 | dillihuntvictoria@yahoo.com (Email Address)

3 | 12035 S Broadway # K (Address Line 1)  Homeless this is old address

Related DDJ

4 | Los Angeles CA, 90061 (Address Line 2)

5 | No phone (use email) (Phone Number)

**FILED**
CLERK, U.S. DISTRICT COURT

6/24/24

CENTRAL DISTRICT OF CALIFORNIA
BY: __CS__ DEPUTY

6 | Plaintiff in Pro Per

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

Case No.: CV24-5493-FMO(MAR)

Victoria Tenisha Shanae Dillihunt,

**Case No.:** _____
(To be supplied by the Clerk)

Plaintiff,

vs.

Flores, Buenos Aires
Basilica de San José de Flores
Military bishopric of the Argentine Republic
Los Angeles Maritime Museum

Defendant(s).

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒Yes ☐ No

*(All paragraphs and pages must be numbered.)*

**I. JURISDICTION**

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

**II. VENUE**

2. Venue is proper pursuant to 28 U.S.C. § 1391 because ___ The situation took place in County of plaintiff's residence

Form prepared by Public
Counsel. © 2010, 2023 Public
Counsel. All rights reserved.
Revised: October 2023

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Congressional Record--Appendix, pp. A34-A35**
**Current Communist Goals**

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

## CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.



**III. PARTIES**

3.    Plaintiff _____ Victoria Tenisha Shanae Dillihunt _____ resides at:

*(your full name)*

12035 S. Broadway #K

Los Angeles CA, 90061

*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _Flores, Buenas Aires_ works at

*(full name of Defendant)*

_Uspallata 3160_

*(Defendant's place of work)*

Defendant's title or position is _Head of Government: Jorge Macri_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because: defendant is a part of

the charades of witchcraft. Ex:

5. Defendant _Basilica de San José de Flores_ works at

*(full name of Defendant)*

_Av. Rivadavia 6950, C1406GLZ, C1406GLZ, Cdad. Autónoma de Buenos Aires, Argentina_

*(Defendant's place of work)*

Defendant's title or position is _Overseer_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ■ official capacity

This Defendant was acting under color of law because: defendant is a part of

the charades of witchcraft. Ex: _Church where Pope_

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant Military bishopric of the Argentina Republic works at
*Insert ¶ #*                              *(full name of Defendant)*

2

3

Av. Comodoro Py 1925, C1104BEA, Buenos Aires
*(Defendant's place of work)*

4

5

Defendant's title or position is Bishop Santiago Olivera
*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

■ individual capacity          ■ official capacity

8

9

This Defendant was acting under color of law because defendant is a part of

10

the charades of witchcraft. EX: Sant Ti + Ago = St. T + AGO O + Live + Ra = Oh! Live RA

11

Side Note: If I am struggling with finding names then I will put owner, sup-

12

ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16

___. Defendant Los Angeles Maritime Museum works at
*Insert ¶ #*                              *(full name of Defendant)*

17

18

84 Foot of 6th St Berthing, San Pedro, CA 90731
*(Defendant's place of work)*

19

20

Defendant's title or position is Director: Marifrances Trivelli
*(Defendant's title or position at place of work)*

21

22

23

This Defendant is sued in his/her (check one or both):

24

■ individual capacity          ■ official capacity

25

This Defendant was acting under color of law because defendant is a part of

26

the charades of witchcraft. EX:

27

Side Note: If I am struggling with finding names then I will put owner, sup-

28

ervisor, etc just to reference a Leading title of a persons position.

1 ____. Defendant _Flower Neighborhood Museum_____ works at
2 *Insert ¶ #*                *(full name of Defendant)*
3 _Ramon Falcon 1893, Buenos Aires 1407 Argentina_
                              *(Defendant's place of work)*

4

5 Defendant's title or position is ____Ceo____
6                                              *(Defendant's title or position at place of work)*
   This Defendant is sued in his/her (check one or both):

7
         ■ individual capacity              ■ official capacity
8

9 This Defendant was acting under color of law because **defendant is a part of**
10 **the charades of witchcraft. EX:**
11 Side Note: If I am struggling with finding names then I will put owner, sup-
12 ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16 ____. Defendant _Atlas de Flores Cinema_____ works at
17 *Insert ¶ #*                *(full name of Defendant)*
18 _Rivera Indarte Street 44 intersection Av. Rivadavia, Buenos Aires CA1061XB Argentina_
                              *(Defendant's place of work)*
19

20 Defendant's title or position is ____Ceo____
21                                              *(Defendant's title or position at place of work)*
22

23 This Defendant is sued in his/her (check one or both):

24         ■ individual capacity              ■ official capacity

25 This Defendant was acting under color of law because **defendant is a part of**
26 **the charades of witchcraft. EX:**
27 Side Note: If I am struggling with finding names then I will put owner, sup-
28 ervisor, etc just to reference a Leading title of a persons position.


_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant __Sunken City, San Pedro__ works at
*Insert ¶ #*            *(full name of Defendant)*

2    __500 W. Paseo del Mar, Los Angeles CA 90731__
3                          *(Defendant's place of work)*

4

5    Defendant's title or position is __An illusion__
                                  *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

8         ■ individual capacity              ■ official capacity

9    This Defendant was acting under color of law because defendant is a part of

10   the charades of witchcraft. EX:

11   Side Note: If I am struggling with finding names then I will put owner, sup-

12   ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16   ___. Defendant __St Peter Catholic Church (San Pedro)__ works at
17   *Insert ¶ #*            *(full name of Defendant)*

18   __575 W Ofarrell St, San Pedro, CA 90731__
19                          *(Defendant's place of work)*

20   Defendant's title or position is __Fr. Ivan Hernandez__
21                                  *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24        ■ individual capacity              ■ official capacity

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft. EX:

27   Side Note: If I am struggling with finding names then I will put owner, sup-

28   ervisor, etc just to reference a Leading title of a persons position.

1    ___.  Defendant  San Pedro, CA _____ works at
            *Insert ¶ #*                    *(full name of Defendant)*
2
     638 S. Beacon St #1089, San Pedro CA 90731
3                                *(Defendant's place of work)*

4

5    Defendant's title or position is  Councilman: Tim McOsher
                                          *(Defendant's title or position at place of work)*
6
     This Defendant is sued in his/her (check one or both):
7
           ☒ individual capacity           ☒ official capacity
8

9    This Defendant was acting under color of law because  defendant is a part of
10   the charades of witchcraft. EX:

11   Side Note: If I am struggling with finding names then I will put owner, sup-
12   ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16   ___.  Defendant  The Gardens Casino _____ works at
            *Insert ¶ #*                    *(full name of Defendant)*
17
     11871 E. Carson St, Hawaiian Gardens CA 90716
18                                *(Defendant's place of work)*

19

20   Defendant's title or position is  Ceo
21                                        *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24         ☒ individual capacity           ☒ official capacity

25   This Defendant was acting under color of law because  defendant is a part of
26   the charades of witchcraft. EX:

27   Side Note: If I am struggling with finding names then I will put owner, sup-
28   ervisor, etc just to reference a Leading title of a persons position.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
___. Defendant Baps Shri Swaminarayan Mandir, Chino Hills works at
*Insert ¶ #*                      *(full name of Defendant)*

2
3
15100 Fairfield Ranch Rd, Chino Hills  CA 91709
                         *(Defendant's place of work)*

4
5
Defendant's title or position is ___overseer___
                                *(Defendant's title or position at place of work)*

6
This Defendant is sued in his/her (check one or both):

7
■ individual capacity                    ■ official capacity

8
9
This Defendant was acting under color of law because **defendant is a part of**

10
**the charades of witchcraft. EX:**

11
**Side Note: If I am struggling with finding names then I will put owner, sup-**

12
**ervisor, etc just to reference a Leading title of a persons position.**

13
14
15
16
___. Defendant *Powder Canyon* works at

17
*Insert ¶ #*                  *(full name of Defendant)*

18
2345 Fullerton Rd, La Habra Heights, CA 90631
                         *(Defendant's place of work)*

19
20
Defendant's title or position is ___overseer___
                                *(Defendant's title or position at place of work)*

21
22
23
This Defendant is sued in his/her (check one or both):

24
■ individual capacity                    ■ official capacity

25
This Defendant was acting under color of law because **defendant is a part of**

26
**the charades of witchcraft. EX:**

27
**Side Note: If I am struggling with finding names then I will put owner, sup-**

28
**ervisor, etc just to reference a Leading title of a persons position.**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
___. Defendant _Rose Hills Mortuary_ works at
2 *Insert ¶ #*  _3888 Workman Mill Rd Whittier CA, 90601_
3 *(full name of Defendant)*
   *(Defendant's place of work)*
4

5 Defendant's title or position is _overseer_
6 *(Defendant's title or position at place of work)*
7 This Defendant is sued in his/her (check one or both):
8 ■ individual capacity    ■ official capacity
9

10 This Defendant was acting under color of law because **defendant is a part of**
**the charades of witchcraft. EX:**
11 **Side Note: If I am struggling with finding names then I will put owner, sup-**
12 **ervisor, etc just to reference a Leading title of a persons position.**
13

14

15

16 ___. Defendant _Medieval Times Dinner & Tournament_ works at
17 *Insert ¶ #*  _7662 Beach Blvd, Buena Park, CA 90620_
18 *(full name of Defendant)*
   *(Defendant's place of work)*
19

20 Defendant's title or position is _Ceo_
21 *(Defendant's title or position at place of work)*
22

23 This Defendant is sued in his/her (check one or both):
24 ■ individual capacity    ■ official capacity
25 This Defendant was acting under color of law because **defendant is a part of**
**the charades of witchcraft. EX:**
26
27 **Side Note: If I am struggling with finding names then I will put owner, sup-**
**ervisor, etc just to reference a Leading title of a persons position.**
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Deadwood Hollow                               works at

2  Insert ¶ #                    *(full name of Defendant)*

3  3228 Braemar Ln, Corona, CA 92882
                    *(Defendant's place of work)*

4

5  Defendant's title or position is   Supervisor

6                                   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):

7       ■ individual capacity           ■ official capacity

8

9  This Defendant was acting under color of law because  defendant is a part of

10 the charades of witchcraft. EX:

11 Side Note: If I am struggling with finding names then I will put owner, sup-

12 ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16 ___. Defendant Peters Canyon South Trailhead            works at

17 Insert ¶ #                    *(full name of Defendant)*

18 Tustin CA
                    *(Defendant's place of work)*

19

20 Defendant's title or position is   Overseer

21                                   *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24      ■ individual capacity           ■ official capacity

25 This Defendant was acting under color of law because  defendant is a part of

26 the charades of witchcraft. EX:

27 Side Note: If I am struggling with finding names then I will put owner, sup-

28 ervisor, etc just to reference a Leading title of a persons position.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1     \_\_\_. Defendant _John Allen Amos Jr_    works at

2   Insert ¶ #             *(full name of Defendant)*

3   _1050 Broadway, Suite 304A, New York, NY 10019_
              *(Defendant's place of work)*

5 Defendant's title or position is _Actor @ Roger Paul Jne_
                      *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ■ individual capacity        ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

16     \_\_\_. Defendant _Mike Oattenbirg_    works at

17   Insert ¶ #              *(full name of Defendant)*

18   _9696 Wilshire Blvd, Suite 300, Beverly Hills CA 90212_
              *(Defendant's place of work)*

20 Defendant's title or position is _Director/Writer @ Echo Lake Productions_
                *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ■ individual capacity        ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Ekono 99_____ works at

Insert ¶ #          *(full name of Defendant)*

__1940 N. Bulls Rd #1238, Compton CA, 90001__.

*(Defendant's place of work)*

Defendant's title or position is __CEO_____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

▪ individual capacity          ▪ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.


___. Defendant __Louis Burger II_____ works at

Insert ¶ #          *(full name of Defendant)*

__1501 Rosecrans Ave, Compton CA 90221__

*(Defendant's place of work)*

Defendant's title or position is __CEO_____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

▪ individual capacity          ▪ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant *Colson Baker (Machine I Load y'all)* works at
     *Insert ¶ #*                     *(full name of Defendant)*

2  *2220 Colorado Ave 5Th Fl Santa Monica CA 90404*
3                                      *(Defendant's place of work)*

4

5  Defendant's title or position is *Artist @ Interscope Records*
6                                      *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):
8       ■ individual capacity             ■ official capacity

9
10 This Defendant was acting under color of law because defendant is a part of
    the charades of witchcraft. EX:

11 Side Note: If I am struggling with finding names then I will put owner, sup-
12 ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16 ___. Defendant *Lisaraye McCoy*
17      *Insert ¶ #*                     *(full name of Defendant)*         works at

18 *5455 Wilshire Blvd, Suite 1100, Los Angeles CA 90036*
19                                 *(Defendant's place of work)*

20 Defendant's title or position is *actress @ Daniel Hoff Agency*
21                                  *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):
24      ■ individual capacity             ■ official capacity

25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft. EX:

27 Side Note: If I am struggling with finding names then I will put owner, sup-
28 ervisor, etc just to reference a Leading title of a persons position.

1  ___.  Defendant  *Tahj Gautier*  works at
   *Insert ¶ #*  *(full name of Defendant)*

2  2700 Colorado Ave, Santa Monica, CA 90404

3  *(Defendant's place of work)*

4

5  Defendant's title or position is  *Employee @*

6  *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):

7  ■ individual capacity                    ■ official capacity

8

9  This Defendant was acting under color of law because  defendant is a part of

10 the charades of witchcraft. EX: *Old acquaintance of mine & Will Smiths former assistant*

11 Side Note: If I am struggling with finding names then I will put owner, sup-

12 ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16 ___.  Defendant  *Jada Pinkett Smith*  works at
   *Insert ¶ #*  *(full name of Defendant)*

17

18 10250 Constellation Blvd, 9th Floor, Los Angeles, CA 90067

19 *(Defendant's place of work)*

20 Defendant's title or position is  *Actress*

21 *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24 ■ individual capacity                    ■ official capacity

25 This Defendant was acting under color of law because  defendant is a part of

26 the charades of witchcraft. EX:

27 Side Note: If I am struggling with finding names then I will put owner, sup-

28 ervisor, etc just to reference a Leading title of a persons position.

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant  Bill Clinton  works at
*Insert ¶ #*                 *(full name of Defendant)*
1200 President Clinton Ave, Little Rock, AR 72201
                              *(Defendant's place of work)*

Defendant's title or position is  Former President of USA
                                   *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ■ individual capacity            ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, sup-
ervisor, etc just to reference a Leading title of a persons position.

___. Defendant  Lionsgate Studio  works at
*Insert ¶ #*                 *(full name of Defendant)*
2700 Colorado Ave, Senator Monica, CA 90404
                              *(Defendant's place of work)*

Defendant's title or position is  Ceo: Jon Feltheimer
                                   *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ■ individual capacity            ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, sup-
ervisor, etc just to reference a Leading title of a persons position.

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Parc des Princes (Princes Park)_ works at

Insert ¶ #   *(full name of Defendant)*

_24 Rue du Commandant Guilbaud 75016 Paris, Ile-de-France, France_

*(Defendant's place of work)*

Defendant's title or position is _CEO_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because _defendant is a part of_
the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, sup-
ervisor, etc just to reference a Leading title of a persons position.

___. Defendant _Cerritos College_ works at

Insert ¶ #   *(full name of Defendant)*

_11110 Alondra Blvd, Norwalk, CA 90050_

*(Defendant's place of work)*

Defendant's title or position is _President ; Jose Fierro_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because _defendant is a part of_
the charades of witchcraft. EX: _Nickname : Falcons_

Side Note: If I am struggling with finding names then I will put owner, sup-
ervisor, etc just to reference a Leading title of a persons position.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___.  Defendant _Compton College,_____ works at
2   *Insert ¶ #*
3   _IIII E Artesia Blvd Compton CA 90221_____
                        *(Defendant's place of work)*

4
5   Defendant's title or position is _President : Keith Curry_____
                                      *(Defendant's title or position at place of work)*
6
7   This Defendant is sued in his/her (check one or both):
8        ▣ individual capacity          ▣ official capacity
9   This Defendant was acting under color of law because _defendant is a part of_
10  the charades of witchcraft. EX: _Nickname : Tartars_____
11  Side Note: If I am struggling with finding names then I will put owner, sup-
12  ervisor, etc just to reference a Leading title of a persons position.
13
14
15
16  ___.  Defendant _Los Angeles City College_____ works at
17  *Insert ¶ #*
18  _855 N. Vermont Ave, Los Angeles CA 90029____
                        *(Defendant's place of work)*
19
20  Defendant's title or position is _President : Amanuel Gebru_____
                                      *(Defendant's title or position at place of work)*
21
22
23  This Defendant is sued in his/her (check one or both):
24       ▣ individual capacity          ▣ official capacity
25  This Defendant was acting under color of law because _defendant is a part of_
26  the charades of witchcraft. EX: _Nickname : Cubs_____
27  Side Note: If I am struggling with finding names then I will put owner, sup-
28  ervisor, etc just to reference a Leading title of a persons position.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _Cube Vision, Inc_____ works at

2  _Insert ¶ #_ 9000 W. Sunset Blvd, West Hollywood CA 90069 .

3  *(full name of Defendant)*

*(Defendant's place of work)*

4

5  Defendant's title or position is _Ceo; Ice Cube_____

*(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7  ■ individual capacity          ■ official capacity

8

9  This Defendant was acting under color of law because **defendant is a part of**

10 the charades of witchcraft. EX:

11 Side Note: If I am struggling with finding names then I will put owner, sup-

12 ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16 ___. Defendant _Long Beach City College,_____ works at

17 _Insert ¶ #_ 4901 E. Carson St, Long Beach CA 90808

*(full name of Defendant)*

18 *(Defendant's place of work)*

19

20 Defendant's title or position is _President; Mike Muñoz____

21 *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24 ■ individual capacity          ■ official capacity

25 This Defendant was acting under color of law because **defendant is a part of**

26 the charades of witchcraft. EX: Nickname; Vikings

27 Side Note: If I am struggling with finding names then I will put owner, sup-

28 ervisor, etc just to reference a Leading title of a persons position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant _____ EL inferno restaurant _____ works at
*Insert ¶ #*  *(full name of Defendant)*

2

12130 Long Beach Blvd, Lynwood, CA 90262 .
*(Defendant's place of work)*

3

4

5

Defendant's title or position is _____ Ceo _____ .
*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

☒ individual capacity            ☒ official capacity

8

9

This Defendant was acting under color of law because defendant is a part of

10

the charades of witchcraft. EX:

11

Side Note: If I am struggling with finding names then I will put owner, sup-

12

ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16

___. Defendant _____ Chicos Pizza Parlor _____ works at
*Insert ¶ #*  *(full name of Defendant)*

17

18

12120 Long Beach Blvd, Lynwood, CA 90262 .
*(Defendant's place of work)*

19

20

Defendant's title or position is _____ ceo _____ .
*(Defendant's title or position at place of work)*

21

22

23

This Defendant is sued in his/her (check one or both):

24

☒ individual capacity            ☒ official capacity

25

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. EX:

26

Side Note: If I am struggling with finding names then I will put owner, sup-

27

ervisor, etc just to reference a Leading title of a persons position.

28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant _____ King Taco _____ works at

Insert ¶ #                              *(full name of Defendant)*

2

_____ 12102 Long Beach Blvd, Lynwood, CA 90262 _____ .

3

*(Defendant's place of work)*

4

5

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

■ individual capacity          ■ official capacity

8

9

This Defendant was acting under color of law because defendant is a part of

10

the charades of witchcraft. EX:

11

Side Note: If I am struggling with finding names then I will put owner, sup-

12

ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16

___. Defendant _____ Julian's Liqour _____ works at

17

Insert ¶ #                              *(full name of Defendant)*

18

_____ 12109 Long Beach Blvd, Lynwood, CA 90262 _____ .

*(Defendant's place of work)*

19

20

Defendant's title or position is _____ ceo _____ .

21

*(Defendant's title or position at place of work)*

22

23

This Defendant is sued in his/her (check one or both):

24

■ individual capacity          ■ official capacity

25

This Defendant was acting under color of law because defendant is a part of

26

the charades of witchcraft. EX:

27

Side Note: If I am struggling with finding names then I will put owner, sup-

28

ervisor, etc just to reference a Leading title of a persons position.

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Carz R Us _____ works at

Insert ¶ # *(full name of Defendant)*

11605 Long Beach Blvd, Lynwood, CA 90262 .

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___. Defendant _____ CARZ R US 1 _____ works at

Insert ¶ # *(full name of Defendant)*

14251 E. 200 N. Rd      Heyworth, IL 61745 .

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: Mr. Cevat Karasen _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

____.  Defendant _____ Rosie's Beauty Salon _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

2

12223 Long Beach Blvd, Lynwood, CA 90262                                .

*(Defendant's place of work)*

3

4

5

Defendant's title or position is _____ Ceo _____.

*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

■ individual capacity                    ■ official capacity

8

9

This Defendant was acting under color of law because defendant is a part of

10

the charades of witchcraft. EX:

11

Side Note: If I am struggling with finding names then I will put owner, sup-

12

ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16

____.  Defendant _____ Rosy Salon Software _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

17

18

1020 Parkview Blvd., Lombard, IL 60148                                .

*(Defendant's place of work)*

19

20

Defendant's title or position is _____ Ceo _____.

*(Defendant's title or position at place of work)*

21

22

23

This Defendant is sued in his/her (check one or both):

24

■ individual capacity                    ■ official capacity

25

This Defendant was acting under color of law because defendant is a part of

26

the charades of witchcraft. EX:

27

Side Note: If I am struggling with finding names then I will put owner, sup-

28

ervisor, etc just to reference a Leading title of a persons position.

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Olympus America Inc _____ works at
*Insert ¶ #* *(full name of Defendant)*

1020 Parkview Blvd, Lombard, IL 60148 .
*(Defendant's place of work)*

Defendant's title or position is _____ Ceo _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, sup-
ervisor, etc just to reference a Leading title of a persons position.

___.  Defendant _____ Star Air _____ works at
*Insert ¶ #* *(full name of Defendant)*

Plot 13A, KIADB Hi-Tech Defence and Aerospace Park, Road No. 1, Bangalore-562149 Bangalore .
*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: Simran Singh Tiwana _____ .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, sup-
ervisor, etc just to reference a Leading title of a persons position.

1    ___. Defendant _____ **Star Air Kontrol** _____ works at

2    *Insert ¶ #*                      *(full name of Defendant)*

3    _____ 438 W Taft Ave, Orange, CA 92865 _____ .

                        *(Defendant's place of work)*

4

5    Defendant's title or position is _____ Ceo _____ .

                              *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7       ▇ individual capacity                    ▇ official capacity

8

9    This Defendant was acting under color of law because defendant is a part of

10   the charades of witchcraft. EX:

11   Side Note: If I am struggling with finding names then I will put owner, sup-

12   ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16   ___. Defendant _____ **Star Air Kontrol** _____ works at

17   *Insert ¶ #*                      *(full name of Defendant)*

18   _____ 9455 Chivers Ave, Shadow Hills, CA 91352 _____ .

                        *(Defendant's place of work)*

19

20   Defendant's title or position is _____ Ceo _____ .

                              *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24       ▇ individual capacity                    ▇ official capacity

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft. EX:

27   Side Note: If I am struggling with finding names then I will put owner, sup-

28   ervisor, etc just to reference a Leading title of a persons position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____**Sierra Madre**_____ works at

Insert ¶ #                                        *(full name of Defendant)*

232 W. Sierra Madre Blvd., Sierra Madre, CA 91024 .

*(Defendant's place of work)*

Defendant's title or position is ___Mayor: Edward Garcia & Mayor Pro Tem   Kelly Kriebs___.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

___. Defendant _____**Archdiocesan Shrine of Santo Niño**_____ works at

Insert ¶ #                                        *(full name of Defendant)*

600 Lorenzo, 1012 L. Chacon, Tondo, Manila, Philippines .

*(Defendant's place of work)*

Defendant's title or position is _____**overseer**_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, supervisor, etc just to reference a Leading title of a persons position.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant ___Minor Basilica of the Holy Child of Cebu___ works at

2

*Insert ¶ #*                          *(full name of Defendant)*

Pilgrim's Center, Osmeña Blvd, Cebu City, 6000 Cebu, Philippines .

3

*(Defendant's place of work)*

4

5

Defendant's title or position is _____ overseer _____.

*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

◼ individual capacity            ◼ official capacity

8

9

This Defendant was acting under color of law because defendant is a part of

10

the charades of witchcraft. EX:

11

Side Note: If I am struggling with finding names then I will put owner, sup-

12

ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16

___. Defendant ___Basilica Del Santo Niño Museum___ works at

17

*Insert ¶ #*                          *(full name of Defendant)*

18

7WV2+JH6, Cebu City, 6000 Cebu, Philippines .

*(Defendant's place of work)*

19

20

Defendant's title or position is _____ overseer _____.

21

*(Defendant's title or position at place of work)*

22

23

This Defendant is sued in his/her (check one or both):

24

◼ individual capacity            ◼ official capacity

25

This Defendant was acting under color of law because defendant is a part of

26

the charades of witchcraft. EX:

27

Side Note: If I am struggling with finding names then I will put owner, sup-

28

ervisor, etc just to reference a Leading title of a persons position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant ___Quiapo Church (Minor Basilica and National Shrine of Jesus Nazareno)___ works at

*Insert ¶ #*                    *(full name of Defendant)*

910 Plaza Miranda, Quiapo, Manila, 1001 Metro Manila, Philippines .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ▣ individual capacity               ▣ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, sup-
ervisor, etc just to reference a Leading title of a persons position.

____. Defendant _____ 1730 Jesuit House _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

26 Zulueta St, Cebu City, 6000 Cebu, Philippines .

*(Defendant's place of work)*

Defendant's title or position is _____ overseer _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

   ▣ individual capacity               ▣ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, sup-
ervisor, etc just to reference a Leading title of a persons position.

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ isla noah _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

8276+9WP, isuya, Lapu-Lapu City, Cebu, Philippines .

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, sup-

ervisor, etc just to reference a Leading title of a persons position.

___. Defendant   Basilica of Saint Mary of the Altar in Heaven   works at

*Insert ¶ #*                    *(full name of Defendant)*

Scala dell'Arce Capitolina, 12, 00186 Roma RM, Italy .

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, sup-

ervisor, etc just to reference a Leading title of a persons position.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Infant Jesus of Mechelen _____ works at
*Insert ¶ #*                              *(full name of Defendant)*

_____ Musée du Louvre, 75001, Paris, France _____ .
                          *(Defendant's place of work)*

Defendant's title or position is _____ Director: Laurence des Cars _____ .
                                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because  defendant is a part of
the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, sup-
ervisor, etc just to reference a Leading title of a persons position.

___. Defendant _____ Bambino Gesù di Aracœli ("Child Jesus of Aracœli") _____ works at
*Insert ¶ #*                              *(full name of Defendant)*

_____ Scala dell'Arce Capitolina 12 Rome _____ .
                          *(Defendant's place of work)*

Defendant's title or position is _____ Cardinal protector:   Salvatore De Giorgi _____ .
                                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because  defendant is a part of
the charades of witchcraft. EX:

Side Note: If I am struggling with finding names then I will put owner, sup-
ervisor, etc just to reference a Leading title of a persons position.

1

___. Defendant _____ Grand Temple _____ works at

2

*Insert ¶ #*                          *(full name of Defendant)*

Lungotevere de' Cenci, 00186 Roma RM, Italy .

3

*(Defendant's place of work)*

4

5

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

◼ individual capacity        ◼ official capacity

8

9

This Defendant was acting under color of law because defendant is a part of

10

the charades of witchcraft. EX:

11

Side Note: If I am struggling with finding names then I will put owner, sup-

12

ervisor, etc just to reference a Leading title of a persons position.

13

14

15

16

___. Defendant _____ MONK _____ works at

17

*Insert ¶ #*                          *(full name of Defendant)*

18

Via Giuseppe Mirri, 35, 00159 Roma RM, Italy .

*(Defendant's place of work)*

19

20

Defendant's title or position is _____ ceo _____.

21

*(Defendant's title or position at place of work)*

22

This Defendant is sued in his/her (check one or both):

23

24

◼ individual capacity        ◼ official capacity

25

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. EX:

26

Side Note: If I am struggling with finding names then I will put owner, sup-

27

ervisor, etc just to reference a Leading title of a persons position.

28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___.  Defendant _____ Macs Smog _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

2   _____ 12710 Long Beach Blvd, Lynwood, CA 90262 _____.

3                            *(Defendant's place of work)*

4

5   Defendant's title or position is _____ Ceo _____.

                                    *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7          ☐ individual capacity              ☑ official capacity

8

9   This Defendant was acting under color of law because  defendant is a part of

10  the charades of witchcraft. Ex: _____

11  _____

12  _____

13  _____

14

15

16  ___.  Defendant _____ Mac's Auto Center _____ works at

17  *Insert ¶ #*                         *(full name of Defendant)*

18  _____ 12710 Long Beach Blvd, Lynwood, CA 90262 _____.

19                           *(Defendant's place of work)*

20  Defendant's title or position is _____ Ceo _____.

21                           *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24         ☐ individual capacity              ☑ official capacity

25  This Defendant was acting under color of law because  defendant is a part of

26  the charades of witchcraft. Ex: _____

27  _____

28  _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _____Inka Multiservices Courier Travel Productos Peruanos_____ works at

2  *Insert ¶ #*                          *(full name of Defendant)*
   _____1702 N Long Beach Blvd,  Compton CA 90221_____.

3  *(Defendant's place of work)*

4

5  Defendant's title or position is _____Ceo_____.

   *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7      ☐ individual capacity               ☑ official capacity

8

9  This Defendant was acting under color of law because ___defendant is a part of___

10 the charades of witchcraft. Ex: _____

11 _____

12 _____

13 _____

14

15

16 ___. Defendant _____Optimal Schools_____ works at

17 *Insert ¶ #*                          *(full name of Defendant)*
   _____1300 E Palmer St, Compton, CA 90221_____.

18 *(Defendant's place of work)*

19

20 Defendant's title or position is _____Dean_____.

21 *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity               ☑ official capacity

25 This Defendant was acting under color of law because ___defendant is a part of___

   the charades of witchcraft. Ex: _____

26 _____

27 _____

28 _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant **St Albert the Great Catholic Church** works at

2

*Insert ¶ #*                                        *(full name of Defendant)*

**804 E Compton Blvd, Rancho Dominguez, CA 90220** .

3

*(Defendant's place of work)*

4

5

Defendant's title or position is                    overseer                    .

*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

☐ individual capacity          ☑ official capacity

8

9

This Defendant was acting under color of law because defendant is a part of

10

the charades of witchcraft. Ex:

11

12

13

14

15

16

___. Defendant          St. Albert the Great Middle School          works at

17

*Insert ¶ #*                                        *(full name of Defendant)*

18

823 E Compton Blvd, Compton, CA 90220 .

*(Defendant's place of work)*

19

20

Defendant's title or position is                    Dean                    .

21

*(Defendant's title or position at place of work)*

22

This Defendant is sued in his/her (check one or both):

23

24

☐ individual capacity          ☑ official capacity

25

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex:

26

27

28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____.  Defendant _____ Epiphany Academy _____ works at

*Insert ¶ #*                            *(full name of Defendant)*

302 N Long Beach Blvd, Compton, CA 90221 .

*(Defendant's place of work)*

Defendant's title or position is _____ Dean _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____


____.  Defendant _____ Eko Multi-Purpose Center Inc _____ works at

*Insert ¶ #*                            *(full name of Defendant)*

403 Santa Fe Ave, Compton, CA 90221 .

*(Defendant's place of work)*

Defendant's title or position is _____ Dean _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ **Prison Rideshare Network** _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

_____ **1500 S California Ave, Compton, CA 90221** _____.

*(Defendant's place of work)*

Defendant's title or position is _____ **Ceo** _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of**

**the charades of witchcraft. Ex:** _____

_____

_____



___. Defendant _____ **Star Motel** _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

_____ **6300 Long Beach Blvd, Long Beach, CA 90805** _____.

*(Defendant's place of work)*

Defendant's title or position is _____ **Ceo** _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of**

**the charades of witchcraft. Ex:** _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___.  Defendant _____ **Kay's Motel** _____ works at

2  *Insert ¶ #*                                    *(full name of Defendant)*
     6431 Long Beach Blvd W, Long Beach, CA 90805

3  _____.

*(Defendant's place of work)*

4

5  Defendant's title or position is _____ Ceo _____.

*(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity                  ■ official capacity

8

9  This Defendant was acting under color of law because  defendant is a part of

10  the charades of witchcraft. Ex: _____

11  _____

12  _____

13  _____

14

15

16  ___.  Defendant _____ Searle Motel _____ works at

17  *Insert ¶ #*                                    *(full name of Defendant)*
     6124 Long Beach Blvd W, Long Beach, CA 90805

18  _____.

*(Defendant's place of work)*

19

20  Defendant's title or position is _____ Ceo _____.

*(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity                  ■ official capacity

25  This Defendant was acting under color of law because  defendant is a part of

26  the charades of witchcraft. Ex: _____

27  _____

28  _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant _____ **BMO Stadium** _____ works at

*Insert ¶ #*                        *(full name of Defendant)*

_____ 3939 S Figueroa St, Los Angeles, CA 90037 _____ .

*(Defendant's place of work)*

Defendant's title or position is _____ **CEO** _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___
the charades of witchcraft. Ex: _____
_____
_____
_____

___.   Defendant _____ BMO Bank _____ works at

*Insert ¶ #*                        *(full name of Defendant)*

_____ 1701 N Long Beach Blvd, Compton, CA 90221 _____ .

*(Defendant's place of work)*

Defendant's title or position is _____ **Ceo** _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___
the charades of witchcraft. Ex: _____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ works at

## Los Angeles World Cruise Center

*Insert ¶ #*                                          *(full name of Defendant)*

100 Swinford St, San Pedro CA, 90731 .

*(Defendant's place of work)*

Defendant's title or position is _____ **Ceo** _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ◼ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ works at

Sunken City

*Insert ¶ #*                                          *(full name of Defendant)*

San Pedro, CA 90732 .

*(Defendant's place of work)*

Defendant's title or position is _____ **Overseer** _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ◼ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant _____**Fort MacArthur Museum**_____ works at

*Insert ¶ #*                                *(full name of Defendant)*

_____**3601 South Gaffey Street, San Pedro CA, 90731**_____.

*(Defendant's place of work)*

Defendant's title or position is _____**Ceo**_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ▓ official capacity

This Defendant was acting under color of law because **defendant is a part of**
**the charades of witchcraft. Ex:** _____

_____

_____


____. Defendant _____Angels Gate Cultural Center_____ works at

*Insert ¶ #*                                *(full name of Defendant)*

_____**3601 South Gaffey Street, San Pedro CA, 90731**_____.

*(Defendant's place of work)*

Defendant's title or position is _____**Ceo**_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ▓ official capacity

This Defendant was acting under color of law because **defendant is a part of**
**the charades of witchcraft. Ex:** _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Korean Friendship Bell _____ works at
*Insert ¶ #*                          *(full name of Defendant)*

3601 South Gaffey Street, San Pedro CA, 90731
                    *(Defendant's place of work)*

Defendant's title or position is _____ **Overseer** _____.
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

___.  Defendant _____ Cabrillo Marine Aquarium _____ works at
*Insert ¶ #*                          *(full name of Defendant)*

3720 StephenM White Drive, San Pedro CA, 90731
                    *(Defendant's place of work)*

Defendant's title or position is _____ **Ceo** _____.
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



✱ The Fall of Man ✱                    ✱ Fall Begin September 23, 2023 ✱

Robbery of Front Door - Temple (Body) and Temple (Residence) (Garden)
Using the Back Door - Perverting Sound, words, sex, senses, etc

Result = Serpent Steals, Kills, and Destroys

## IV. STATEMENT OF FACTS

*(Explain what happened to you in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. Genesis 3:1-24 ① Now the serpent who was more subtile
than any beast of the field which the LORD God had made.
And he said unto the woman, Yea, hath God said, Ye shall
not eat of every tree of the garden? ② And the woman said
unto the serpent, We may eat of the fruit of the trees of the
garden: ③ But of the fruit of the tree which is in the midst
of the garden, God hath said, Ye shall not eat of it, neither

2. shall ye touch it, lest ye die. ④ And the serpent said
unto the woman, Ye shall not surely die. ⑤ For God doth
know that the day ye eat thereof, then your eyes shall be
opened, and ye shall be as gods, knowing good and evil.
⑥ And when the woman saw that the tree was good for
food, and that it was pleasant to the eyes, and a tree
to be desired to make one wise, she took of the fruit thereof,

3. and did eat, and gave also unto her husband with
her; and he did eat. ⑦ And the eyes of them both were opened,
and they knew that they were naked; and they sewed fig
leaves together, and made themselves aprons. ⑧ And they heard
the voice of the LORD God walking in the garden in the cool
of the day: and Adam and his wife hid themselves from the
presence of the LORD God amongst the trees of the garden.
⑨ And the LORD God called unto Adam, and said unto him, Where
art thou? ⑩ And he said, I heard thy voice in the garden, and

i

Page Number

1  4 . I was afraid, because I was naked; and I hid myself.
2  Insert ¶ # And he said, Who told thee that thou wast naked? Hast thou
3  eaten of the tree, whereof I commanded thee that thou
4  shouldest not eat? (13) And the man said, The woman whom thou
5  gavest to be with me, she gave me of the tree, and I did eat.
6  (13) And the LORD God said unto the woman, What is this that
7  thou hast done? And the woman said, The serpent beguiled
8  me, and I did eat. (14) And the LORD God said unto the serpent,
9
10  5 . Because thou hast done this, thou art cursed above all
11  Insert ¶ # cattle, and above every beast of the field; upon thy belly
12  shalt thou go, and dust shalt thou eat all the days of thy
13  life. (15) And I will put enmity between thee and the woman, and
14  between thy seed and her seed; it shall bruise thy head, and
15  thou shalt bruise his heel. (16) Unto the woman he said, I will
16  greatly multiply thy sorrow and thy conception; in sorrow
17  thou shalt bring forth children, and thy desire shall be
18
19
20  6 . to thy husband, and he shall rule over thee. (17) And
     Insert ¶ #
21  unto Adam he said, Because thou hast hearkened unto the
22  voice of thy wife, and hast eaten of the tree, of which I
23  commanded thee, saying, Thou shalt not eat of it: cursed is
24  the ground for thy sake; in sorrow shalt thou eat of it all the
25  days of thy life; (18) Thorns also and thistles shall it bring forth
26  to thee; and thou shalt eat the herb of the field: (19) In the sweat
27  of thy face shalt thou eat bread, till thou return unto the ground;
28  for out of it wast thou taken: for dust thou art, and unto dust shalt

2
Page Number

1  7  the return ㉔ And Adam called his wife's name Eve; because
Insert ¶ #
2  she was the mother of all living. ㉑ Unto Adam also and to
3  his wife did the LORD God make coats of skins, and clothed
4  them. ㉒ And the LORD God said, Behold, the man is become
5  as one of us, to know good and evil; and now, lest he
6  put forth his hand, and take also of the tree of life, and
7  eat, and live for ever. ㉓ Therefore the LORD God sent him forth
8  from the garden of Eden, to till the ground from whence he was taken.
9

10  8 . ㉔ So he drove out the man; and he placed at the east of the
11  Insert ¶ #
12  garden of Eden Cherubim, and a flaming sword which turned
13  every way, to keep the way of the tree of life. Genesis 4:1-26
14  (Cain and Abel) ① And Adam knew Eve his wife; and she conceived,
15  and bare Cain, and said, I have gotten a man from the LORD.
16  ② And she again bare his brother Abel. And Abel was a keeper of
17  sheep, but Cain was a tiller of the ground. ③ And in process of
18  time it came to pass, that Cain brought of the fruit of the
19
20  9 . ground an offering unto the LORD. ④ And Abel, he also
Insert ¶ #
21  brought of the firstlings of his flock and of the fat thereof.
22  And the LORD had respect unto Abel and to his offering ⑤ But
23  unto Cain and to his offering he had not respect. And Cain
24  was very wroth, and his countenance fell. ⑥ And the LORD
25  said unto Cain, Why art thou wroth? and why is thy countenance
26  fallen? ⑦ If thou doest well, shalt thou not be accepted? and
27  if thou doest not well, sin lieth at the door. And unto thee shall
28  be his desire, and thou shalt rule over him. ⑧ And Cain talked

Civil Rights Complaint Pursuant to U.S.C. § 1983

10 . with Abel his brother: and it came to pass, when they
Insert ¶ #
were in the field, that Cain rose up against Abel his brother,
and slew him. ⑨ And the LORD said unto Cain, Where is Abel
thy brother? And he said, I know not: Am I my brother's
keeper? ⑩ And he said What hast thou done? the voice of
thy brother's blood crieth unto me from the ground. ⑪ And
now art thou cursed from the earth, which hath opened her
mouth to receive thy brother's blood from thy hand. ⑫ When

11 . thou tillest the ground, it shall not henceforth yield unto
Insert ¶ #
thee her strength: a fugitive and a vagabond shalt thou be
in the earth. ⑬ And Cain said unto the LORD, My punishment
is greater than I can bear. ⑭ Behold, thou hast driven me
out this day from the face of the earth; and from thy
face shall I be hid; and I shall be a fugitive and a
vagabond in the earth; and it shall come to pass, that
every one that findeth me shall slay me. ⑮ And the

12 . LORD said unto him, Therefore whosoever slayeth Cain,
Insert ¶ #
vengeance shall be taken on him sevenfold. And the LORD
set a mark upon Cain, lest any finding him should kill him.
⑯ And Cain went out from the presence of the LORD, and
dwelt in the land of Nod, on the east of Eden. ⑰ And
Cain knew his wife; and she bare Enoch: and he builded
a city, and called the name of the city, after the
name of his son, Enoch. ⑱ And unto Enoch was
born Irad: and Irad begat Mehujael: and Mehujael

4
Page Number



1  13  begat Methusael: and Methusael begat Lamech.
   Insert ¶ #
2  (19) And Lamech took unto him two wives: the name
3  of the one was Adah, and the name of the other
4  Zillah. (20) And Adah bare Jabal: He was the father
5  of such as dwell in tents, and such as have cattle.
6  (21) And his brother's name was Jubal: he was the father
7  of all such as handle the harp and organ. (22) And Zillah,
8  she also bare Tubal-cain, an instructor of every
9
10  14  artificer in brass and iron: and the sister of
11  Insert ¶ #
   Tubal-cain was Naamah. (23) And Lamech said unto
12  his wives, Adah and Zillah, hear my voice; ye
13  wives of Lamech, hearken unto my speech: for
14  I have slain a man to my wounding, and a young
15  man to my hurt. (24) If Cain shall be avenged seven-
16  fold, truly Lamech seventy and sevenfold. (25) And
17  Adam knew his wife again; and she bare a son,
18
19  15  and called his name Seth: For God, said she, hath
20  Insert ¶ #
   appointed me another seed instead of Abel, whom Cain
21  slew. (26) And to Seth, to him also there was born a
22  son; and he called his name Enos: then began men
23  to call upon the name of the LORD.
24  *** Now I will back down in Genesis 3 and 4 to show
25  you the role play that has been taken place like a movie
26  being directed, organized, and filmed by individuals
27  whose main purposes were to deceive, mislead, and
28

16 . indoctrinate the minds of humanity while attempting
to steal, kill, and destroy the TRUE REMNANT OF GOD'S
CHOSEN ONES without leaving a trace of evidence
that will point out who is who, who did what, and
what methods were used as weapons of warfare ✱✱✱
Let's start with the story of Adam and Eve being the
Kings and Queens of Royalty in Europe. Then the
serpent being the spirit of perversion starting with

17 . Incest in the Royal Bloodlines in order to keep the
kingdom locked down. According to the Wikipedia "List
of Coupled Cousins" the "Royalty in Europe" had 215
Kingdoms in Europe that reigned under the Spirit
of Perversion because of Incest ✱ Mind you, Perversion
only truly means a twisted truth ✱ Let's start with
Nero Claudius Drusus born October 7 c. 14 BC in Rome,
Italy. He also went by the name Drusus Julius Caesar

18 . and he married his paternal cousin Claudia Livia
in AD 4 which was the same year her first husband
Gaius Caesar died. To bring my statement concurrent
to modern times, Queen Victoria of the United Kingdom
of Great Britain and Ireland from June 20, 1837 until
her death in 1901 who was also granted the title the
Empress of India in 1876 married her cousin
Prince Albert of Saxe-Coburg and Gotha stemming
from the Royal German Bloodline. Now between both

6
Page Number

19. Drosus Julius Caesar and Queen Victoria of Great
*Insert ¶ #*
Britain and Ireland there were 213 other kingdoms. that
reigned under Perversion which sums up to a total of
215 Kingdoms. Out of the perversion seed of incest
Queen Victoria's eldest son Edward VII was the first
Saxe-Coburg-Gotha monarch who ascended to the House of Wettin (German)
throne on Jan 22, 1901. When you look at Prince Albert incest
with Queen Victoria you can see the serpent of sexual perversion.

20. However, the serpent appears to reflect itself in multiple
*Insert ¶ #*
fashions in this situation. For instance, Prince Albert and
Queen Victoria are not just cousins but they are husband
and wife; however she has the label Queen and he has
the label Prince right there is two other types of perversion
hidden ① Husband + Wife = King + Queen not Queen + Prince
which equals Mother and Son ② Queen + Prince in this case
equals Wife + Husband which means the Queen is King =

21. Dionysus / Transgender (Israel or role) + Prince is Husband
*Insert ¶ #*
which reveals the Serpent from Adam and Eves Fall because
when they fell she became King in the serpents Kingdom.
So this proves that the Europeans are the twisted TRUTH (Fallen State)
of my original essence that's why they've caused so much
damage yet dark skinned / brown skinned people have payed
the price. This also explains the movie "The Great Gay
Road" and the blackmail of America & Christianity / Jews.
If you look at Prince Albert and Queen Victoria

7

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



1  22 . as Adam and Eve then their oldest son Edward VII would
2  *Insert ¶ #* represent Cain and by him being the first Saxe-Coburg-Gotha
3  monarch to ascend to the throne on Jan 22, 1901 that
4  means Saxe-Coburg-Gotha would represent the land of
5  Nod that Edward VII playing as Cain would build while
6  on the throne. Mind you that Cain was born of the serpent
7  seed in Genesis then he killed Abel and God placed
8  a mark on him so nobody would kill him (paraphrasing (GENESIS 4)
9
10  23 . Edward VII had a son named George V who was King of
11  *Insert ¶ #* United Kingdom, British Dominions, and Emperor of India from
12  1910-1936. George V had a son named Albert Frederick
13  Arthur George (Prince Albert of York) there became King George VI
14  of United Kingdom, Dominions, and of the British Commonwealth
15  who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother).
16  Now watch what happened under King George VI reign and
17  also what occurred afterwards. In 1939, King George VI,
18                                              of
19  24 . his British Empire, and most Commonwealth countries (except
20  *Insert ¶ #*
21  Ireland) declared war on Nazi Germany (for whatever reason
22  they proclaimed pertaining to Poland) however during WWII
23  between 1941 and 1945 Nazi Germany while under Hitler's
24  rule killed around 6 million Jews using genocide (the
25  Holocaust) as it's tool of weaponry. There were also approximately
26  5 million prisoners of war murdered as well. However, my
27  key point is that the Jews were tortured in a war that
28  wasn't even about them. This is similar to how Cain

8

25 . killed Abel without cause. Now, let me rewind back
Insert ¶ #
to Queen Victoria of Britain and Prince Albert of Saxe-
Coburg and Gotha (House of Wettin) which stemmed from
the Royal German Bloodline. Under their reign of perversion
(twisted truth) due to incest is when the German chemist Albert
Niemann in 1859 isolated cocaine from coca leaves and published
his findings in 1860. His thesis dissertation in German is titled
Uber eine neue organische Base in de Cocablättern meaning On a

26 . New Organic Base in the Coca Leaves. His paper talks about
Insert ¶ #
how he isolated cocaine, a crystalline alkaloid (the word crystal
derives from the Ancient Greek word "Kristallos" meaning both
ice" and "rock crystal". * Right, here shows that in this perverted
role play of Adam and Eve Being Prince Albert of Gotha (for short)
and Queen Victoria, then that would make German chemist
Albert Nieman out to be Cain which is their first son
(the serpent seed). Crack cocaine was given to the blacks to

27 . sell in the streets which is a form of genocide against themselves &
Insert ¶ #
their own kind which is streets so just like the Hebrew
said "Face Street Face Down". Then coke was given to prisas
which is still genocide against the blacks first since it is a
substance that stems from the word. After, they obtain it and
use or distribute it then they have unknowingly or knowingly waged spiritual
war against Eve's seed by playing Cain and killing Abel since
Abel was a keeper of sheep (Pastor/Church) however this is
the Backdoor of attempting to kill the kingdom of Jesus Christ

9
Page Number

28 . of Nazareth by drugs as others profited off of the
Insert ¶ #
proceeds of the broken and downtrodden. This is
another way they attempted to discredit the Authenticity
of Jesus's life while robbing his church in order to
build more Cains to kill Abel. I explained drugs as
a backdoor tactic because, under the Queens reign;
Queen Victoria's oldest son represents Cain in the
world especially after being the first to ascend to

29 . to the throne. as Edward VII the King of Saxe-
Insert ¶ #
Coburg and Gotha (House of Wettin) from the Royal
German Bloodline. ✳✳ Moving back forward to her
great great grandson Albert Frederick Arthur George (originally
Prince Albert of York) who became King George VI of the
United Kingdom, Dominions, and British Commonwealth
and his wife Queen Elizabeth The Queen Mother. Albert
aka King George VI symbolizes Cain under the name Albert

30 . because he was named after his great-great Grandfather
Insert ¶ #
Prince Albert (Queen Victoria's Husband) however this is according
to Kingdom (front door). But when you look at him under the
role play of Adam; then even though he waged war on Nazi
Germany; Germany would be his son Cain because the
Nazis Killed the JEWS (Able). Now, after Adolf Hitler
completed the Holocaust against the Jews he turned around
and committed suicide (just like Judas hung himself after he
betrayed Jesus and sold him to the Romans to be crucified).

10
Page Number

31 . Now, another thing I would like to point out is
*insert ¶ #* that, it was during Adolf Hitler's youth that he tried to be-
come an artist (drawing) but was rejected by the city's Academy
of Fine Arts. All this occurred after his mother died when he
was 18 years old. Hitler left his hometown Linz (lens, sight, glasses etc)
and moved to Vienna (Vienna sausages), the glamorous capital
of the Austro-Hungarian Empire. He thought moving to Vienna
would be the ideal place to pursue his dream of being an artist.

32 . He tried to get into the Academy of Fine Arts again yet they
*insert ¶ #* rejected him again. He ended up moving from one cheap room
to another, even living in a homeless shelter for a time. Then
he started earning money by selling his paintings to tourist and
frame sellers which earned him enough money to move out the
shelter and to move into a mans home. Being a frustrated young
artist Hitler became interested in politics. In Vienna there was
a Jewish store owner who was one of Hitlers loyal customers

33 . so his time in Vienna shaped Hitlers worldview. Hitler ended
*insert ¶ #* up moving to Munich where he found some well off customers who
commissioned works from him but his progress came to an halt
when the Munich police tracked him down for not registering
for the military draft in Linz. He didn't pass the fitness exam at first
however he then voluntarily enlisted that August after the outbreak
of World War 1 ended his stint as a struggling young artist.
It was his time in Vienna and his frustrated art career that
became part of the myth-making by Hitler himself and by his

11
Page Number

34. Followers that helped drive his fateful rise to power in Germany. Hitler railed against modern art, calling it the "degenerate" product of Jews and Bolsheviks and a threat to the German national identity. In 1937, the Nazis rounded up some 16,000 works of this type from German museums and put hundreds of them on display in Munich. The exhibition, intended to heap scorn on the artist ended up being attended by 2 million people. Looking at Hitlers military time let's talk about

35. drugs. The use of Methamphetamine, better known as crystal meth, was a pill form of the drug called Pervitin and it was distributed by the millions to the Nazi Troops before their successful invasion of France in 1940. Developed by the Temmler pharmaceutical company, based in Berlin, Pervitin was introduced in 1938 and marketed as a magic pill for alertness and an anti-depressant. A military doctor experimented on 90 college students and decided based on the results the drug would help Germany win

36. the war. Other allied soldiers used amphetamines (speed) in the form of Benzedrine in order to battle combat and fatigue. Others used anesthetics like Goring whose nickname was actually Möruig from morphine. Meth was Pervitin until a Japanese chemist, Nagai Nagayoshi first synthesized meth in 1893. In 1919 a younger protégé of Nagai named Akira Ogata discovered another method of synthesizing the crystalline form creating a new stimulant called crystal meth. ** Drugs have been used as weapons

12
Page Number



37 . of Warfare, blackmail, human trafficking, etc in
*Insert ¶ #*
the USA however Americans have paid the price for
Systematic corruption and sorcery strategically organized
in Europe. *** The next perverted role play of Adam
and Eve resembles Prince Philip (The Duke of Edinburgh)
and Queen Elizabeth II. Their Marriage resembles that of
Queen Victoria when it comes to Philip being Prince and
Elizabeth II. being Queen. Also, Prince Philip and Queen

38 . Elizabeth were third cousins so they're marriage is
*Insert ¶ #*
another reflection of incest. Philip was also Prince of
Greece and Denmark which would represent the Greek
religion of the Twelve Olympians starting with Zeus, the
King of gods, who was married to his sister Hera. The
other eleven Olympians were Ares, Poseidon, Athena, Demeter,
Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite,
Hephaestus, Hermes, and Hestia (the goddess of the hearth

39 . and sacred Flame, which was more likely the most
*Insert ¶ #*
prayed to of all gods. * Apart from these gods, the Greek pan-
theon was filled with dozens of other gods, demigods, and mortal
and immortal beings which varied by local and over the
evolution of Greek culture. A variety of other mystical
beliefs and nature spirits such as nymphs and other magical
creatures were foundational to the ancient Greek understanding
of the world around them. Now, Elizabeth II was Queen/King
of the United Kingdom and other Commonwealth realms.

Civil Rights Complaint Pursuant to U.S.C. § 1983

40. Their religion is known to be protestant for the United Kingdom and Commonwealth. However protestant is just a breakoff of Roman Catholics because the Roman Catholic church split into 3 categories under christianity which was Catholic, Eastern Orthodox, and Protestant. But they do not represent the same belief patterns as us because they're still governed by the Pope and their sorceries which is why they came up with systems in

*Insert ¶ #*

41. attempt to block Jesus Christ of Nazareth from rising and establishing His Kingdom. Well, under Queen Elizabeth II reign, another form of genocide occurred. This plague or genocide is called Covid19. This plague killed many people, isolated many people, and weakened humanity within the realm of spirituality when it came to fellowship in the temple which then turned into social religion (a gathering of multiple religions onto one platform in the

*Insert ¶ #*

42. digital realm; what this did was attempt to kill off The Body of Christ by placing the True Believers of God in a fallen state because the digital realm is created by man and stems from space symbolizing the 2nd heaven where the prince of darkness is when the Throne of Jehovah Mekadesh (God our Holiness) is the third Heaven). What this also did was attempt to mark the Chosen Ones with the Mark of the Beast so that Roman Catholic could pretend to be the woman

*Insert ¶ #*

14

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



43. From Revelation 12 and The Chosen ones would look like the Red Dragon in Revelation 12. ✗✗✗✗ Moving forward to the ROMAN CATHOLIC Church I will give a breakdown of this church from the fallen story of Adam & Eve. The sacery and perverted truth behind Roman Catholics ① Catholic is Adam and Eastern Orthodox (still Catholic) is Eve -then The Roman Catholic Archdiocese is Cain(who was Eve's first son and killed

44. Eve's second son Abel (let's say Abel is The Protestant Christians/THE TRUE PROTESTANTS)). ② Roman Catholics according to Roman in the Trinity format will sum up to ROMAN Empires as Satan acting as The Father, The AntiChrist as the Son, and the false prophets as the Spirit. The Roman Empires are: Babylon as Satan, Medo-Persia as the Son, and Greece as the Spirit. Babylon is Modern Day IRAQ as Satan, Medo-Persia is

45. Modern Day IRAN (Media is a region of North-Western Iran, known for it's political and cultural base of the medes) Symbolizing The AntiChrist, Greece is a country in Southeast Europe Symbolizing the false prophets (pagan Gods of Hellenism). Roman Catholics using IRAQ/IRAN = Southwestern Asia & Greece which is Southeast Europe is the backdoor to attempt to keep me out the kingdom by demonizing everybody using deceptive strategies to deceive the people, and indirectly marking them with the beast.

* December 25 = Christmas = Christ Massacre. not Christ birthday.

1  46. Let's now explain Adam & Eve according to
2  *insert 9 #* Rome & Germany whiched birthed out The Holy
3  Roman Empire. On December 25 800, Pope Leo III
4  crowned Frankish King Charlemagne as Roman Emperor
5  reviving the title in Western Europe. after the fall of the
6  ancient Western Roman Empire in 476 it fell in 924 then
7  was revived again in 962 until the 12th century as the most
8  powerful monarch in Europe. In 1262 Ottone I Visconti
9
10  47. was elected as archbishop of Milan, Italy which
11  *insert 9 #* earned him one of the Holy Roman Seats in Italy.
12  after he conquered Milan from their rival Della
13  Torre family in 1277. The Visconti of Milan are a
14  noble Italian family. Their motto is: "I will not violate
15  the customs of the serpent." The Visconti was called
16  LORD of Milan (from 1277-1395) and the Duke of Milan
17  (from 1395-1447). Their symbol is a picture of a half man
18
19  48. in the mouth of a serpent. Visconti= Vice Comes.
20  *insert 9 #* Vice "Deputy" + Comes "Count". * This is the backdoor
21  way of how they marked my partner due to his gang
22  in Chicago named "Vicelords" which is a bloodgangs
23  Then I can break down ViceComes into Victorious
24  Ice (Crystal Meth) LORD and Comes into NU4(Seal) Count representing
25  the 12 tribes of Israel. Ironically, the headquarters
26  of the Nation of Islam (False 12 tribes) is located
27  in Chicago, Illinois as well. So this explains how
28  £ for America

16
Page Number

49. they have marked my lover as the red dragon
*Insert ¶ 9*
and as the Crystal Meth drug Lord when he doesn't
even sell drugs but now I see why every time I
was with him intimately then I wanted to smoke
after I left. Now, we all know that Meth was
in pill form first called Pervitin during Hitler's
reign in Germany Nazi military, then a German
chemist synthesized meth, and a japanese

50. chemist crystallized meth into rock form. So
*Insert ¶ 11*
this explains a lot about Europe's Kingdom and their demonic
Church (to be continued). Moving forward, In 1356 the
golden bull was created without the pope (Pope Innocent
VI) involvement but he did not oppose it either because
he need the King to aid him with his enemy Visconti.
By not opposing it made this pope just as guilty as
the other side because it symbolized Idolatry. On

51. August 10, 1397 Albert II of Germany also known as Albert
*Insert ¶ 8*
the Magnanimous KG was elected King of the Romans as
Albert II. He also was king of the Holy Roman Empire,
and a member of the House of Habsburg (House of Austria).
KG stands for The Most Noble Order of the Garter. It's
an order of chivalry (order of knights typically founded during
the original Catholic military orders of Crusades (c. 1099-1291))
and paired with medieval concepts of ideals of chivalry
(code of conduct in Europe from 1170-1220), The Most Noble Order

17
Page Number

52. Order of the Garter was founded by Edward III
_Insert ¶ #_
of England in 1348. It is the most senior order of
knighthood in the British honours system except for
the Victoria Cross and the George Cross. Back to King
Albert II his wifes name was Elizabeth of Luxembourg
Who was queen consort of Germany and Bohemia.
The Bohemian language of the 19th century was the language Czech
of the Diet (Diet Assembly) is the general assembly of the

53. Imperial Estates of the Holy Roman Empire. Diet is
_Insert ¶ #_
also a designation for modernday legislative bodies of
Certain countries and states such as the NATIONAL
Diet of Japan, or the German Bundestag, the FEDERAL
Diet. ✱ It was two different german chemist that
did cocaine and amphetamine and it was a
japanese chemist who crystalized amphetamine and
created Methamphetamine (crystal meth). Also, it was

54. Elizabeth who taught me how to snort meth @ 13 yrs
_Insert ¶ #_
old and Albert who taught me how to smoke meth until @ 14 yrs old
I ended up pregnant with his daughter ✱ King Albert II
of Germany persecuted, had the Jews arrested, took their
belongings, etc. Before King Albert II of Germany became King
the Jews in the Austrian duchy had been subject to local
persecutions during the 13th and 14th century however their
position remained relatively safe. The Jewish communities
prospered in several towns like Krem or the area around

18
Page Number

1  55. the Judenplate at Vienna. It was after the death
2  *Insert ¶ #* of Duke Albert IV in 1404 that their situation worsened
3  sharply, culminating in the blaze of the Vienna Synagogue
4  on Nov 5, 1406, followed by riots and lootings. When
5  Albert V came of age in 1411 and interfered in the Hussite
6  Wars, he repeatedly established new taxes imposed on the
7  Jewish community to finance his campaigns. On the
8  other hand, after the Hussites had devastated the duchy,
9

10  56. the Austrian Jews were accused of collaboration and
11  *Insert ¶ #* arms trade in favor of the enemies. The accusations
12  of a host desecration at Enns in 1420 gave Albert pretext
13  for the destruction of the Jewish community. According
14  to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer,
15  the duke order on May 23, 1420 the imprisonment and
16  forcible conversion of the Jews. Those who had not converted
17  or escaped was sent off in boats down the Danube River
18

19  57. (just like they did Blacks) while wealthy Jews remained under
20  *Insert ¶* arrest, several of them tortured and stripped of their property.
21  March 12, 1421 Albert sentenced the remaining Jews to death.
22  Ninety-two men and 120 women were burned at the stake.
23  South of the Vienna city walls. The Jews were placed under
24  an eternal ban and their synagogue was demolished.
25  *** As you can see the Jews have constantly been
26  robbed, imprisoned, persecuted, abused, accused, etc when
27  they've done no wrong only so the world empires could
28

19
Page Number

58. seized their prosperity, Which is a form of the devil blackmailing Gods people just to claim what isn't his and so he could put his image and inscription on it while pretending to be God or by using people to act like they are the chosen ones so that he could steal the worship and inheritance that God promised to his people. This is also how he deceived the world and caused everybody to believe in his lies. So what we are

59. seeing again today is the enemies using the same strategies to kill, steal, and destroy. However, they attempt to cover up their evil with false accusations, set ups, influential peddling, obstruction of justice, deceptive policies, laws, international agreements, contracts, systems, etc. Which is why the whole world is in disillusionment behind treason, tyranny, and deep systematic corruption. The serpent and his seeds

60. (kids) are trying to avoid exposure by keeping the spotlight on fake news and by torturing the innocent. This is the same behavior, issues, and circumstances that we are seeing today behind theives/ liars in high positions that don't have the people who they are supposed to lead good will at heart. Their agenda is selfish, they are narcissist, and people want to see a real change in life than all. All SELFISH AGENDAS must be destroyed because WE ARE THE PEOPLE and UNITY is better than division.

#SAVE THE CHILDREN
#SAVE THE WORLD
#BE FREE

#JESUS CAME TO SET US FREE
#THE Devil has to be STOPPED
#PRIDE & EGO has to CEASE
#MORE PRAYER, MORE POWER LESS PRAYER LESS POWER

1   61. It was said that the Jewish were prosperous in the town
2   of Krems which is in Austria. There's a wine region called
3   Kremstal that lies on the south-eastern arc of the
4   Waldviertel and the Dunkelsteiner Wald ridge, built up
5   from hard crystalline rock, and opens out into the Alpine
6   foothills towards the east, where unconsolidated rock prevails.
7   The Kremstal vineyards are divided into three distinct areas:
8   Stein district that borders with the Wachau, The Krems Valley, and
9

10   62. the small wine villages south of Danube clustered around the
11   imposing Göttweig Abbey **k Jews symbolize Gods chosen
12   people, wine symbolizes Gods blessing for his people, and three
13   symbolizes Father, Son, and Holy Ghost. Deuteronomy
14   7:16 For thou art a holy people unto the LORD thy
15   God: the LORD thy God hath chosen thee to be a special
16   people unto himself, above all people that are upon
17   the face of the earth. Deuteronomy 7:12-13 [12] Wherefore
18

19   63. it shall come to pass, if ye hearken to the judgements, and
20   keep, and do them, that the LORD thy God shall keep unto
21   thee the covenant and the mercy which he sware unto thy
22   fathers: [13] And he will love thee, and bless thee, and multiply
23   thee: he will also bless the fruit of thy land, thy corn,
24   and thy wine, and thy oil; the increase of thy Kine,
25   and the flocks of thy sheep, in the land which he
26   sware unto thy fathers to give thee. Matthew 28:19
27   Go ye therefore, and teach all nations, baptizing them

1 &4 . in the name of the Father, and of the Son, and
2 of the Holy Ghost. 1 John 5:7 - For there are three
3 that bear record in heaven, the Father, the Word,
4 and the Holy Ghost: and these three are one.
5 * As you see in Matthew 28:19 and 1 John 5:7
6 Jesus is the fulfilment of the Word of His Father
7 which makes Jesus spirit the Holy Ghost which
8 is the spirit of Prophecy (past, present, and future).

10 65 *** Returning to Rome & Germany, I'd like to bring
11 up the Italian Social Republic also known as the Republic
12 of Salò. It was considered a Nazi-German puppet state
13 with little diplomatic recognition until World War II, which
14 existed from the beginning of the German occupation of
15 Italy in September 1943 until the surrender of German
16 troops in Italy in May 1945. The German occupation
17 triggered widespread national resistance against it and

19 66. the Italian Republic leading to the Italian Civil War.
20 Most of the 8,000 Italian Jews who died in the Holocaust
21 were killed during the 20 months of the Salò (Italian
22 Social Republic) regime. * It seems as if Italy (whether Rome
23 or Vatican), British Kingdom, and Germany (whether Holy Roman
24 Empire of Germany or Nazi) always seem to be socializing or
25 "pretending" to be at war when Jews get killed and their stuff
26 gets seized. The common denominator is Roman Catholic
27 and Britain who stands by and watch however he is the

67. King over the kingdoms. This is organized crime in the most subtle and cunning ways possible just like the serpent and Eve who then gave it to Adam and he ate which caused them to fall. Moving forward to finalize my stance I will add one more component about Germany. On November 1, 1895, Max Skladanowsky and his brother Emil demonstrated their self invented film project, the Bioscop, at the Wintergreen music hall in Berlin. On December 28, 1895 the first paying

68. public display of the Lumière brothers' Cinematographe was in Paris. In 1910, the first German "artistic" films began to be produced, an example is the film Edgar Allan Poe adaptation The Student of Prague (1913) which was co-directed by Paul Wegener and Stellan Rye. In 1917 a process of concentration and partial nationalization of the German film industry began with the founding of Universum Film AG (UFA), which was partly a reaction to the very effective use that the Allied Powers had

69. found for the new medium for purpose of propaganda. An early step towards the foundation of UFA was taken January 13, 1917 with the creation of the Bild und Filmamt (BUFA) by Germany's Supreme Army Command. Formed as a reaction to the perceived advantage of Germany's enemies in the realm of film propaganda, BUFA's task was to use film for psychological warfare. In 1924-1926 UFA had two large scale productions, Nibelungen and Metropolis. Metropolis was the first film thus distinguished on UNESCO's Memory of the World Register and Woman in the Moon

23

Page Number

70. to this day. From 1933-1937 UFA experienced a new
Insert ¶ #
commercial boom in the Nazi era (Nazification), not least
due to the government's protectionist measures, which freed
UFA from bothersome competition. On top of occupying
almost all of Europe, the Nazi regime provided UFA
new sales markets, as well as placing distribution outlets
in such "neutral" countries as the United States. By 1938,
after taking over foreign film production facilities in France,

71. Belgium, and other countries, one third of the company's
Insert ¶ #
sales came from abroad. UFA's economic boom made it
possible to further expand the so-called "star system", which
had already been developed in the silent film era. In an
act of anticipatory obedience to the Nazi regime, UFA
management fired several Jewish employees. In the
summer of 1933, the Nazi regime created the film
Chamber of the Reich, which adopted regulations officially

72. excluding Jewish filmmakers from all German studios.
Insert ¶ #
* Even in the film industry the wicked tried to get rid
of the Jews without probable cause however if they were
so dedicated to separating themselves from Gods people
then the people have to give back everything they stole
from Gods people so the separation can TRULY happen. (End)
**** Next topic under Roman Empire and Germany that
equates to Roman Catholics in the form of Adam
& Eve's story being twisted is the German Monk Martin

24/
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

73. Luther as Germany (Adam) and Catholic Church (as Eve) feud that
Insert ¶ # birthed out the 95 Theses which is the Disputation on the
Power of Indulgences (Cain) that cause The Protestant
Reformation (Abel) which they have been indirectly
working together to destroy God's people while stealing
from the people (Cain's excuse to kill Abel). But not only
that, they have intentionally worked to stop the
rise of Jesus kingdom from coming forth while

74. acting like they were for us when they both were
Insert ¶ # plotting on destroying us by sorcery, systems of debt, perversion
war, media, etc. Prime example of their deception
using words is the word NUN. The definition of NUN is:
① A female who lives in a monastery or convent who chose
to devote her life to prayer, service, & charitable work.
② A nun is also a male Monk ③ many religions including
Catholicism, Buddism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use
Insert ¶ # social media, or smartphones. ② They can't own property
or engage in sexual relationships. ③ Nuns are expected to
renounce their inheritance and property rights. ④ Nuns
have their own room which is called a CELL. ✱ NOW HERE'S
the deception of definitions 1, 2, & 3 behind the word nun:
(A) In the form of Adam & Eve's story being perverted is a female.
nun (Eve) + a male monk (Adam) = Dionysus because he
was born a male and changed into a female (transgender).
✱ Monk = Zues + female nun = Semele ✱                    (Cain)
(Parents of Dionysus in)
(the Greek religion) Civil Rights Complaint Pursuant to U.S.C. § 1983
Father + Mother = God
The way some catholics pray saying
feather + mother God ...

Page Number 25

(EVE)                                    (plu)   (ADAM)

1  76  ③ A female nun = Roman Catholic + A male monk (nun) =
        Insert ¶ #                              (=)   (CASIN)
2  Holy Roman Empire of Germany  equals  Buddhism (China,
3  Russia, Nepal, India, North/South Korea, Japan, Laos,
4  Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam,
5  Singapore, etc.! * This is how they tried to play
6  us using words, religion, money, power, etc. This
7  is organized theft because the church is supposed
8  to be representing Jesus not all these other people
9

10  77  Gods that the Roman Catholic Church and
        Insert ¶ #
11  Britain Empire is not making anybody aware
12  of... Buddhist is a representation of the god of wealth
13  thats another reason why gambling has been being
14  promoted worldwide with online casinos, sports bets,
15  lotto, etc. The name "bet" is derived from the West Semitic
16  word for "house" which means the casinos represent
17  the house of buddha and that means everytime we
18

19  78  gamble then we are worshipping Buddha without
        Insert ¶ #
20  any knowledge of it. So as you can see, people have been
21  living in the world under the deception of the enemy.
22  He has used Religion as his driving force because it was
23  by him twisting Gods word that caused Eve and
24  Adam to fall. Basically, that's what we see happening
25  in today's situation because the religions that are
26  in on this scandal are all twisted words from
27  the original and the twist was done in attempt
28

26
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

79 ... to steal, kill, and destroy. John 10:1-16 Verily,
*Insert ¶ #*
verily, I say unto you, He that entereth not by the
door into the sheepfold, but climbeth up some
other way, the same is a thief and a robber.
② But he that entereth in by the door is the shepherd of
the sheep. ③ To him the porter openeth; and the sheep
hear his voice: and he calleth his own sheep by
name, and leadeth them out. ④ And when he putteth

80 ... forth his own sheep, he goeth before them, and
*Insert ¶ #*
the sheep follow him: for they know his voice.
⑤ And a stranger will they not follow, but will flee
from him: for they know not the voice of strangers.
⑥ This parable spake Jesus unto them: but they
understood not what things they were, which he
spake unto them. ⑦ Then said Jesus unto them again,
Verily, verily, I say unto you, I am the door of the

81 ... sheep. ⑧ All that ever came before me are thieves
*Insert ¶ #*
and robbers: but the sheep did not hear them. ⑨ I
am the door: by me if any man enter in, he shall be
saved, and shall go in and out, and find pasture.
⑩ The thief cometh not, but for to steal, and to kill,
and to destroy: I am come that they might have life,
and that they might have it more abundantly. ⑪ I am
the good shepherd: the good shepherd giveth his life for
the sheep. ⑫ But he that is a hireling, and not the

27
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

82 . shepherd, whose own the sheep are not, seeth
the wolf coming, and leaveth the sheep, and
fleeth: and the wolf catcheth them, and
scattereth the sheep. [13] The hireling fleeth, because
he is a hireling, and careth not for the sheep.
[14] I am the good shepherd, and know my sheep, and
am known of mine. [15] As the Father knoweth me,
even so know I the Father: and I lay down my

83 life for the sheep. [16] And other sheep I have,
which are not of this fold: them also I must bring,
and they shall hear my voice; and there shall be
one fold, and one shepherd. © Catholicism (Eve) +
Roman Empire (old Babylon)(Greece being Adam) ≠ Buddhism (Cain)
attempting to kill Christianity (Abel) how is this
proveable because they had to use witchcraft
in the form of music, media, drugs, clothes, religion,

84 etc to war with the King of Kings and Lord of Lords.
Then they used Greece/Greek gods to ensnare Seth
which was Eves third son so that Enos couldn't
be produced so they thought. But on top of that
because of their perverse thinking, Enos who brought
back the praise of the Lord, has been worded in the
form of anus which symbolize the backdoor
entrance to the temple (body) and it was through
Seth descendants that Noah came. then through

85. one of Noah's sons' which he had 3 named
Shem, Ham, and Japheth. However, it was
through Shem that Gods Son Jesus Christ of
Nazareth was brought into this world * Now
here's a breakdown explaination of the few things
about Nuns: ① Nuns can't marry, use social media, or
smartphones however the Britain Kingdom and their
serpent seeds created the internet so that America

86. could be distracted by the Harlots system as
they attempted to paint us as Babylon and as they
attempted to stop the marriage of the Lamb and
his Bride (the REAL CHURCH). ② They can't own property
or engage in sexual relationships however their system
has Americans worshipping fornication so that
they could lock us down and conquer our inheritance,
property, and families. ③ Nuns are expected to renounce

87. their inheritance and property rights however
in America they used the system to obtain those rights
from us just like Jacob had Esau hand over his
birth right because Esau was hungry. If Jacob
really cared for his brother then he would have
fed Esau without asking for anything in return.
This is what China was used to do to America.
Also, remember Rebecca had Jacob trick Issac
into putting Esau's blessing on Jacob. Well, thats

Civil Rights Complaint Pursuant to U.S.C. § 1983

88. what they had China use communism to help
Insert ¶ # pervert America so that the Roman Catholic church could steal the blessing from the Black Church and Britain could keep the Kingdom while attempting to act like they didn't have anything to do with the whole situation. However, truth be told the Church belongs in Jerusalem but the chosen ones are here in America buried under

89. all this mess. There wouldn't be two marriage
Insert ¶ # couples in Revelation if America was really Babylon. All the sorcery came from U.K. so that is where Babylon is located however they tried to blackmail us by using Hollywood, Long Beach, and San Francisco but the truth is America was birthed from The Mother of Harlots and that's why America looks

90. like the son who would rule with an Iron
Insert ¶ # Fist pertaining to the Drug game. IF they were the truth then I would have left to be there but I know they're a lie so I'm still here with you because I refuse to see a half truth. Revelation 18:22-24 - (22) And the voice of harpers and musicians, and of pipers, and trumpeters, shall be heard no more at all in thee; and no craftsman, of whatsoever craft he be, shall be found any more

30
Page Number



91 . in thee; and the sound of a millstone shall be
Insert ¶#
heard no more, at all in thee, (23) And the light
of a candle, shall shine no more, at all in thee;
and the voice of the bridegroom and of the
bride shall be heard no more, at all in thee;
for thy merchants were the great men of the
earth; for by thy sorceries were, All nations
deceived. (24) And in her was found the blood

92 . of prophets, and of saints, and of all
Insert ¶#
that were slain upon the earth. Revelation 19:6-10
(6) And I heard as it were, the voice of a great
multitude, and as the voice of many waters,
and as the voice of mighty thunderings, saying,
Allelvia: for the LORD God omnipotent reigneth.
(7) Let us be glad and rejoice, and give honor to
him: for the marriage of the lamb is come, and

93 . his wife hath made herself ready. (8) And to
Insert ¶#
her was granted that she should be arrayed in
fine linen, clean and white: for the fine linen
is the righteousness of saints. (9) And he saith
unto me, Write, Blessed are they which are called
unto the marriage supper of the lamb. And he
saith unto me, These are the true sayings of
God. (10) And I fell at his feet to worship him. And
he said unto me, See thou do it not: I am thy

31

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

91. fellow servant, and of thy brethren that have the
testimony of Jesus: worship God: for the testimony
of Jesus is the spirit of prophecy. **** See, God
is more advanced than humanity because He knew
in advance that there were going to be people fighting
against His return, he knew people were going to
pretend to be Him and/or pretend to be His Bride,
Jesus Christ of Nazareth knows the hearts of all

95. of humanity before it came down to the enemy
attempting to deceive the Elect (chosen ones of God).
However, due to there not being anything knew under
the sun, all the enemy did was confirm how real
the Word of God is and how badly we need our
savior Jesus Christ of Nazareth. The Story about
Babylon speaks about Mystery Babylon and
the beast. The Mystery about Babylon has to

96. do with the sorceries that she uses against the
people and the beast that carries her which goes
back to the Roman Empire. Her sorceries is so
great that it causes all the Kings and their
armies to make war with the Lamb but not
only that, the enemy knows that his time
is short however he still tries his best to stop
the Son of God from returning and even then the
enemy already knows he lost the battle a long time ago
so the enemy is basically just putting on a show.

"WICKEDNESS OF MANKIND"

97. Genesis 6:1-22   Wickedness of Mankind
Insert § 6
① And it came to pass, when men began to multiply on the face of the earth, and daughters were born unto them. ② That the sons of God saw the daughters of men—that they were fair, and they took them wives of all which they chose. ③ And the LORD said, My spirit shall not always strive with man, for that he also is flesh: yet his days shall

98. be a hundred and twenty years. ④ There were giants in the earth in those days; and also after that, when the sons of God came in unto the daughters of men, and they bare children to them, the same became mighty men which were of old, men of renown. ⑤ And God saw that the wickedness of man was great in the earth, and that every imagination of the thoughts of his heart was only evil

99. continually. ⑥ And it repented the LORD that he had made man on the earth, and it grieved him at his heart. ⑦ And the LORD said, I will destroy man whom I have created from the face of the earth; both man, and beast, and the creeping thing, and the fowls of the air; for it repenteth me that I have made them. ⑧ But Noah found grace in the eyes of the LORD. ⑨ These are the generations of Noah: Noah was a just man

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 100. and perfect in his generations, and Noah
2 *Insert ¶ #* walked with God. ⑨ And Noah begat three
3 sons, Shem, Ham, and Japheth. ⑩ The earth
4 also was corrupt before God, and the earth
5 was filled with violence. ⑪ And God looked upon
6 the earth, and, behold, it was corrupt; for all
7 flesh had corrupted his way upon the earth.
8 ⑫ And God said unto Noah, The end of all flesh
9
10 101. is come before me; for the earth is filled with
11 *Insert ¶ #* violence through them; and, behold, I will destroy
12 them with the earth. ⑬ Make thee an ark of
13 gopher wood; rooms shalt thou make in the
14 ark, and shalt pitch it within and without
15 with pitch. ⑭ And this is the fashion which
16 thou shalt make it of. The length of the ark
17 shall be three hundred cubits, and the height
18
19 102 of it thirty cubits. ⑯ A window shalt thou
20 *Insert ¶ #* make to the ark, and in a cubit shalt thou finish
21 it above; and the door of the ark shalt thou
22 set in the side thereof; with lower, second, and
23 third stories shalt thou make it. ⑰ And, behold,
24 I, even I, do bring a flood of waters upon the
25 earth, to destroy all flesh, wherein is the breath
26 of life, from under heaven; and every thing that
27 is in the earth shall die. ⑱ But with thee will
28

34
Page Number

" NOAH ENTERS THE ARK (GENESIS 7) "

1. 18 . I establish my covenant; and thou shalt come into the
2. Insert ¶ # ark, thou, and thy sons, and thy wife, and thy sons
3. wives with thee. (19) And of every living thing of all flesh,
4. two of every sort shalt thou bring into the ark, to
5. keep them alive with thee; they shall be male and
6. female. (20) Of fowls after their kind, and of cattle
7. after their kind, of every creeping thing of the earth
8. after his kind, two of every sort shall come unto thee,
9.
10. 18₄ to keep them alive. (21) And take thou unto thee of
11. Insert ¶ # all food that is eaten, and thou shalt gather it to
12. thee; and it shall be for food for thee, and for them.
13. (22) Thus did Noah; according to all that God commanded
14. him, so did he. Genesis 7:1-24° And the LORD said unto
15. Noah, Come thou and all thy house into the ark; for thee
16. have I seen righteous before me in this generation.
17. (2) Of every clean beast thou shalt take to thee by
18.
19. 18₅ sevens, the male and his female; and of beasts
20. Insert ¶ # that are not clean by two, the male and his female.
21. (3) Of fowls also of the air by sevens, the male and female,
22. to keep seed alive upon the face of all the earth (4) For
23. yet seven days, and I will cause it to rain upon the earth,
24. forty days and forty nights; and every living substance that
25. I have made will I destroy from off the face of the earth.
26. (5) And Noah did according unto all that the LORD commanded
27. him. (6) And Noah was six hundred years old when the flood

35
Page Number

1   ide . of waters was upon the earth. ⑦And Noah went in, and his
    *Insert ¶ #*
2   sons, and his wife , and his sons wives with him, into the ark,
3   because of the waters of the flood.⑧Of clean beasts, and of beasts
4   that are not clean, and of fowls, and of every thing that creepeth
5   upon the earth. ⑨There went in two and two unto Noah into the
6   ark, the male and the female, as God had commanded Noah.
7   ⑩And it came to pass after seven days, that the waters of the
8   flood were upon the earth. ⑪In the six hundredth year of Noah's
9

10   107 . life, in the second month, the seventeenth day of the month, the
    *Insert ¶ #*
11   same day were all the fountains of the great deep broken up, and
12   the windows of heaven were. opened. ⑫And the rain was upon the
13   earth forty days and forty nights. ⑬In the selfsame day entered
14   Noah, and Shem, and Ham, and Japheth, the sons of Noah, and
15   Noah's wife, and the three wives of his sons with them, into
16   the ark: ⑭They and every beast after his kind, and all the
17   cattle. after their kind, and every creeping thing that creepeth
18

19   108. upon the earth after his kind, and every fowl after his kind,
    *Insert ¶ #*
20
21   every bird of every sort. ⑮And they went into unto Noah into the
22   ark, two and two of all flesh, wherein is the breath of life. ⑯And
23   they that went in, went in male and female of all flesh, as God
24   had commanded him: and the LORD shut him in. ⑰And the flood
25   was forty days upon the earth; and the waters increased, and bare
26   up the ark, and it was lift up above the earth. ⑱And the waters
27   prevailed, and were increased greatly upon the earth; and the
28   ark went upon the face of the waters. ⑲And the waters prevailed

Civil Rights Complaint Pursuant to U.S.C. § 1983

## " THE WATERS RECEDE (GENESIS 8 "

1     09 . exceedingly upon the earth; and all the high hills, that
2     *Insert ¶ #* were under the whole heaven, were covered. 20 Fifteen cubits
3     upward did the waters prevail; and the mountains were
4     covered. 21 All flesh died that moved upon the earth, both
5     of fowl, and of cattle, and of beast, and of every creeping
6     thing that creepeth upon the earth, and every man; 22 All
7     in whose nostrils was the breath of life, of all that was
8     in the dry land, died. 23 And every living substance was
9

10     110 destroyed which was upon the face of the ground, both
11     *Insert ¶ #* man, and cattle, and the creeping things, and the fowl of
12     the heaven; and they were destroyed from the earth:
13     and Noah only remained alive, and they that were with
14     him in the ark. 24 And the waters prevailed upon the
15     earth a hundred and fifty days. Genesis 8:1-29 And
16     God remembered NOAH, and every living thing, and all the cattle
17     that was with him in the ark: and God made a wind to pass
18

19     111 . over the earth, and the waters assuaged. 2 The fountains
20     *Insert ¶ #* also of the deep and the windows of heaven were stopped, and
21     the rain from heaven was restrained. 3 And the waters returned
22
23     from off the earth continually: and after the end of the hundred
24     and fifty days the waters were abated. 4 And the ark rested
25     in the seventh month, on the seventeenth day of the month,
26     upon the mountains of Ararat. 5 And the waters decreased
27     continually until the tenth month: in the tenth month, on
28     the first day of the month, were the tops of the mountains

37
*Page Number*

1  112. seen⑥ And it came to pass at the end of forty days,
2  *Insert ¶ B* that Noah opened the window of the ark which he had made:
3  ⑦ And he sent forth a raven, which went forth to and fro,
4  until the waters were dried up from off the earth. ⑧ Also
5  he sent forth a dove from him, to see if the waters
6  were abated from off the face of the ground: ⑨ But
7  the dove found no rest for the sole of her foot, and
8  she returned unto him into the ark, for the waters
9
10  113. were on the face of the whole earth: then he
11  *Insert ¶ B* put forth his hand, and took her, and pulled her
12  in unto him into the ark⑩ And he stayed yet other
13  seven days; and again he sent forth the dove out
14  of the ark; ⑪ And the dove came in to him in the
15  evening; and, lo, in her mouth was an olive leaf plucked
16  off: so Noah knew that the waters were abated from
17  off the earth. ⑫ And he stayed yet other seven days;
18
19  114. and sent forth the dove; which returned not again
20  *Insert ¶ B* unto him any more. ⑬ And it came to pass in the
21  six hundredth and first year, in the first month,
22  the first day of the month, the waters were dried
23  up from off the earth: and Noah removed the covering
24  of the ark, and looked, and, behold, the face of
25  the ground was dry. ⑭ And in the second, on the
26  seven and twentieth day of the month, was the
27  earth dried. ⑮ And God spake unto Noah, saying,

// Genesis 9 God's Covenant w/ Noah verses 8-19 //
Noah's Drunkenness verses 20-24
Curse of Canaan verses 25-29

115. ⑯Go forth of the ark, thou, and thy wife, and
*Insert ¶ a* thy sons, and thy sons' wives with thee. ⑰Bring forth
with thee every living thing that is with thee, of all
flesh, both of fowl, and of cattle, and of every creeping
thing that creepeth upon the earth; that they may
breed abundantly in the earth, and be fruitful, and
multiply upon the earth. ⑱And Noah went forth, and
his sons, and his wife, and his sons' wives with him:

116. ⑲Every beast, every creeping thing, and every fowl, and
*Insert ¶ a* whatsoever creepeth upon the earth, after their kinds,
went forth out of the ark. ⑳And Noah builded an
altar unto the LORD; and took of every clean beast,
and of every clean fowl, and offered burnt offerings
on the altar. ㉑And the LORD smelled a sweet savor; and
the LORD said in his heart, I will not again curse the ground
any more for man's sake; for the imagination of man's

117. heart is evil from his youth; neither will I again
*Insert ¶ a* smite any more every thing living, as I have done. ㉒While
the earth remaineth, seedtime, and harvest, and cold
and heat, and summer and winter, and day and night
shall not cease. (Genesis 9:1-29)①And God blessed Noah
and his sons, and said unto them, Be fruitful and multiply
and replenish the earth. ②And the fear of you and the
dread of you shall be upon every beast of the earth, and
upon every fowl of the air, upon all that moveth upon

39
Page Number

1  1:8 .the earth, and upon all the fishes of the sea; into
   Insert ¶ #
2  your hand are they delivered. Every moving thing
3  that liveth shall be meat for you; even as the green
4  herb have I given you all things. ⑨ But flesh with the
5  life thereof, which is the blood thereof, shall ye note at.
6  ⑩ And surely your blood of your lives will I require; at
7  the hand of every beast will I require it, and at the
8  hand of man; at the hand of every man's brother will

10  1:9 .I require the life of man. ⑪ Whoso sheddeth man's
   Insert ¶ #
11  blood, by man shall his blood be shed: for in the image
12  of God made he man. ⑫ And you, be ye fruitful, and
13  multiply; bring forth abundantly in the earth, and
14  multiply therein. ⑬ And God spake unto Noah, and to
15  his sons with him, saying, ⑭ And I, behold, I establish
16  my covenant with you, and with your seed after you;
17  ⑮ And with every living creature that is with you, of the

19  1:10 . fowl, of the cattle, and of every beast of the earth
   Insert ¶ #
20  with you; from all that go out of the ark, to every beast
21  of the earth. ⑯ And I will establish my covenant with you;
22  neither shall all flesh be cut off any more by the waters
23  of a flood; neither shall there any more be a flood
24  to destroy the earth. ⑰ And God said, This is the token
25  of the covenant which I make between me and you
26  and every living creature that is with you, for perpetual
27  generations: ⑱ I do set my bow in the cloud, and it

(add L to bow and you get Bowl) with a cloud is the Crystal
meth pipe aka pookey)

40
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



1 14 .shall be seen in the cloud: ⑮ And I will remember
   Insert ¶ #
2 my covenant, which is between me and you and every
3 living creature of all flesh; and the waters shall no
4 more become a flood to destroy all flesh ⑯ And
5 the bow shall be in the cloud; and I will look
6 upon it, that I may remember the everlasting
7 covenant between God and every living creature
8 of all flesh that is upon the earth. ⑰ And God said
9
10 122 .unto Noah, This is the token of the covenant, which
    Insert ¶ #
11 I have established between me and all flesh that is
12 upon the earth. ⑱ And the sons of Noah, that went
13 forth of the ark, were Shem, and Ham, and Japheth:
14 and Ham is the father of Canaan. ⑲ These are the three
15 sons of Noah, and of them was the whole earth overspread.
16 ⑳ And Noah began to be an husbandman and he planted
17 a vineyard. ㉑ And he drank of the wine, and was drunken;
18
19 123. and he was uncovered within his tent. ㉒ And Ham,
    Insert ¶ #
20
21 the father of Canaan, saw the nakedness of his father,
22 and told his two brethren without. ㉓ And Shem
23 and Japheth took a garment, and laid it upon both
24 their shoulders, and went backward, and covered the
25 nakedness of their father's nakedness. ㉔ And Noah
26 awoke from his wine, and knew what his younger son
27 had done unto him. ㉕ And he said, Cursed be Canaan;
28 a servant of servants shall he be unto his brethren.

# angover

<u>41</u>
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



1  124: And he said, Blessed be the LORD God of Shem;
2  Insert ¶ # and Canaan shall be this servant. ②God shall
3  enlarge Japheth, and he shall dwell in the tents
4  of Shem; and Canaan shall be his servant.
5  ②And Noah lived after the flood three hundred
6  and fifty years. ②And all the days of Noah
7  were nine hundred and fifty years: and he
8  died. Genesis 10:1-32 ① Now, these are the generations

10  125. of the sons of Noah, Shem, Ham, and Japheth:
11  Insert ¶ # and unto them were sons born after the flood. ②The
12  sons of Japheth; Gomer, and Magog, and Madai,
13  and Javan; and Tubal, and Meshech, and Tiras.
14  ③And the sons of Gomer; Ashkenaz, and Riphath,
15  and Togarmah. ④And the sons of Javan; Elishah,
16  and Tarshish, Kittim, and Dodanim. ⑤By these were
17  the isles of the Gentiles divided in their lands; every

19  126. one after his tongue, after their families, in their
20  Insert ¶ # nations. ⑥And the sons of Ham; Cush, and Mizraim,
21  and Phut, and Canaan. ⑦And the sons of Cush;
22  Seba, and Havilah, and Sabtah, and Raamah, and
23  Sabtechah: and the sons of Raamah; Sheba, and
24  Dedan. ⑧And Cush begat Nimrod: he began to be
25  a mighty one in the earth. ⑨He was a mighty
26  hunter before the LORD: wherefore it is said, Even
27  as Nimrod the mighty hunter before the LORD.
28

42
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

127. [10] And the beginning of his kingdom was Babel, and
*Insert ¶ #*
Erech, and Accad, and Calneh, in the land of
Shinar. [11] Out of that land went forth Asshur,
and builded Nineveh, and the city Rehoboth, and
Calah, [12] And Resen between Nineveh and Calah:
the same is a great city. [13] And Mizraim begat Ludim,
and Anamim, and Lehabim, and Naphtuhim, [14] And
Pathrusim, and Casluhim, (out of whom came Philistim,)

128. and Caphtorim. [15] And Canaan begat Sidon his
*Insert ¶ #*
first-born, and Heth, [16] And the Jebusite, and the Amorite,
and the Girgasite, [17] And the Hivite, and the Arkite,
and the Sinite, [18] And the Arvadite, and the Zemarite,
and the Hamathite: and afterward were the families of the
Canaanites spread abroad. [19] And the border of the Canaanites was
from Sidon, as thou comest to Gerar, unto Gaza; as thou goest,
unto Sodom, and Gomorrah, and Admah, and Zeboim,

129. even unto Lasha. [20] These are the sons of Ham, after
*Insert ¶ #*
their families, after their tongues, in their countries, and
in their nations. [21] Unto Shem also, the father of all
the children of Eber, the brother of Japheth the elder,
even to him were children born. [22] The children of
Shem; Elam, and Asshur, and Arphaxad, and Lud, and
Aram. [23] And the children of Aram; Uz, and Hul,
and Gether, and Mash. [24] And Arphaxad begat
Salah; and Salah begat Eber. [25] And unto Eber were

43
*Page Number*

1  13⁰. born two sons: the name of one was Peleg; for
Insert ¶ #
2  in his days was the earth divided; and his brother's
3  name was Joktan.²⁶ And Joktan begat Almodad and
4  Sheleph, and Hazar-maveth, and Jerah,²⁷ And
5  Hadoram, and Uzal, and Diklah,²⁸ And Obal, and
6  Abimael, and Sheba,²⁹ And Ophir, and Havilah, and
7  Jobab: all these were the sons of Joktan.³⁰ And their
8  dwelling was from Mesha, as thou goest unto Sephar,
9
10  131. a mount of the east.³¹ These are the sons of
11  Shem, after their families, after their tongues, in their
Insert ¶ #
12  lands, after their nations.³² These are the families of
13  the sons of Noah, after their generations, in their nations:
14  and by those were the nations divided in the earth after
15  the flood.
16  *** The Woman, Great Red Dragon, Man Child, Michael, & The Blood of the Lamb ***
17  Revelation 12:1-17 ¹ And there appeared a great wonder in heaven;
18
19  132. a woman clothed with the sun, and the moon under her feet,
20  Insert ¶ #
21  and upon her head a crown of twelve stars.² And she being with
22  child cried, travailing in birth, and pained to be delivered.³ And
23  there appeared another wonder in heaven; and behold a great
24  red dragon, having seven heads and ten horns, and seven
25  crowns upon his heads.⁴ And his tail drew the third part of
26  the stars of heaven, and did cast them to the earth: and the
27  dragon stood before the woman which was ready to be delivered,
28  for to devour her child as soon as it was born.⁵ And she brought

44
Page Number

1  122 . forth a man child, who was to rule all nations with
Insert ¶ #
2  a rod of iron: and her child was caught up unto God, and
3  to his throne. ⑤ And the woman fled into the wilderness,
4  where she hath a place prepared of God, that they should
5  feed her there a thousand two hundred and threescore days.
6  ⑦ And there was a war in heaven: Michael and his angels
7  fought against the dragon; and the dragon fought and his
8  angels③ And prevailed not; neither was their place found any
9

10  131 . more in heaven. ⑨ And the great dragon was cast out, that
Insert ¶ #
11  old serpent, called the Devil, and Satan, which deceiveth the
12  whole world: he was cast out into the earth, and his angels
13  were cast out with him. ⑨ And I heard a loud voice saying in
14  heaven, Now is come salvation, and strength, and the kingdom
15  of our God, and the power of his Christ: for the accuser of
16  our brethren is cast down, which accused them before our
17  God day and night. ⑪ And they overcame him by the blood
18

19  136. of the Lamb, and by the word of their testimony; and
Insert ¶ #
20  they loved not their lives unto death. ⑫ Therefore rejoice, ye
21  heavens, and ye that dwell in them. Woe to the inhabiters of
22  the earth and of the sea! for the devil is come down unto
23  you, having great wrath, because he knoweth that he hath
24  but a short time. ⑬ And when the dragon saw that he was
25  cast unto the earth, he persecuted the woman which brought
26  forth the man child. ⑭ And to the woman were given two
27  wings of a great eagle, that she might fly into the wilderness,
28

45

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 136 : into her place, where she is nourished for a time, from
  Insert ¶ #
2 the face of the serpent. (15) And the serpent cast out of his
3 mouth water as a flood after the woman, that he might
4 cause her to be carried away of the flood. (16) And the earth
5 helped the woman, and the earth opened her mouth, and
6 swallowed up the flood which the dragon cast out of his
7 mouth. (17) And the dragon was wroth with the woman, and
8 went to make war with the remnant of her seed, which
9
10 [37] keep the commandments of God, and have the testimony
11 of Jesus Christ. *** Revelation 13:1-18 ***
  Insert ¶ #
12 And I stood upon the sand of the sea, and saw a beast
13 having seven heads and ten horns, and upon his horns ten
14 crowns, and upon his heads the name of blasphemy.
15 (2) And the beast which I saw was like unto a leopard, and
16 his feet were as the feet of a bear, and his mouth as
17 the mouth of a lion: and the dragon gave him his power,
18
19 138 and his seat, and great authority. (3) And I saw one of
20 
  Insert ¶ #
21 his heads as it were wounded to death; and his deadly wound
22 was healed: and all the world wondered after the beast.
23 (4) And they worshiped the dragon which gave power unto
24 the beast: and they worshiped the beast, saying, who is like
25 unto the beast? who is able to make war with him? (5) And there
26 was given unto him a mouth speaking great things and blasphemies;
27 and power was given unto him to continue forty and two
28 months. (6) And he opened his mouth in blasphemy against

46
Page Number

139. God, to blaspheme his name, and his tabernacle, and them that dwell in heaven. ⑦ And it was given unto him to make war with the saints, and to overcome them: and power was given him over all kindreds, and tongues, and nations. ⑧ And all that dwell upon the earth shall worship him, whose names are not written in the book of life of the lamb slain from the foundation of the world. ⑨ If any man have an ear, let him hear. ⑩ He that leadeth

140. into captivity shall go into captivity: he that killeth with the sword must be killed with the sword. Here is the patience and the faith of the saints. ⑪ And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon. ⑫ And he exerciseth all the power of the first beast before him, and causeth the earth and them which dwell therein to worship the first beast, whose deadly wound was healed ⑬ And he doeth

141. great wonders, so that he maketh fire come down from heaven on the earth in the sight of men. ⑭ And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast, saying to them that dwell on the earth, that they should make an image to the beast, which had the wound by a sword, and did live. ⑮ And he had power to give life unto the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image

47
Page Number

142 : of the beast should be killed. ⑯And he causeth
all, both small and great, rich and poor, free and bond,
to receive a mark in their right hand, or in the foreheads.
⑰And that no man might buy or sell, save he that
had the mark, or the name of the beast, or the number
of his name. ⑱Here is wisdom. Let him that hath under-
standing count the number of the beast: for it is the
number of a man; and his number is six hundred threescore

143. and six. ✳ Let's break down 666 Biblically ✳
✳Step 1: Count 6 books of the Bible (Old & NEW TESTAMENT)
Step 2: Go to the 6TH Chapter of Book (old & New Testament)
Step 3: Go to the 6Th verse of Book (old & NEW TESTAMENT)
✳Step 1. Book Count: Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua
Step 2 & 3 Combined: Joshua 6:6 - And Joshua the son of NUN called
the priests, and said unto them, Take up the ark of the covenant,
and let seven priests bear seven trumpets of rams' horns before the

144. ark of the LORD. ✳ Step 1 Book Count (New Testament):
Matthew, Mark, Luke, John, ACTS, ROMANS ✳ Step 2 & 3 Combined:
Romans 6:6 - Knowing this, that our old man is crucified with
him, that the body of sin might be destroyed, that henceforth
we should not serve sin. (Add verse 7 to see why they tried
reincarnating the ROMAN EMPIRE but forgot that Jesus blood was on
their hands so instead the summoned dead/ancient demonic spirits)
Romans 6:7 - For he that is dead is freed from sin. ✳ Let's give
a brief explanation of Joshua ✳ Joshua 1:1-6 ①Now after the death

1  145 . of Moses the servant of the LORD it came to pass, that the
Insert ¶ #
2  LORD spake unto Joshua the son of NUN, Moses' minister saying,
3  ② Moses my servant is dead; now therefore arise, go over this
4  Jordan, thou, and all this people, unto the land which I do give
5  to them, even to the children of Israel ③ Every place that the
6  sole of your foot shall tread upon, that have I given unto you,
7  as I said unto Moses. ④ From the wilderness and this Lebanon even
8  unto the great river, the river Euphrates, all the land of the Hittites;
9

10  146 . and unto the Great Sea toward the going down of the sun,
Insert ¶ #
11  shall be your coast. ⑤ There shall not any man be able to stand before
12  thee all the days of thy life: as I was with Moses, so I will be with
13  thee: I will not fail thee, nor forsake thee. ⑥ Be strong and of a good
14  courage: for unto this people shalt thou divide for an inheritance the
15  land, which I sware unto their fathers to give them. ✱✱✱ NOW
16  here's the backend which is the perverted way they used
17  the word to build the beast empire while "ATTEMPTING"
18  (CAIN)(canaan)

19  147 . to lock Jesus in their system so that they could blackmail
Insert ¶ #
20
21  the chosen ones, Jews, children of Israel in order to steal
22  the substance of the land that was built by other people's
23  hands because the beast was cursed. Example: In Beauty and
24  the Beast, the Beast name is Prince Adam. Prince Adam only
25  means Cain which was Adams first son who killed Abel
26  the keeper of the sheep (shepherd) who was Adams second
27  son. Genesis 4:10-15 (page ____ ) (paraphrased) Cain was cursed from
28  the earth, when he tilled the ground the earth wouldn't yield her strength (produce)



# JOB

1  H8 , and he was a fugitive (escapee, or in hiding, to avoid being arrested or
2  *Insert ¶ #*
persecuted) and a vagabond (going back and forth) so his system is a system of sorcery &
3  of slavery. Job 1:1³° There was a man in the land of UZ, whose name         UZ=OZ (wizard)
4  was Job: and that man was perfect and upright, and one that feared        Jobs JOB (work)
5  God, and eschewed evil. ② And there were born unto him seven sons and     1+3=10 Beast 1
6  three daughters. ③His substance also was seven thousand sheep, and three-  of Revelation 13
7  thousand camels, and five hundred yoke of oxen, and five hundred she-
8  asses, and a very great household; so that this man was the greatest       G.O.A.T
9                                                                             ← Roman
10 H9 , of all the men of the east. Job 1:7- And the LORD said unto Satan, Whence   Catholic
11 *Insert ¶ #*                                                                     BASICS
Comest thou? Then Satan answered the LORD, and said, From going to and fro
12                                                                             → Wondering-
in the earth, and from walking up and down in it. Job 1:8-And the LORD said unto   Cain=The
13 Satan, Hast thou considered my servant JOB, that there is none like him in the earth,   Land of Nod
14 a perfect and upright man, one that feareth God and escheweth evil? Job 1:9-Then
15 Satan answered the LORD, and said, Doth Job fear God for naught? Job 1:11-But put
16                                                                             ← Matthew
17 forth thine hand now, and touch all that he hath, and he will curse thee       6:24-
to thy face. Job 1:12-And the LORD said unto Satan, Behold, all that he hath   No man can
18                                                                             serve two
19          (Satan)                                                           masters; for
20 ISO , is in thy power, only upon himself put not forth thine hand. So Satan went   either he will
*Insert ¶ #*                                                                   hate the one,
21 forth from the presence of the LORD. Job 1:15-And the Sabeans fell upon them, and   and love the
22 took them away; yea, they have slain the servants with the edge of the sword   other; or else
23 and I only am escaped alone to tell thee. Job 1:16- While he was yet speaking   he will hold
24 there came also another, and said, The fire of God is fallen from heaven, and   to the one, and
25 hath burned up the sheep, and the servants, and consumed them; and I       despise the
26 only am escaped alone to tell thee. Job 1:17- While he was yet speaking,    other. Ye cannot
27 there came also another, and said, The Chaldeans made out three bands      serve God and
28 and fell upon the camels, and have carried them away, yea, and slain the servants   mammon!
with the edge of the sword; and I only am escaped alone to tell thee.       *The World is
                                                                             under Satanic
           50                                                                System! Their
       Page Number                                                           Job places the
                                                                             mark of the
beast on them
                                                                             and their money
*Repent & Exit Money/Beast/Job/Social System! It was a   does too. 911!
  QUICKLY!                                     Set Up!!   get out of the
                                                          System NOW

**IV. STATEMENT OF FACTS**

(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)

151.   Job 1:13- While he was yet speaking, there came  also another, and
Insert ¶ #

said, Thy sons and thy daughters were eating and drinking wine in their eldest brother's house. Job 1:19 - And, behold, there came a great wind from the wilderness, and smote the four corners of the house, and it fell upon the young men, and they are dead; and I only am escaped alone to tell thee. Job 1:20-22 (20) Then Job arose, and rent his mantle, and shaved his head, and

fell down upon the ground, and worshiped. (21) And said,
Insert ¶ #

Naked came I out of my mother's womb, and naked shall I return thither: the LORD gave, and the LORD hath taken away; blessed be the name of the LORD. (22) In all this Job sinned not, nor charged God foolishly. Job 2:3 - And the LORD said unto Satan, Hast thou considered my servant Job, that there is none like him in the earth, a perfect and an

152.  upright man, one that feareth God, and escheweth evil?
Insert ¶ #

and still he holdeth fast his integrity, although thou movedst me against him, to destroy him without cause. Job 2:4 - And Satan answered the LORD, and said, Skin for skin, yea, all that a man hath will he give for his life. Job 2:5- But put forth thine hand now, and touch his bone and his flesh, and he will curse thee to thy face. Job 3:1-11 (1) After this opened Job his mouth, and cursed his day. (2) And Job spake, and said, (3) Let the day perish wherein I was born, and the

51
Page Number

1  |3⁴| : night in which it was said, There is a man child conceived.
2  ⑥ Let that day be darkness; let not God regard it from above,
3  neither let the light shine upon it. ⑤ Let darkness and the
4  shadow of death stain it; let a cloud dwell upon it; let the
5  blackness of the day terrify it. ⑥ As for that night, let
6  darkness seize upon it; let it not be joined unto the days
7  of the year; let it not be joined unto the days of the year;
8  let it not come into the number of the months. ⑦ Lo, let
9

10  |5⁵| : that night be solitary; let no joyful voice come therein.
11  ⑧ Let them curse it that curse the day, who are ready to
12  raise up their mourning. ⑨ Let the stars of the twilight
13  thereof be dark; let it look for light, but have none; neither
14  let it see the dawning of the day. ⑩ Because it shut not up
15  the doors of my mother's womb, nor hid sorrow from mine
16  eyes. ⑪ Why died I not from the womb? Why did I not give
17  up the ghost when I came out of the belly? Job 6:6-9
18

19  |6⁶| ⑥ Can that which is unsavory be eaten without salt? Or is
20  there any taste in the white of an egg? ⑦ The things that my soul
21  refused to touch are as my sorrowful meat. ⑧ Oh that I might
22  have my request; and that God would grant me the thing
23  that I long for! ⑨ Even that it would please God to destroy
24  me; that he would let loose his hand, and cut me off!
25  ✳ Breakdown of JOB which is the medium of the system (beast) ✳
26  The word JOB is the name of a man/book in the Bible
27  (old testament) and the word JOB is also defined as: the
28

1  167. principal activity in your life that you do to earn money.
   Insert ¶ ⑥
2  ⑧ a specific piece of work required to be done as a duty or for
3  a specific fee. ⑥ a state of difficulty that needs to be resolved
4  ⑧ a program application that may consist of several steps but
5  is a single logical unit. ⑥ a crime (especially a robbery). ⑥ profit
6  privately from public office or official business. ✱ This is what
7  is the beginning of their sorcery which is crossing words
8  in order to give it a different meaning. Also using phonics
9
10 168. : in order to confuse a person who doesn't understand
    Insert ¶ ⑥
11  different languages, etc. Prime Example: Caesars world is
12  all about PROFITS which is money but Christ's world is all
13  about PROPHETS which is the mouthpiece of God being used
14  through a human being to declare and decree. Both words
15  sound the same but mean the total opposite ✱ Now,
16  the word Medium is defined as ⑥ An intervening substance
17  through which signals can travel as a means for communication
18
19  169. ⑧ someone who serves as an intermediary between the
    Insert ¶ ⑪
20  living and the dead ⑥ transmissions that are disseminated
21  widely to the public. ⑨ a substance in which specimens are
22  preserved or displayed. Job 1:1 the land of UZ symbolize the
23  land of OZ from the Wizard of OZ | The definition of Oz is also
24  ounce which (crossword example: witch) is a unit of weight in
25  the US customary system and imperial system of measurement
26  (an Ancient Roman). Job 1:2-3 the 7 sons + 3 daughters only
27  represent Revelation 13 the first beast which is the Gentile
28

1  160 . nations (Revelation 13:1 - And I stood upon the sand of the sea,
   Insert ¶ #
2  and saw a beast rise up out of the sea, having seven heads
3  and ten horns, and upon his horns ten crowns, and upon his
4  heads the name of blasphemy.) ✱Blasphemy = blasphemous
5  behavior; the act of depriving something of its sacred character.✱
6  Job 1:3 - His substance also was seven thousand sheep, and three thousand
7  camels, and five hundred yoke of oxen, and five hundred she asses,
8  and a very great household; so that this man was the greatest of
9

10  161 . all the men of the east. ✱This verse can symbolize sheep
    Insert ¶ #
11  as being cotton for clothing, camels is a form of cigarettes,
12  yoke of oxen can represent a slave system based upon an
13  animalistic system (beast system), she asses symbolizes the
14  females' ass especially African Americans because an ass
15  is just a donkey that is a domesticated equine (crossword Earth Queen)
16  which is derived from the African wild ass (Equus Africanus) this
17  is only a description of the (harlot system) Revelation 17:5-9
18

19  162 ⑤ And upon her forehead was a name written, MYSTERY, BABYLON
    Insert ¶ #
20
21  THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE
22  EARTH ⑥ And I saw the woman drunken with the blood of the
23  saints, and with the blood of the martyrs of JESUS: and when
24  I saw her, I wondered with great admiration. ⑦ And the angel
25  said unto me, Wherefore didst thou marvel? I will tell thee the
26  mystery of the woman, and of the beast that carrieth her,
27  which hath the seven heads and ten horns. ⑧ The beast that
28  thou sawest was, and is not; and shall ascend out of the

Civil Rights Complaint Pursuant to U.S.C. § 1983

163 . bottomless pit, and go into perdition: and they that
*Insert ¶ #*
dwell on the earth shall wonder whose names were not
written in the book of life from the foundation of the world,
when they behold the beast that was, and is not, and
yet is. And here is the mind which hath wisdom. The seven
heads are seven mountains on which the woman sitteth.
Greatest of all the men of the east is where they got the
acronym G.O.A.T which means Greatest of All Time!

164 . Let me also add that camel is also a representation
*Insert ¶ #*
of Egypt. The word substance is defined as "the subject matter
of a text, speech, or work of art, especially as contrasted with
the form or style in which it is presented," "wealth and
possessions," it also can mean "an intoxicating, stimulating,
or narcotic chemical or drug, especially an illegal one."
If you break Substance down in two words you get
Sub meaning submarine or to act as a substitute for

165. someone + stance, meaning the way in which someone
*Insert ¶ #*
stands, especially when deliberately adopted (as in baseball, golf,
and other sports); a person's posture. Fast can represent the
Eastern Rite Catholic Church/Oriental Catholic Church.
Job 1:7. And the LORD said unto Satan, Whence cometh thou? Then Satan
answered the LORD, and said, From going to and fro in the earth, and
from walking up and down in it (* gang to and fro is a form of
wandering which is the definition of a vagabond and is exactly
what God called Cain after he killed Abel). Wandering is also

55
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  16v . a representation of the Land of Nod which means that
*Insert ¶ #*
2  LORD in this scenario is the King which makes the King the
3  real beast and the church (catholic) is the whore that
4  caused a lot of Kings to fall (Revelation 17: 10- And there
5  are seven kings five are fallen, and one is, and the other
6  is not yet come; and when he cometh, he must continue
7  a short space.) The King that has a short space is King
8  Charles III because is reign is not that long due to

10  16? . his age, the days we're in which is Armageddon,
*Insert ¶ #*
11  and the truth being Revealed. Job 1'. 11· But put forth thine
12  hand now, and touch all that he hath, and he will curse thee
13  to thy face. Job 1'. 12· And the LORD said unto Satan, Behold,
14  all that he hath is in thy power; only upon himself put not
15  forth thine hand. Matthew 6:24· No man can serve two masters:
16  for either he will hate the one, and love the other; or else he will
17  hold to the one, and despise the other. Ye cannot serve God

19  16? . and mammon. Romans 4:4-5· Now to him that worketh
*Insert ¶ #*
20  is the reward not reckoned of grace, but of debt. 5 But to
21  him that worketh not, but believeth on him that justifieth
22  the ungodly, his faith is counted for righteousness. * THE
23  SET UP OF THE BEAST SPOKEN* Capitalism was created
24  by Adam Smith who was born in Kirkcaldy, fife,
25  Scotland. The first form of bank note was developed
26  in China during the Tang and Song dynasties, starting
27  in the 7th century. Its roots were in merchant receipts
28

169. of deposit during the Tang dynasty (618-907).
*Insert ¶ #*
During the Yuan dynasty (1271-1368), banknotes were
adopted by the Mongol Empire. In Europe, the concept
of banknotes was first introduced during the 13th century
by travelers such as Marco Polo with European banknotes
appearing in 1661 in Sweden. True paper money, called
"jiaozi" were developed as promissory notes by the 11th
century, during the Song dynasty. In 1661 the first

170. banknotes were created in Europe by Johan Palmstruch
*Insert ¶ #*
the founder of Stockholms Banco which was Sweden's
first bank until it was liquidated in 1667. However, it
served as the precursor to the central bank of Sweden
that was founded in 1668 as Riksens Standers Bank
until it was renamed in 1866 as Sveriges Riksbank which
is the world's oldest surviving central bank. Also, the
banknote of the one hundred daler issued by Stockholms
$100

171. Banco and signed by Johan Palmstruch in 1666 (the
*Insert ¶ #*
mark of the beast in number form). * Communism
was created by Karl Marxism who was born in Trier,
Rhine Province, Prussia Germany. Marxism was also created
by Friedrich Engels who was born in Barmen, Jülich-CleverBerg,
Kingdom of Prussia which is now Wuppertal, Germany.
Marxism is a method of socioeconomic analysis that
uses a materialist interpretation of historical development,
better known as historical materialism, to understand class

51
Page Number

172. relations and social conflict and a dialectical perspective
*Insert ¶ #*
to view social transformation. So basically, to sum up the
beast system it was derived from the book of Job. Job
was tested by Satan to see if he lost everything, would he
curse God. Satan had the ability to do whatever he wanted
to Job except kill him. Satan was able to disconnect Job
from every type of human support, progress, or success
that he had just to see if Job would curse God to his

173. face. The social system is a reflection of Communism
*Insert ¶ #*
which is when somebody else has control over another persons
possessions, it also goes hand and hand with the social
systems behind human relationships and behaviors, then
it is combined with capitalism which actually consist
of the progress and success of humans. People use their
progress and successes to help build their confidence
which then gives them a sense of pride about themselves.

174. So Jobs' story was the perfect story to make a
*Insert ¶ #*
system for humanity when it came to their means of
providing, self confidence, and a sense of power that
can be obtained while they're progressing on their job.
Based upon this brief description of how they crossed
words to deceive the people, you should have a better
understanding on why it's so important for us to be
a free people versus us being a slave because people
enjoy their fun that only is tempory. In Matthew 6:24

175. God made it specific that nobody could serve
*Insert ¶ #*
two masters: for either he will hate the one,
and love the other; or else he will hold to
the one, and despise the other. Ye cannot serve
God and mammon. Romans 4:4-5 ⊕ Now to him
that worketh is the reward not reicogned of grace,
but of debt.⭐ Matthew 6:24 and Romans 4:4:5
both speak about money/reward however in Matthew

176 God has given p a choice than in Romans the
*Insert ¶ #*
word tells you that the reward isn't grace however
it leds you into debt. Right there reality sinks
in letting yo, know that you lose more than you've
gained.✳✳✳ This right here explains how they
set up America and also why America is still
in debt while the Americans suffer for something
they didn't put themselves in. Right now the

177. People are caught in the shackles of Americas
*Insert ¶ #*
debt to China for a debt that the people didn't
do but what makes it even more wrong is the fact
that China could have just helped America when
they bankrupt but instead people of those times
strategized a system that would be able to pay
back the debt yet the debt isn't paid off. Now, I
must also say that the marriage of the Lamb is
at hand in this time however, this was what

178. I call a battle due to the tricks, traps, and schemes
Insert ¶# of the enemy. See, the system that is being used
all across the world is an artificial way to force
slavery upon people, while making them believe that
they are free. Right now, people are striving for
the one world order however the deception
behind the one world order is that humans are
losing their God giving rights of humanity to

179. their own creation which they don't exercise
Insert ¶# full control over especially when there's so much
corruption going on, and technology is bypassing
the human brains. People have forgotten what
it means to Live, Love, and Laugh because our lives
have been being controlled by people in high places
who have evil motives. We must stop being so
naive to the traps of the enemy who does not

180. like Humanity whatsoever. In Heaven, Satan
Insert ¶# caused some of the angels to be cast out with him,
in the garden of Eden he caused Adam & Eve to
be cast out the garden, and now he's at the
nations causing kings, queens, and others to
fall by keeping division between humanity as
he divides and conquers. We must open our eyes,
put pride aside, forgive one another, and put
Jesus back on the Throne because Truth be told

181. Satan has everybody fighting over who was first, whose religion is real, etc what the people are failing to realize is that the battle isn't about none of the things he's using as cover ups to have you on his team. I say that because it's provable. ① All the appetites that people have, that are against God comes from Satan not Eve. Adam was given power over Satan that's why

182. he chose to speak to Eve because she was still innocent, naive, and the enemy knew she was the only way he would have another chance to attempt to make his name bigger than Gods. The devil was here before humans so he knew more just like AI because he understood that humans have a limited brain capacity and he also knew that they would be curious about the world around them. He also knew

183. that there are only two Spirits that can influence the people and that's either the Holy Ghost (the prophecy of Jesus) or Satan (the prince of air who lets you do whatever you want and serve whoever you want as long as he has control over you which only leads to destruction). Jesus came so that we can have life in abundance however the rebellion of humanity has placed us in worldwide dispair, darkness, anger, anxiety, etc. Satan only comes

61

Page Number

184. to steal, kill, and destroy which makes him feel good because He hates Himself, He Hates All GODS Creation, & He really Hates Jesus for Being chosen. So, with ALL this being said the beast system is a system of demonic mind control, turmoil, Envy, HAtred, etc. as if HELL is on earth. Also, the beast system is forced Satanic worship due to the weapons he used to cause people.

185. to believe a certain way which is only Indoctrination. He has forced the world to live backwards by using the Heaven and Earth that was created by God for humans to freely possess, be fruitful, and multiply. He has done so by Cain building a city (fast forward) then God flooded the whole earth however he saved Noah and his family and Noah's sons' wives plus two cattle of every Kind including Fawls. After Noah

186. came out the ark, God told his family to be fruitful and multiply in which they did. Then one of Noah's sons' named Ham saw his dad naked which caused God to curse Hams' son Cannon. However through Noahs' other son Shems' bloodline came Jesus. So the world is backwards because the cursed ones have been stealing and making money off of Jesus while denouncing Him at the same time. The cursed ones have,

62
Page Number

1 187. been living like they're the chosen ones as they
2 have profitted off the chosen ones and portrayed
3 to the entire world as if the chosen ones were
4 the cursed ones by placing labels of lies on the
5 names of the chosen ones. Prime example JOB
6 is a book in the bible about a wealthy God fearing man.
7 The world took the name of JOB and made it a label
8 for work which is job. Many people have made

10 188. a very good living off of whatever job or career
11 they have. So here's the serpent's seed Cain who kills
12 Abel and they are hiding behind their jobs. Here are
13 some job titles to prove my point ① Doctors (the first
14 surgery was when God put Adam in a trance, opened
15 his side, took out his rib, and made Eve.) ② Police Officers
16 (in Genesis 2:15: And the LORD God took the man, and put him
17 into the garden of Eden to dress and to keep it. * Hebrew Definitions:

19 189. ① Dress→H5647→ābad →to serve ② Keep → H8104 →Shâmar→
20 to protect law enforcement slogan is To Protect and to Serve).
21 ③ Teaching (in Genesis 1:2-And the earth was without form, and
22 void; and darkness was upon the face of the deep. And the
23 Spirit of God moved upon the face of the waters) * Now,
24 lets break this down in Hebrew: Form → H8414 → tshûw=empty
25 place, without form, adverbially * Adverbial means a word or
26 group of words playing the grammatical role of an adverb.
27 * Grammer means: the study of the way the sentences

190. of a language are constructed, morphology and syntax;
*Insert ¶ #*
the elements of any science, art, or subject; a book
treating such elements.* Book is to enter an official
charge against (an arrested suspect) on police register.
VOID → H922 → bohuv= an undistinguishable ruin,
emptiness. Darkness → H2822 = 7 chosek → misery, de-
struction, wickedness, ignorance, death. ***
From Genesis 1:2, I defined 3 words which are form,

191. void, and darkness! I used Genesis 1:2 to describe
*Insert ¶ #*
how the serpent seed Cain (the son of Eve who built the city)
vees jobs and the system to kill Abel (his brother who he envied
because of his favor with God). Teaching is a job that is only
a weapon of indoctrination to kill the Godlike character
in individuals starting from a child that way they become
a program (like computer simulation) that was created to
destroy all Godly traits. For Example: The word form

192. in Hebrew means empty place (a childlike innocense),
*Insert ¶ #*
then it breaks down adverbial which describes the grammatical
role of the adverb. Finally, the word grammar is described
as a study of sentences or a language., the elements of
science, art, etc in the form of a book (meaning to be
arrested (institutionalized in the mind; indoctrinated). Then,
the next word is void meaning that the worldly teachings
causes emptiness and/or an undistinguishable ruin. Finally, the
words form and void sums up to darkness which means misery,
destruction, wickedness, ignorance, and death (Spiritually).

64
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

193. Even though I put Doctor as #1, Police as #2, and Teacher as #3 the correct order would be Teacher as #1 because God let Adam name the animals before He put Adam to sleep to create Eve. Also, in order to become a doctor, police, or teacher then you have to be educated by a teacher just to qualify according to the worlds system. Under those 3 titles can stem many other categories of

Insert ¶ #

194. jobs such as under Doctor you can classify a nurse, psychologist, chemist, dentist, chiropractor, masseuse, biologist, etc. because they all deal with the mind or body whether its evaluations, medicine (chemical substances) or hands on physicals, etc. Under Police you can go back a decade and find slave patchers which were called bounty hunter. In Modern times you have similar jobs such as security, bouncers, investigators, any other

Insert ¶ #

195. title that pertains to Protecting and Serving (like DCFS), etc. Finally under Teacher you will find God as the first teacher, then in humanity today there are Apostles, Prophets, Evangelist, Pastors, and Teachers. Now in the world you have many jobs that fall under teaching such as: Substitute teacher, Pre-K, Elementary, Middle, High School, & University Teachers. There's also life coaches (in all types of curriculums/hobbies), Online Teachers, and in digital realm music, movies, social media platforms such as: TikTok, FaceBook, YouTube,

Insert ¶ #

V5

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

196. Pictures, Paintings, Lyrics, etc (that can have influencers
_Insert ¶ #_
who push hidden agendas while getting paid to do so at
the expense of peoples' sanity, lives, or beliefs). * Mark 8:34-38
³⁴And when he had called the people unto him with his disciples
also, he said unto them, Whosoever will come after me, let
him deny himself, and take up his cross, and follow me ³⁵For
whosoever will save his life shall lose it; but whosoever shall
lose his life for my sake and the gospels, the same shall

197. save it. ³⁶For what shall it profit a man, if he shall
_Insert ¶ #_
gain the whole world, and lose his own soul? ³⁷Or what
shall a man give in exchange for his soul? ³⁸Whosoever
therefore shall be ashamed of me and of my words in this
adulterous and sinful generation; of him also shall the
Son of man be ashamed, when he cometh in the glory of
his Father with the holy angels * Mark 8:15 - And he
charged them, saying, Take heed, beware of the

198. leaven of the Pharisees, and of the leaven of Herod
_Insert ¶ #_
* Herod the Great was the Roman appointed king of Judaea who
built many fortresses, aqueducts, theatres, etc. Herod was born
in southern Palestine; his father was Antipater and he was an
Edomite (a semitic people that have been identified as Arab,
who converted to Judaism in the 2ⁿᵈ century BCE) Herod was
of Arab origin, although he was a practicing Jew. Herod killed
the infants of Bethlehem in order to try and kill Jesus while he
was still a baby then he died shortly after he had a bungled
suicide attempt - (just like Judas & HITLER) * The enemy sets
people up to try and kill
Jesus & then they die
afterwards *
Set UP 2 FAIL!

✱ PRIDE also represents LGBT Community which is PERVERSION and Perversion means "A Twisted Truth"

199. Edomites were Semitic people who fall under the
Insert ¶ #
category of Ammorites, Canaanites, and the Ara-maeans.
The word Edom means "RED" and the Edomites sin
was PRIDE. The Edomites were the descendents of
Esau and the Edomites worshipped many gods. Esau
became a pagan Roman who rebelled against the Torah,
a countermodel of the rabbinic Jew. Reading Rome, the
universal empire, into the Bible, and turning Romans.

200. into wayward brothers, the rabbis made Jewish history
Insert ¶ #
universal. Pagan Rome disregarded them, but Christian
Rome made the typology part of European history.
The Church Fathers interpreted Jacob and Esau's
brotherhood as that of Christians and Jews, claimed
Jacob's legacy and decried the Jews as Esau. The
Empire's Christianization encumbered Christianity with
the Jewish-Roman past and Rome with the Christian

201. claim to disinherit Israel, and forged a traumatic
Insert ¶ #
relationship that still hasn't been undone. ✱ Encumbered
means - to restrict or burden (someone or something) in such
a way that free action or movement is difficult. ✱ John 10:1
Verily, Verily, I say unto you, He that entereth not by the
door into the sheepfold, but climbeth up some other
way, the same is a thief and a robber. John 10:10 The
thief cometh not, but for to steal, and to kill, and to destroy:
I am come that they might have life, and that they might

67
Page Number

1  202 . have it more abundantly. Matthew 23:1-10 Then spake
Insert ¶ #
2  Jesus to the multitude, and to his disciples, ② Saying, The
3  Scribes and the Pharisees sit in Moses' seat ③ All therefore
4  whatsoever they bid you observe and do; but do not ye
5  after their works: for they say, and do not. ④ For they
6  bind heavy burdens and grievous to be borne, and lay
7  them on men's shoulders; but they themselves will not
8  move them with one of their fingers. ⑤ But all their
9
10  203 . works they do for to be seen of men: they make broad
Insert ¶ #
11  their phylacteries, and enlarge the borders of the garments,
12  ⑥ And love the uppermost rooms at feasts, and the chief
13  seats in the synagogues, ⑦ And greeting in the markets,
14  and to be called of men, Rabbi, Rabbi, ⑧ But be not ye
15  called Rabbi: for one is your Master, even Christ; and all
16  ye are brethren. ⑨ And call no man your father upon the
17  earth: for one is your Father, which is in heaven. ⑩ Neither
18
19  204. be ye called Masters: for one is your Master, even Christ.
Insert ¶ #
20  ✦ Descendents of Esau also known as Edom were the People.
21  of Seir from ancient Seairh, early Rome, Venice, Germany,
22  Russia, China, Japan, and many other nations. The
23  Edomites were always in conflict with Gods people.
24  Esau gave rise to military elites such as the Spartans and
25  warriors like Alexander the Great. ✸✸✸ Moving Forward,
26  I will list a few more jobs that will also prove that they
27  perverted the word of God to make merchandise of men
28

205. by spiritually raping the people in order to obtain self

*Insert ¶ #*

gain and control which is still a form of slavery but
just in the mind, emotions, and spiritually while deceiving
the world to believe that they are still free when in
all actuality they are being mislead by a wolf in
sheep's clothing. ⓐ Astrologers (in Genesis 1:14-16 ⓐ And
God said, Let there be lights in the firmament of the
heaven to divide the day from the night; and let them

206. be for signs, and for seasons, and for days, and

*Insert ¶ #*

years: ⓑ And let them be for lights in the firmament
of the heaven to give light upon the earth: and it was
so. ⓒ And God made two great lights; the greater light
to rule the night: he made the stars also.) ✱ According
to Genesis 1:14-16 Astrology, cosmology, physics, psychics, tarot readers, etc are
who have gone beyond what they should have, they

*people*

have perverted the origin of why God created the lights

207. in the firmament which was to divide the day from

*Insert ¶ #*

night, to be for signs (not horoscope, not for satelite, technology etc),
for the seasons, for the days, and for the years. People
have gone beyond their boundaries while acting like
they were just studying God's creation but in all actuality
they were coming-up with wicked inventions while getting
paid to do so. ✱ Isaiah 47:1 - Come down, and sit
in the dust, O virgin daughter of Babylon, sit in the
dust, O daughter of the Chaldeans: for thou shalt no

208. more be called tender and delicate. ③ Take the
*Insert ¶ #*
millstones, and grind meal: uncover thy locks, make
bare the leg, uncover the thigh, pass over the rivers.
③ Thy nakedness shall be uncovered, yea, thy shame shall
be seen: I will take vengeance, and I will not meet
thee as a man. ④ As for our redeemer, the LORD of
hosts is his name, the Holy One of Israel. ⑤ Sit thou
silent, and get thee into darkness, O daughter of the

209. Chaldeans: for thou shalt no more be called, The
*Insert ¶ #*
lady of Kingdoms. ⑥ I was wroth with my people, I
have polluted mine inheritance, and given them
into thine hand: thou didst shew them no mercy;
upon the ancient hast thou very heavily laid thy
yoke. ⑦ And thou saidst, I shall be a lady for ever:
so that thou didst not lay these things to thy heart,
neither didst remember the latter end of it. ⑧ Therefore,

210. hear now this, thou that art given to pleasures, that
*Insert ¶ #*
dwellest carelessly, that sayest in thine heart, I am, and
none else beside me: I shall not sit as a widow, neither
shall I know the loss of children: ⑨ but these two things shall
come to thee in a moment in one day, the loss of children,
and widowhood: they shall come upon thee in their perfection
for the multitude of thy sorceries, and for the great
abundance of thine enchantments. ⑩ For thou hast trusted
in thy wickedness: thou hast said, None seeth me.

211. Thy wisdom and thy knowledge, it hath perverted
*Insert ¶ #*
thee; and thou hast said in thine heart, I am, and
none else beside me. (11) Therefore shall evil come upon
thee, thou shalt not know from whence it riseth: and
mischief shall fall upon thee; thou shalt not be
able to put it off: and desolation shall come upon
thee suddenly, which thou shalt not know. (12) Stand now
with thine enchantments and with the multitude of

212. thy sorceries, wherein thou hast laboured from thy
*Insert ¶ #*
youth; if so be thou shalt be able to profit, if so be thou
mayest prevail. (13) Thou art wearied in the multitude
of thy counsels. Let now the astrologers, the stargazers,
the monthly prognosticators, stand up, and save thee.
(14) Behold, they shall be as stubble; the fire shall burn
them; they shall not deliver themselves from the power
of the flame: there shall not be a coal to warm at, nor

213. fire to sit before it. (15) Thus shall they be unto thee
*Insert ¶ #*
with whom thou hast laboured, even thy merchants, from
thy youth: they shall wander every one to his quarter;
none shall save thee. * People who work in the astrology,
Tarot, physics, etc have been paid to search the hidden
mysteries of heaven and the earth which has also
been used for monetary game at the expense of
others while intentionally misleading people using
the signs. (5) Government Jobs (in Isaiah 9:6 # For

214. unto us a child is born, unto us a son is given: and
*Insert ¶ #*
the government shall be upon his shoulder: and his
name shall be called Wonderful, Counsellor, The mighty
God, The everlasting Father, The Prince of Peace.
Of the increase of his government and peace there shall
be no end, upon the throne of David, and upon his
kingdom, to order it, and to establish it with judgement
and with justice from henceforth even forever. The

215. zeal of the LORD of hosts will perform this. ✳ In
*Insert ¶ #*
this passage of scripture it shows that the government
was upon his shoulder however there would come
a time that he would have to overturn it in order
to bring order to man made mess, he would have
to establish it so that judgement and justice will
move according to TRUTH instead of just the labels
that humans have placed based on their own perception.

216. See, God knew that people would pervert the
*Insert ¶ #*
truth even if they knew the truth, so all the deep
state & worldly corruption only Jesus could fix entirely.
✳ To finalize the perverting of Jobs' name and story
from the bible and man creating Jobs(work) while
using Jobs' story to obtain the keys to rob the people,
cause them to curse or be mad at God, which robs them
of Gods restoration(because lack of faith), and enables the
beast system to drive them into debt which is a form

72
Page Number

217. of slavery and caused America to run up it's debt
Insert ¶ #
because of PRIDE, lack of Biblical Knowledge, but mainly
due to somebody else attempting to rob the people
of their rights so that they could push a one world
order for the beast system since they put their
trust in their work while thinking God hadn't heard
their cries. Basically, Satan has been hiding behind
God while using Gods word to enslave, deceive, and

218. destroy humanity. Let's prove it wasn't God but instead
Insert ¶ #
it was Satan (satan seed) hiding behind God. People like to blame
God for their misfortunes because they love to reference the
story of Job due to the conversation between the LORD and
Satan over trying Job as if God is just playing a game with
Satan and we are stuck in the middle. But that's not the
case; God isn't playing a game, it is Satan who is playing
the games with humanity because he's still trying to prove

219. that humans are not better than him. God gave Adam and
Insert ¶ #
Eve dominion over the mind of his adversary (tree of Good/Evil).
Satan (the serpent) played a mind game with Eve by twisting
of Gods word in order to deceive her. Once Adam & Eve fell
God cursed the serpent then told him that he put enmity
(jealousy) between the serpent seed and the woman's seed.
Satan's goal then became his drive to steal the woman's
seed; turn them against God, turn them against themselves,
and cause them to fall which would then make them worship

73

Page Number



220. Satan instead of God. Let's use a few scriptures from Job to wrap this up and move on. Job 1:9 - Then Satan answered the LORD, and said, Doth Job fear GOD for nought? (Basically he's asking if Job would still fear God even if he had nothing?) Job 1:11 - But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. (Satan told God to remove Jobs things and he would curse God to his face). Job 1:12 - And the LORD said unto Satan, Behold, all that he hath is in thy power, only upon

221. himself put not forth thine hand. So Satan went forth from the presence of the LORD. (Right here The LORD gave Satan power over everything of JOBS except for his life. The LORD knows the heart of man so he knew Job would not curse him to his face also that was a way for God to show Satan that money wasn't everything to everybody and that some people truly do love God). Mind you, Satan is only looking for worship because he wanted to be greater than GOD. Mark 14:62

222. And Jesus said, I am: and ye shall see the Son of man sitting on the right hand of power, and coming in the clouds of heaven. Mark 16:19-So then after the LORD had spoken unto them, he was received up into heaven, and sat on the right hand of God. Revelation 13:13-16 And he doeth great wonders, so that he maketh fire come down from heaven on the earth in the sight of men. And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast;

Civil Rights Complaint Pursuant to U.S.C. § 1983

223. Saying to them that dwell on the earth, that they
*Insert ¶ ii*
should make an image to the beast, which had the wound
by a sword, and did live ⁽¹⁵⁾ And he had power to give life
unto the image of the beast, that the image of the beast
should both speak, and cause, that as many as would
not worship the image of the beast should be killed.
⁽¹⁶⁾ And he causeth all, both small and great, rich and
poor, free and bond, to receive a mark in their right

224. hand, or in their foreheads. ⁕Breakdown of the
*Insert ¶ ii*
scriptures pertaining to Job 1:12 - And the LORD said
unto Satan, Behold, all that he hath is in thy power,
only upon himself put not forth thine hand... Now,
I'm going to paraphrase a few scriptures from above to
paint the picture of erotan pretending to be Jesus but in the
shadows. ⓐMark 14:16 Jesus is sitting on the right hand of
power. ⓑMark 16:19 - Jesus ascends to heaven to sit on the right hand

225. of God. ⓒRevelation 13:13(paraphrased) The Beast does great
*Insert ¶ ii*
wonders(signs) by making fire come down from heaven. Revelation 13:16
The Beast causes all to receive a mask in their right hand,
or in their forehead ⓓGenesis 1:14- God created lights in the firmament
of heaven to divide day and night, let them be signs, and for
seasons, days, and years. ⓔIsaiah 47:12-13 The daughter of Babylon
was rebuked by the prophet for her enchantments, sorceries, astrologers,
stargazers, and monthly prognosticators (in verse 11, he said her wisdom
and knowledge perverted her & she became PRIDEFUL). ⓕMark 14:62 And

1  226. Jesus said, I am; and ye shall see the Son of man
   Insert ¶ ii
2  sitting on the right hand of power, and coming in
3  the clouds of heaven. Matthew 28:18-19 (19) And Jesus
4  came and spake unto them, saying, All power is given
5  unto me in heaven and in earth. (20) Go ye therefore,
6  and teach all nations, baptizing them in the name of
7  the Father, and of the Son, and of the Holy Ghost: (20) Teaching
8  them to observe all things whatsoever I have commanded
9

10 247. you: and, lo, I am with you alway, even unto
   Insert ¶ ii
11 the end of the world. Amen. ※ Now in Job 1:12 God told
12 Satan that when it came to Job being tried, he had all
13 access to Job's possessions except he couldn't touch
14 Jobs' life with his hand. In the workforce (JOB) the
15 Boss has all the power of your money, hours, days,
16 and assignment just not over the individuals life in
17 a personal/physical sense. Mark 14:161 Jesus sits on
18

19 228. the right hand of power and comes in the clouds
20 of heaven, Mark 16:19 Jesus sits on the right hand of
   Insert ¶ ii
21 God, and Matthew 28:18 Jesus acknowledges All power is
22 given to him in heaven and in earth. So you can see Satan
23 taking power while hiding behind Jesus because he knows the
24 word, knows how to manipulate it, and use it for is own
25 wickedness. However, Mark 14:161 Jesus comes in the clouds
26 of heaven; then in Revelation 13:13 the beast (Satan) does
27 wonders (signs/miracles) by making fire come down from heaven
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

229. Such as Astrology dealing with signs that they named in the

*Insert ¶ #*

sky# make fire come down symbolizes Technology, media, electricity, Lightening, and fireworks. All these methods of making fire come down is Satans attempt to solidify his worldly Kingdom as he uses space/universe to attempt to show forth his power as if he's God the ultimate creator Like what God did in Genesis 1:14 when he first created lights in the firmament of heaven to separate

230. day from night to as signs, seasons, days, and years.

*Insert ¶ #*

So if Satan is a replicator of the original that means his Church is Babylon according to Isaiah 47:12-13 that talks about the woman and her sorceries, enchantments, astrologers, stargazers, and prognosticators (which all these symbolize Witchcraft because its not the original reason of why God created the lights in the firmament and that means the readings are not coming from

(Prophetic)

231. the Holy Ghost but instead they are coming from

*Insert ¶ #*

demonic spirits) So they have the ability to transfer into humans, possess them, and drive humans to behave in abnormal ways, cause sicknesses, and/or attach themselves in different areas dealing with a persons' life. Speaking on Satan being a replica of God (Yeshua) his hirelings the witches/sorcerers are only a replica also known as a False Prophet(ess) because they use other methods outside of Christ Jesus in order

232. to give people a false hope, a false sense of direction, etc and even though the false prophet(ess) may be right on their readings the main question is what Spirit are they moving in because that's what determines the purity of the word that's spoken✱ See, Prophets are the mouthpieces of God which is a position that cannot be taken lightly because the LORD will hold every one of his

233. Prophets accountable for every word that has been spoken in the LORDS' name. The office of a Prophet comes with a lot of responsibility, accountability, etc. Prophets are called by God (Yahweh, Jehovah, Yeshua) and not by man. However, God will use another leader to confirm the prophetic gifting on a persons' life then that person will go through life with God teaching them and Gods shepherds (apostles, evangelist

234. pastors & teachers) helping the prophet grow in their gift The prophetic gift CANNOT be taught by worldly/secular teachers. Prime example: I was going to school for psychology and the LORD had me drop the class because psychology tries to make sense of everything but God uses people and do things that don't make sense to the human mind all the time. Now there's two forms of the prophetic which is ① The Office of A Prophet and ② The gift of prophesy ✱ The GIFT OF PROPHECY is a Gift of the Holy Spirit, every believer is encouraged

78

1  235. to prophecy, prophecy is for edification, exhortation, and
2  comfort, prophetic utterance is a gift, a person that prophecy
3  is defined as a saint doing the work of the ministry of Christ,
4  the gift to prophecy it for life. * The OFFICE of a prophet(ess)
5  is a gift from the Godhead, God chooses the prophet not
6  humans, the prophetic office is a gift that is used to train,
7  equip, direct, correct, warn and govern, the prophet is a
8  gift to the body of Christ, a prophet is a part of the five-fold
9

10  236. ministry to equip the saints, and the Office if a Prophet(ess)
11  is for life. * The Characteristics of a False Prophet *
12  They point people back to themselves instead of to Jesus Christ
13  of Nazareth, they lack spiritual accountability, they
14  cause dissension/division within leadership and members
15  within the church body, they are not seeing or speaking
16  through the heart and eyes of God, they operate out
17  of anger, frustration, and hurt, they mislead people
18

19  237. intentionally they cause people to rebell against God
20  as they lead the people to worship false Gods (paganism),
21  their in it for self gain and not to edify the church as
22  the Body of Christ is a hospital. 1 Corinthians 14: 10-12
23  There are, it may be, so many kinds of voices in the world,
24  and none of them is without significance. Therefore if I
25  know not the meaning of the voice, I shall be unto him that
26  speaketh a barbarian, and he that speaketh shall be a barbarian
27  unto me. Even so ye, forasmuch as ye are zealous of spiritual

79

Civil Rights Complaint Pursuant to U.S.C. § 1983

233 . gifts, seek that ye may excel to the edifying of the Church.

Insert ¶ #

Proverbs 18:21 - Death and Life are in the power of the tongue:
and they that love it shall eat the fruit thereof. Matthew 15:18-20
(18) But those things which proceed out of the mouth come
forth from the heart; and they defile the man. (19) For
out of the heart proceed evil thoughts, murders, adulteries,
fornications, thefts, false witness, blasphemies: (20) These are
the things which defile a man: but to eat with unwashen

239 . hands defileth not a man. Psalms 45:1-2 (1) My heart

Insert ¶ #

is inditing a good matter: I speak of the things which I have
made touching the King: my tongue is the pen of a ready writer.
(2) Thou art fairer than the children of men: grace is poured
into thy lips: therefore God hath blessed thee for ever.
* The Mouth has a way of revealing what is in the
heart of man whether the words are spoken in private
or in public. Now, the false prophet(ess) or witches

240 . Use ritualism, music, tarot cards, horoscope, etc to obtain

Insert ¶ #

results that they desire however it causes more harm than
good because they tap into demonic spirits to obtain
whatever results they desire but they fail to realize
that those demonic entities can overpower them because they
have opened up themselves and others to those spirits.
However, God will use a prophet to stand up against
what's attempting to destroy his people so a lot of times
the prophet and prophetic ministry is rejected because people

241. are looking for temporary fixes since the root of a
problem is too complex, painful, and time consumming
in order to correct the issue. When we are in this place it's
easier to listen to people who tell you what you want to hear
than to have to face the variety of emotions that show
up when you have been deceived, lied on or lied to, pushed
away, indoctrinated, misled, etc. However, the only way
for healing to truly happen is by people being willing to

242. accept the truth so that they can be set free.
The Holy Ghost is the spirit of Truth, then there's the
spirit of error because the person didn't know any better
and finally the spirit of falsehood which is when a
person is intentionally deceiving people. Revelation 13:15-
And he had power to give life to the image of the beast, that
the image of the beast should both speak, and cause that
as many as would not worship the image of the beast

243. should be killed. Romans 1:18-32 (18) For the wrath of
God is revealed from heaven against all ungodliness and
unrighteousness of men, who hold the truth in unrighteousness;
(19) because that which may be known of God is manifest
in them; for God hath shewed it unto them. (20) For the invisible
things of him from the creation of the world are clearly
seen, being understood by the things that are made, even
his eternal power and Godhead, so that they are without
excuse. (21) Because that, when they knew God, they glorified

81
Page Number

1  2⁴ : him not as God, neither were thankful; but became
   Insert ¶ #
2  vain in their imaginations, and their foolish heart was darkened.
3  ²² Professing themselves to be wise, they became fools,
4  ²³ And change the glory of the uncorruptible God into
5  an image made like to corruptible man, and to birds,
6  and four-footed beasts, and creeping things. ²⁴ Wherefore
7  God also gave them up to uncleanness through the lusts
8  of their own hearts, to dishonor their own bodies between
9
10  2⁴⁵ : themselves: ²⁵ Who changed the truth of God into a lie,
    Insert ¶ #
11  and worshiped and served the creature more than the
12  Creator, who is blessed for ever. Amen ²⁶ For this cause
13  God gave them up unto vile affections: for even their women
14  did change the natural use into that which is against nature:
15  ²⁷ And likewise also the men, leaving the natural use of the
16  woman, burned in their lust one toward another; men with
17  men working that which is unseemly, and receiving in
18
19  2⁴⁶ : themselves that recompense of their error which was meet.
    Insert ¶ #
20
21  ²⁸ And even as they did not like to retain God in their knowledge,
22  God gave them over to a reprobate mind, to do those things
23  which are not convenient; ²⁹ Being filled with all unrighteousness,
24  fornication, wickedness, covetousness, maliciousness; full of
25  envy, murder, debate, deceit, malignity, whisperers, ³⁰ Backbiters,
26  haters of God, despiteful, proud, boasters, inventors of evil
27  things, disobedient to parents, ³¹ Without understanding, covenantbreakers,
28  without natural affection, implacable, unmerciful: ³² Who knowing

Civil Rights Complaint Pursuant to U.S.C. § 1983



1  247. the judgement of God, that they which commit such
2  *Insert ¶ #* things are worthy of death, not only do the same, but
3  have pleasure in them that do them. *** False Prophets
4  according to 2 Thessalonians 2:9-14 ⑨Even him, whose
5  coming is after the working of Satan with all power and signs
6  and lying wonders, ⑩And with all deceivableness of unrighteousness
7  in them that perish; because they received not the love
8  of the truth, that they might be saved. ⑪And for this cause
9
10  248. God shall send them strong delusion, that they should
11  *Insert ¶ #* believe a lie: ⑫That they all might be damned who believed
12  not the truth, but had pleasure in unrighteousness. ⑬But
13  we are bound to give thanks always to God for you, brethren
14  beloved of the Lord, because God hath from the beginning
15  chosen you to salvation through sanctification of the Spirit
16  and belief of the truth: ⑭Whereunto he called you by our
17  gospel, to the obtaining of the glory of our Lord Jesus Christ.
18
19  249. * The methods of the False Prophets * 1 John 2:15-
20  *Insert ¶ #* ¹⁵Love not the world, neither the things that are in the
21
22  world. If any man love the world, the love of the Father
23  is not in him. ¹⁶For all that is in the world, the lust
24  of the flesh, and the lust of the eyes, and the pride
25  of life, is not of the Father, but is of the world.
26  ¹⁷And the world passeth away, and the lust thereof: but
27  he that doeth the will of God abideth for ever. ¹⁸Little
28  children, it is the last time: and as ye have heard that

83
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  250. antichrist shall come, even now are there many
   *Insert ¶ #*
2  antichrists; whereby we know that it is the last time.
3  ⑲ They went out from us, but they were not of us; for
4  if they had been of us, they would no doubt have continued
5  with us: but they went out, that they might be made
6  manifest that they were not all of us. ✳ Let me break
7  down the words image, sound, logos after a few
8  scriptures to paint the TRUE PICTURE... Genesis 1:26-27
9

10 251 ㉔ And God said, Let us make man in our image, after
   *Insert ¶ #*
11 our likeness: and let them have dominion over the fish of
12 the sea, and over the fowl of the air, and over the cattle,
13 and over all the earth, and over every creeping thing that
14 creepeth upon the earth. ㉗ So God created man in his own
15 image, in the image of God created he him; male and
16 female created he them. Genesis 2:7-And the LORD God formed
17 man of the dust of the ground, and breathed into his nostrils
18

19 252. the breath of life; and man became a living soul...
   *Insert ¶ #*
20
21 Here's the words ⓐ image ⓑ sound ⓒ logos breakdown ⓐ image
22 is imago in Latin meaning LIKENESS, appearance, statue,
23 idea, echo. To me image can also mean: image (I + mage =
24 eye magic meaning illusion) ⓑ sound root word in Greek is
25 phone. Sound is a type of wave motion that originates as the
26 vibration of a medium. In order to speak or sing, you
27 must add sound to letters. So in this breakdown of sound
28 I am going to use the Phoenician Alphabet which is the

253 . Early Linear Script that was used to write the
Insert ¶1
Early Iron Age Canaanite languages. The 14th letter
in the Phoenician alphabet is nun which is the phonemic
representation of N and the numerical value of 50.
Nun is believed to be derived from an Egyptian hieroglyph
of a snake (serpent). In all languages the "n" represents
the alveolar nasal. The voiced alveolar nasal is a
type of consonantal sound used in numerous spoken

254 . languages. The symbol in the international Phonetic
Insert ¶#
Alphabet that represents dental, alveolar, and
postalveolar nasals is "n". A dental consonant is
a consonant articulated with the tongue against
the upper teeth. Alveolar consonants are articulated
with the tongue against or close to the superior alveolar
ridge, which is called that because it contains the
alveoli; (the sockets) of the upper teeth. Post-alveolar

255 . consonants are consonants articulated with the tongue
Insert ¶#
near or touching the back of the alveolar ridge.* The Phoenician
alphabet was used to write the Early Iron Age Canaanite
languages, subcategorized by historians as Phoenician,
Hebrew, Moabite, Ammonite, Edomite, as well as Old Aramaic.
Logos in Ancient Greek means word, discourse, or reason
that's used in Western philosophy, psychology, and rhetoric; it
connotes an appeal to rational discourse that relies on inductive
and deductive reasoning. — In Christianity "Logos" means

256. The Word of God (John 1:1 - In the beginning was the Word, and the Word was with God, and the Word was God). See, this is why the deception has been so much when it comes to spells, cross of words, and playing with the Bible in the form of manipulating, in-doctrinating, controlling, labeling, stealing, and altering. This has occured using ⓐ Image ⓑ Sound, ⓒ Logos because whoever governs the Word of God as

257. A steward is who controls or frees the people and their inheritance. So in this case we can see their motive at heart, which is their ability to play God in order to flee from judgement. Basically, while they're playing as God (false messiah) with their weapons of sorcery they are also leading people into Idolatry. They are also fleeing from judgement by pretending to be somebody that they are not and that's also how extortion is happening.

258. All this means is that the false prophets (messengers) represents Revelation 13:11 - And I beheld another beast coming up out of the earth, and he had two horns like a lamb, and he spake as a dragon. *That sums up the three words ⓐ Image = eye magic (appearance) ⓑ Sound - phone, in Greek; and in the Phoenician alphabet the letter n (representation) which is the word nun that resembles a snake (serpent) in Egyptian hieroglyphs. Another meaning of nun (female) is the word Monk (male) and they are found in the religions of Catholicism, Lutheranism, Oriental Orthodoxy

1  259. Eastern Orthodoxy, Calvinism, Anglicanism, and Methodism.
   Insert ¶ #
2  They are also found in Indian Religions such as Hinduism,
3  Buddism, and Jainism. ① Logos = word, discourse or
4  reason. Discourse means - written or spoken communication
5  or debate. The word discourse is derived from the Latin
6  prefix "dis" meaning "away" and the root word "currere" meaning
7  "to run" and refers to the way that a conversation flows.
8  To study discourse is to analyze the use of spoken or
9
10 260. written language in a social context. Logo also represents
   Insert ¶ #
11 a graphic mark, emblem, or symbol used to aid and
12 promote public identification and recognition (it can also
13 include text of the name it represents as in a wordmark).
14 Logo is another form of trademark or branding (sounds
15 like mark of beast in the forehead because of perception due
16 to the fact that logos originally stands for The WORD of God and
17 not the words of the World) 2 Corinthians 4:1 – ①Therefore
18
19 261. seeing we have this ministry, as we have received mercy,
   Insert ¶ #
20
21 we faint not; ②But have renounced the hidden things of
22 dishonesty, not walking in craftiness, nor handling the
23 word of God deceitfully; but by manifestation of the truth
24 commending ourselves to every man's conscience in the
25 sight of God. ③But if our gospel be hid, it is hid to them
26 that are lost: ④In whom the god of this world hath blinded
27 the minds of them which believe not, lest the light of the
28 glorious gospel of Christ, who is the image of God should shine unto them.

87
Page Number

262. Another example of false prophets handling the word of God deceitfully to blind the minds of humanity in order to keep them in darkness and away from Jesus Christ of Nazareth being their savior is: Revelation 1:8 I am the Alpha and Omega, the beginning and the ending, saith the Lord, which is, and which was, and which is to come, the Almighty. The word Alpha means: 1st letter of Greek alphabet, the vowel sound represented by this letter (a) ① Alpha, Astronomy.

263. used to designate the brightest star in a constellation. ② Chemistry (of an animal) having the highest rank in dominance of hierarchy: the alpha female of an elephant pack. Next, the word alphabet: alpha - above definitions + bet = second letter in Phoenician alphabet and the letters name means "House" now put them together and you get Alpha = Astronomy + bet = house (Astronomy House or House of Witchcraft). then omega = the 24th letter in the greek alphabet which is the last letter and the word omega means "great O". Finally, before I add it up the

264. last part is the movie Alpha and Omega for kids in which Alpha is a female wolf and Omega is a male wolf. Now, all this sum up to ① The movie Alpha and Omega equals Wolf (Beast) = "I.MAGE (eye magic)" ② The Alphabet equals to "Astronomy House, House of Witchcraft, Babylon" meaning "Sound-Phone in Greek" ③ The word Alpha equals 1st letter of greek alphabet, the vowel sound of the letter (a), Alpha, Astronomy, Alpha Centauri (triple star system in southern constellation of Centaurus/south pole) meaning "LOGOS" equals the mark of Beast in Hand (Phone) & Forehead (movies, tv, digital realm) Technology.

* They swapped WHICH with WITCH because it's mentioned 3 times symbolizing TRINITY (Alpha Centauri) not the Father, Son, and Holy Ghost... (Revelation 1:8)



## SEASONS of The False Prophets Deception, Pimping & Harlotry

The End of the

1 2a6. False prophets (THEIR END) Matthew 7:15 ⑤ BEWARE
*Insert ¶ #*
2 of false prophets, which come to you in sheep's clothing,
3 but inwardly they are ravening wolves. ✶ Now let's go
4 to Genesis 1:14 - And God said, Let there lights in the
5 firmament of the heaven to divide the day from
6 the night; and let them be for signs, and for seasons,
7 and for days, and years... Here are a few seasons
8 and Holidays that have a different meaning or
9
10 2a6. overlooked meaning. #1 Autumn, also know as Fall
*Insert ¶ #*
11 has Halloween in its season. Ironically, by autumn
12 being labeled as fall and Halloween being labeled
13 All Hallow's Eve, this pagan holiday is demonic,
14 satanic, and full of devil worship as it indoctrinates
15 the children since the children are the next generation.
16 Autumn/Fall indirectly glorifies the serpent for
17 causing eve to fall in the garden. Genesis 3:1 - Now
18
19 2a7. the serpent was more subtile than any beast of the
*Insert ¶ #*
20
21 field which the LORD God had made. And he said unto the
22 woman, Yea, hath God said, Ye shall not eat of every tree
23 of the garden ✶ This was the first voice (sound) that
24 Eve heard after being created. This was the first
25 time the serpent twisted the word of God (Logos).
26 Genesis 3:4-5 ④ And the serpent said unto the woman,
27 Ye shall not surely die: ⑤ For God doth know that
28 in the day ye eat thereof, then your eyes shall be

89

Civil Rights Complaint Pursuant to U.S.C. § 1983

268. opened, and ye shall be as gods, knowing good
and evil. ① And when the woman saw that the tree
was good for food, and that it was pleasant to the eyes,
and a tree to be desired to make one wise, she took
of the fruit thereof, and did eat, and give also unto
her husband with her, and he did eat. ✱ This is the second
time she heard his voice (sound) as he twisted the Word
of God (logos) just to plant a picture in her head

269. (image). Genesis 3:7-8 ① And the eyes of them were
both opened, and they knew that they were naked; and
they sewed fig leaves together, and made themselves
aprons. ② And they heard the Voice of the LORD God
walking in the garden in the cool of the day: and Adam
and his wife hid themselves from the presence of the
LORD God amongst the trees of the garden. ✱ This
is where her eyes opened however they were naked so

270. they made them some clothes to cover up their nakedness
which makes sense on why clothing is a tool people use
to project a certain image in society. This is also how
Figueroa became a hoe street where women walk
around naked to make some money. This is also
a reprentetion of the police showing up on prostitution
streets and the men and women hide themselves when
they see or hear the police, like Adam & Eve did to God. Mind
you, this passage also shows that Eve finally heard the

90

Page Number

1  271. Lords voice; however it was after the serpent had already
*Insert ¶ #*
2  talked to Eve and caused them to fall. So basically, Autumn
3  symbolizes Adam and Fall symbolizes going downward and
4  the Halloween symbolizes Hollow Eve. This is crossing of
5  words also known as twisting words which is exactly what
6  the serpent did to Eve. The crossing of words is where
7  perversion (A twisted truth) and witchcraft (word curses) were
8  birth out in the garden of Eden when Eve believed the

10  272. serpent then ate of the tree of good and evil. In this
11  *Insert ¶ #*
12  season the serpent used the same tactics perversion (a twisted
13  truth) and witchcraft (word curses) however this time the tree
14  of good and evil (knowledge) was "MONEY", the perversion used as weapons
15  in this season is sexuality, identity, education, career, technology,
16  religion, family, faith, Bible, morality, etc. The witchcraft used as weapons
17  are spells, lies, slander campaigns, influential peddling, obstruction
18  of justice, and Biblical scriptures used to manipulate, exploit,

19  273. blackmail, etc. the people. So, what happened here is
20  *Insert ¶ #*
21  something we see everywhere in the world right now. It was
22  the enemy intentionally using such tactics against the people
23  so that they'd fall which then helps him profit off of the
24  demise, destruction, downfall, and/or death so that he can
25  advance his kingdom. Another name that goes with
26  Autumn/Fall is the words "Harvest Season" which is considered
27  the gathering of the fruit of ones labor. That means the enemy
28  has used the words Autumn, Fall, Halloween (Hallow Eve), and

Civil Rights Complaint Pursuant to U.S.C. § 1983

274. Harvest Season to indirectly mock Adams fall behind
*Insert ¶ #*
Eve listening to the serpent which caused their disobedience to
God to cause them to produce the serpent a harvest. The
word "Hallow" means to make holy, sanctify, consecrate, to
honor as holy; consider sacred; venerate; to hallow a battlefield.
The etymology of the word "ween" is the slang word
for penis. Venerate means to regard with great respect;
revere. Eve is defined as: ① the evening, or the day before a

275. special day ② Mother of all living (Genesis 3:20). ✱ In
*Insert ¶ #*
the Western christian practice, the liturgical (customary public
ritual of worship) celebration begins with its first vespers (evening
prayer) in Catholic Latin/Eastern rites, Eastern Orthodox, Oriental Orthodox,
and Lutheran liturgies) on the evening of 31 October, All Hallows
Eve (All Saints Eve) and ends at the compline (night prayer) of
1 November. This is the day before All Souls Day (the commemoration
of the poor souls in purgatory and gain them indulgences) on 2 November.

276. Roman Catholics take part in this portion of Allhallowtide (a
*Insert ¶ #*                                                    "Allhallowtide"
3 day religious observation called a triduum). Allhallowtide is a "time"
to remember the dead, including martyrs, saints, and faithful
christians. Hallowsday (All saints'day) and thus of its vigil (Halloween)
was established for Rome perhaps by Pope Gregory III (731-741)
and was made of obligation throughout the Frankish Empire
by Louis Pious in 835. In the 11th century All Souls' Day was
popularized, after Abbot Odilo established it is a day for the monks
of Cluny and associated monasteries to pray for the dead. ✱When

92
Page Number

277. I see "Allhallowtide" being called a triduum to me
Insert ¶ #
it symbolizes a "false Trinity"; in fact it doesn't symbolize
anything because it is a "false trinity" when it comes to
Christianity and I have many reasons for renouncing
this as a part of Christianity. The first reason is since
the church was "built" off if Jesus' then the only Trinity is
The Father, The Son, and The Holy Ghost. The second reason is
Luke 20:38 - For he is not a God of the dead, but of the living;

278. For all live unto him. Matthew 8:21-22 And another of
Insert ¶ #
his disciples said unto him, Lord, suffer me first to go and
bury my father. (22) But Jesus said unto him, Follow me;
and let the dead bury their dead. Numbers 16:11 - And the priest
shall offer the one for a sin offering, and the other for a
burnt offering, and make an atonement for him, for that
he sinned by the dead, and shall hallow his head that same
day. Numbers No. 48 - And he stood between the dead and the

279. living, and the plague stayed. Numbers 19:11 - He that toucheth
Insert ¶ #
the dead body of any man shall be unclean seven days.
Numbers 19:16 - And whosoever toucheth one that is slain with
a sword in the open fields, or a dead body, or a bone of a man, or
a grave, shall be unclean seven days. Finally, 3rd reason, is because
God says let the dead bury the dead; so rituculism
and days of religious prayers for the dead are all
done in vain, they go against the words of Christ which
means they symbolize the Anti-Christ; To conclude this

93

280. topic using a steganography for the words Autumn, Fall
*Insert ¶ #*
Halloween (HallowEve) and Harvest Season I will decode a
perverted meaning hiding in plain sight. HallowEve= Holy Mother
of all living + Halloween= sanctify the penis + Autumn=
of Adams + Fall= Falling nature + Harvest Season (put it all together)
Holy mother of all living sanctify the penis of Adams Falling
nature; Holy mother of all living sanctify the evening of November
2nd as All souls day in remembrance of the harvest season

281. of the dead (this is just what I got from looking at the
*Insert ¶ #*
words. But when I was researching Thanksgiving because its the
next holiday, which is still considered to some as being Autumn
also known as fall, I found under Black Friday MY 2 aunts and
one of their husbands plus I found the word SACS. The
word SAC means Southern Association of Colleges and Schools. Its
headquarters are in North Druid Hills, Georgia near Decatur in
the Atlanta Metropolitan area and Decatur Georgia is where my

282. partner was born. So this confirms my halloween assumption
*Insert ¶ #*
about Adam and Eve.) Let me also breakdown "Allhallowtide"
which is called a triduum according to Catholicism. As I said
before triduum is a false trinity because its for the dead and
God is a living God. "Allhallowtide" means "Hallow= consecrate" +
"tide= flood" (put it all together) Total consecrated flood and since
its pertaining to the dead it will be a "totally consecrated flood
of the dead (from October 31- Nov 2)". I cast out any spirit of
infirmity that came into people's lives through pride, rejection,

233 . trauma, accidents, witchcraft in the name of Jesus Christ
Insert ¶ #
of Nazareth. Lord, I command all spirits of lust, perversion,
adultery, fornication, uncleanness, and immorality to come
out of our sexual character in the name of Jesus Christ of
Nazareth. I command all spirits of witchcraft, sorcery, divination,
and occultism to come out in the name of Jesus Christ of Nazareth.
I speak to all generational and hereditary spirits operating in
our lives through curses to be bound and cast out in the

234 . name of Jesus Christ of Nazareth. I command all
Insert ¶ #
spirits operating in my back, spine, sexual organs, skeletal
system, stomach, navel, abdomen, mind, heart, spleen, kidneys,
liver, pancreas to come out in the name of Jesus Christ of
Nazareth Amen. ✳ Autumn, also known as Fall
has Thanksgiving in its season. The story of Thanksgiving
is stated to had been first celebrated on September 8, 1565
in St Augustine, Florida. It was the Native Americans and

235 . Spanish settlers that held a feast as the Holy Mass was
Insert ¶ #
offered. A second Thanksgiving celebration occurred on American
soil on April 30, 1598 in Texas when Don Juan de Oñate declared
a day of Thanksgiving to be commemorated by the Holy Sacrifice of the
Mass. The Catholics considered Squanto, the Native American man
to be the beloved hero of Thanksgiving. Squanto mediated
between the Puritan Pilgrims and the Native Americans. He
had been enslaved by the English but was freed by Spanish Franciscans.
Squanto was a baptized Catholic Native American who

95

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  286. orchestrated what became known as Thanksgiving. ✱ The
2  [Insert ¶ #] Franciscans are a group of related mendicant (Roman
3  Catholic religious orders that have adopted for their male members
4  a lifestyle of poverty, traveling, and living in urban areas for
5  purposes of preaching, evangelizing, and ministry to the poor.)
6  Other mendicant orders are: Order of the Most Holy Trinity and
7  of the Captives (The Trinitarians) the founding-intention for the order
8  was the ransom of Christians held captives. In addition to ransoming
9
10 287. Christian captives their ministry included hospitality, care of the
11 [Insert ¶ #] sick and poor, churches, education, etc. The ransom is for the Christians
12 that are held captive by Muslims. The Order of Preachers also known
13 as the Dominican Order was founded to preach the gospel and to
14 oppose heresy. The order is famed for its intellectual tradition by
15 having produced many leading theologians and philosophers. This
16 order was also into Mysticism which refers to the conviction that
17 all believers have the capacity to experience God's love and that this
18
19 288. love may manifest itself through brief estatic (religious ecstacy)
20 [Insert ¶ #]
21 (ecstacy is also a drug pill people use to get high and enjoy sexual pleasures)
22 experiences, such that one may be engulfed by God and gain immediate
23 knowledge of him, which is unknowable through the intellect alone. (No
24 wonder ecstasy was so big in the black communities.) The Patron
25 Saints under this order is Saint Dominic (Dominic de Guzman; born in
26 present day Castile-Leon, Spain) He is the patron saint of astronomers
27 and natural scientists. Saint Mary Magdalene the one who witnessed
28 the crucifixion & burial of Jesus plus she was the first person to see

1  2891. him after the Resurrection. Mary Magdalene is the patron
Insert ¶ #
2  saint of Apothecaries (pharmacist and chemist), Arahal, Spain (a place
3  in the path where stopping to rest) in Arahal, Spain there are a few
4  monuments like Nta. Sra. de la Victoria Church, Vera-Cruz church
5  (founded by Knights Templar which is a Military order of the Catholic Church),
6  Nta. Sra. del Rosario convent (of the Rosary Convent), San Roque Church
7  (patron against diseases and healer of contagion of all kinds), Santa Maria
8  Magdalena parish-church, and finally San Antonio Hermitage (retreat).
9

10  2890. Atrani, Italy (sound like a tranny. akn transexual), Casamicciola
Insert ¶ #
11  Terme (Main Sights: Church of Saint Antonio al Mortito dedicated to Saint
12  Anthony of Padua born in Lisbon Portugal, was given the title Doctor
13  of the Church. Anthony's attributes consisted of the: Franciscan
14  habit, lily (purity, innocence, and rebirth), book (a medium for recording information)
15  tonsure (practice of cutting or shaving hair as a sign of religious humility or devotion
16  in Catholicism; * I believe this is hypocrisy because Sampson was an Israelite warrior
17  and judge who was known for his prodigious strength that came from his hair until
18

19  291. Delilah found out where his strength came from then she cut his hair to
20
Insert ¶ #
21  weaken him), holding the Infant Jesus, mule (a hybrid between a female horse
22  and a male donkey meaning Jackass. Anthony of Padua is the patron
23  saint of Custody of the Holy Land (the mission of the Custody of the
24  Holy Land is to guard "the grace of the Holy Places" of the Holy
25  Land and the rest of the Middle East, "sanctified by the presence
26  of Jesus" as well as pilgrims visiting them, on behalf of the Catholic
27  Church. Activities owned by the Franciscan order are: Terra Santa
28  College in Nicosia, Cyprus, and Magnificat Institute in Jerusalem. The

97
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



1  292. Custody has a communication department in charge
   Insert ¶ #
2  of the official media in the Holy Land, which is based at
3  the Terra Sancta College in Jerusalem that has a multimedia
4  centre broadcasting news programmes in different languages,
5  an editorial office of the Christian Media Center and the
6  Terre Sainte Magazine in French.). Anthony of Padua is patron
7  saint of Miracles (my daughter who is in foster custody name), travelers, finding
8  one's spouse (sounds like cupid), pregnancy (I haven't been able to conceive with my

10 293. partner Antonio), harvests (all my resources have been held/dried up for 6 years)
11 Insert ¶ #
   animals, lost souls (there's many of those like never before), lost people (people been
12 disappearing), poverty (USA is in a famine), sterility (my partner), the sick (USA was hit
13 with Covid 19 killing thousands of people), the disabled (USA is full of disabled people),
14 the oppressed (all over the world), the hungry (All over the world), the elderly (All over the
15 world), faith in the Blessed Sacrament, sailors, fishermen (had more said winners for Jesus),
16 watermen (paganism: Poseidon, Oceanus, Amphitrite, etc); swineherds, mail carriers (my
17 mail and other people mail has been tampered with), counter-revolutionaries, indigenous

19 294. peoples of the Americas, etc.) # Now back to Mary Magdalene. (where
20 Insert ¶ #
21 I found Anthony of Padua) She is the patron saint over the rest of
22 these: Ischia (Italian Island in the Tyrrhenian Sea), contemplative
23 life (lifelong journey to God in prayer and worship), converts (religious
24 conversion), glovers (maker of gloves), hairdressers, Kawit (a province
25 of Cavite, Philippines whose sister city is Sakegawa, Japan), Amadeo, Cavite
26 (in Philippines), Magdalena (Laguna Philippines), Santa Magdalena (in
27 Philippines), perfumeries, people ridiculed for their piety (piety=virtue),
28 pharmacists, Pililla (in Philippines), penitent sinners, tanning (is

295. the process of treating skins and hides of animals to produce leather),
Insert ¶ # Saint
Sexual temptation, and women. Catherine Siena. attributes are:
ring, lily, cherubim (a winged angel according to bible), crown of thorns (was
placed on Jesus head for his crucifix), Stigmata (body wounds that appear in
areas corresponding to the wounds of Jesus Christ), crucifix, book, heart,
skull, dove, rose, miniature church, miniature ship bearing Papal
coat of arms (mark of beast in my eyes). St Catherine Siena is the patron
saint of: against fire, bodily ills, people ridiculed for their piety, nurses,

296. Sick people, miscarriages, Europe, Italy, Diocese of Allentown,
Insert ¶ #
Pennsylvania, US; Bambang Nueva Vizcaya (in Philippines), and Samal
Bataan (Philippines). You have just read the 3 saints, their
attributes, and patronage (what/who the "protect or pray for); The 3
saints under the Dominican Order that you just learned about was
St Domic, St Mary Magdaline, and St Catherine. Before I go back
to St Francis, I will name a few more saints over certain
topics. ① St Cecilia attributes: flute, organ, roses, violin, harp, Baritone,

297. harpsichord, songbird, singing. St Cecilia patron of: Hyms, great
Insert ¶ #
musicians, luthiers, poets, Albi, France, Archdiocese of Omaha, Mar del
Plata, Argentina (Pope Francis is from Argentina) Pipe Organs ② Saint
Jesus Malverde, born in Sinaloa Mexico. Jesus Malverde
is patron of Mexican drug cartels, drug trafficking, outlaws,
bandits, robbers, thieves, smugglers, people in poverty (he
became a saint in Sinaloa, Folk Catholicism) ③ St Maximilian
attributes: Franciscan habit, Rycerz Niepokalanej (a Polish Roman-
Catholic monthly magazine), Nazi concentration prison uniform,

99

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



298. Nazi concentration camp badge, crucifix, rosary. He is the patron of: families, recovery from drug addiction, prisoners, amateur radio operators, journalists, political prisoners, pro-life movement, esperantists, Militia immaculate (army of the immaculate one) His face was also commemorated on a West Germany stamp in 1973. ④ St Genesius of Rome is the patron saint of: Actors, playwrights, clowns, comedians, comics, converts, dancers, musicians, printers, stegnographers, epileptics, thieves & torture victims. ⑤ Saint Columba

299. of Spain they celebrate her on September 17 annually (*this is my partners birthdate). St Columba of Spain is the patron of magic, witches, magicians, wizards, hags, andorra, chevilly & galicia. Her shrine is at Old Castile, priory of St Columba and the royal Abbey of Our Lady at Najera. ⑥ Saint John Bosco is the patron of christian apprentices, editors, publishers, students, young children, magicians, juvenile delinquents, Piura Peru, Brasilia Brazil ⑦ St Albertus Magnus aka Albert the Great/Albert

300. of Cologne he is the patron of those who cultivate the natural sciences, medical technicians, philosophers, and scientists. His scientific career fields were: natural science, alchemy, jurisprudence, diplomacy, theology, and Natural philosophy. His main interests: philosophy, physiology, mineralogy, astrology, geography, astronomy, music theory, natural science, alchemy, jurisprudence, diplomacy, theology, and natural philosophy. **** Returning to The Franciscans (explanation) they are a group of related mendicant Christian religious orders within the Catholic Church. It

<u>100</u>
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

301. Was founded in 1209 by the Italian saint Francis
*Insert ¶#* of Assisi, the Order of Friars Minor was for men. Their
Motto is: Peace and the good and their ministry consisted of
preaching, missionary, educational, parochial, & charitable
works. the Order of Saint Clare which is the Franciscan's
second branch was founded by Clare of Assisi and Francis
of Assisi on Palm Sunday, this order is for nuns. St.
Francis had a third order which was for people

302. of both sexes that were married but couldn't leave
*Insert ¶#* the world or abandon their avocations, but still were part
of the Franciscan movement. He also had a Secular Franciscan
order that let men and women make a spiritual commitment
to their own Rule. however the Secular Franciscan fraternities
can not exist without the assistance of the first and
second Franciscan Order. Since Clare of Assisi is one of
the founders for the Order of Saint Clare (2nd branch of the

303. Franciscan Order) I will describe her attributes: Monstrance,
*Insert ¶#* PYX (boxwood receptacle), lamp, habit of the Poor Clares. Saint
Clare is the patron of: eye disease, goldsmiths, laundry, television,
bicycle messengers, good weather, needleworkers, remote,
viewing, extrasensory perception, Santa Clara, California,
Santa Clara Pueblo, New Mexico, Obando, Bulacan, Philippines.
Saint Francis attributes were: Franciscan habit, birds, animals,
stigmata, crucifix, book, and a skull. Saint Francis of
Assisi was patron of: Franciscan Order, poor people, ecology,

304. animals, stowaways, merchants, Aguada (town in Puerto
Rico); Naga, Cebu (in Philippines); Balamban, Cebu (in Philippines),
Dumanjug, Cebu (in Philippines); General Trias (in Philippines),
and Italy (THE END OF THE FRANCISCANS under Saint Francis of Assisi).
Finally, here are a few names of people and places with the
word "Franc" in the beginning. In year 1539, France was the
1st Country to establish a nationwide population register
using the Catholic parish register. ② Francis Solanus born

305. March 10, 1549 - July 14, 1610 was a Spanish Friar and
Missionary in South America, belonging to the Order
of Friars Minors (the Franciscans) and is honored as a
saint in the Roman Catholic Church. He is the patron saint
of ARGENTINA, BOLIVIA, CHILE, PARAGUAY, PERU,
also against earthquakes. He was born in Montilla, Spain
and he died in Lima, Peru! ③ Francis Albert Lai born
in Nice, Alpes-Maritimes, France. He was a Film score

306. composer who did music for film. ④ Francis Patrick
Mary Brown was a distinguished Irish Jesuit and
a prolific photographer (did the photos of RMS Titanic). He
also was a military chaplain during First World War.
He was born in Cork, Ireland and died in Dublin
Ireland. ⑤ Francis Brown Wai was born in Honolulu,
Hawai'i and he died in Leyte Philippines. He was a
US Army Captain who was killed in action the
liberation of Philippines Island from Japan (End of Topic
for Thanksgiving which led me to The Franciscans). Some people call
thanksgiving "FRANKSGIVING" Page Number because of Franklin D. Roosevelt.

Civil Rights Complaint Pursuant to U.S.C. § 1983

102

357. Black Friday is not an official holiday in the U.S.
at California and some other states observe "The Day After
Thanksgiving" as a holiday for state government employees.
The SouthPark neighborhood of Charlotte, North Carolina is
the most traffed area of the U.S on Black Friday. The neighborhood
was once a part of a 3,000 acre (1,200/n) farm owned by former
North Carolina Governor Cameron Morrison. The front
entrance to the mall is on Sharon Road. ✱ Right here,

358. under the Black Friday topic based on SouthPark I see
my aunt Charlottes name in whom she is married to
Morris' her husband and then I see my Sharon's
name as well and she's my other aunt (they both worked
with kids) plus shes Charlottes older sister as well.) Then,
when you scroll down and click on Transportation infrastructure
(wikipedia search SouthPark, Charlotte) you will see bus #'s for their
transit system (C.A.T.S = Charlotte Area Transit System); #29 (UNC Charlotte/

359. Crosstown) click on UNC Charlotte and it will redirect you
to University of North Carolina at Charlotte then you will see the
school information. When you see accreditation is shows SAC and
and a little further down you see the word Chancellor with the
name Sharon Gaber (mind you Sharon is the name of my aunt
who worked at a childcare, Sharon is also the mom of my cousin
Dometra (who messed with me when I was around 7 (incest/homosexuality)
and Sharon has a son named Steven who messed with me til I was
almost 11 years old (incest) all behind another parties witchcraft,

103

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

310 . pervasion, narcissism, scandal, etc. that was coming
*Insert ¶#*
from people misusing their position of power that was supposed
to lead people to Jesus Christ of Nazareth in Italy. Messed my
head up to actually come to the reality of the depth of my pain
that was stemming from a part of the world that I've never
seen. But to make things worst in order to confirm my statement
then return to the rest of my story let me show you Italy's (Babylon/Rome)
scandal that reaches "ALL OVER THE WORLD". Catholicism

311 . is a Christian church that "VENERATE" (to honour or very
*Insert ¶#*
much respect a person or thing) basically to venerate means
to "reverance, worship". Catholicism venerates people & things
who they feel are worthy of being given respect for their
attributes or past accomplishments. Now there's nothing wrong
with wanting to respect the accomplishments of others from
the past because that's how generations learn from each other.
Disclaimer: What I am about to say will open your mind to another

312 . Level of thinking that comes from the wicked, depraved, and
*Insert ¶#*
perverse mind of the enemy but it will also confirm why God
gave certain commandments to protect His people. Now, the way that
Catholicism venerates people or things is in a form of Idolizing
the dead while attempting to control the present so that they
can ensnare the future generations. Let me pin their moves so that
I can paint their picture and I'm going to paint their
picture so that "You" may be able to pin their moves (quote by
Victoria Dillwunt LOL) ① They put a seal on you at birth (footprint,

104
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

313. birth certificate, social security number ③ They have their
Insert ¶ #
professionals monitor your whole life (pediatrician, dentist, etc)
⊁ Please remember this Beast is a system with Billions of peoples identity
inside that it controls & NOBODY is EXEMPT WHETHER YOU ARE RICH, POOR, FREE,
or BOND & race doesn't MATTER PERIOD!!) Now, I understand there were
systems before this time however those were destroyed but the one that
has been put in place today came from Catholicism and France was
the first country to use their registry in 1539 (the Catholic Parish Registry).

314  See, people fail to realize that while Europeans were playing
Insert ¶ #
the game "Scatter Africa" the mother land that they were learning
other peoples way of living, culture trends, inventions (like Asia,
Egypt, Babylon, etc) so that they could build, divide to conquer,
steal, replicate to rename as their own. They wrote things
down in their own words (better yet in their own languages) because
playing with sound and words is a subtle way to manipulate
a person who lacks the knowledge of the truth which brings me

315. to my next point) ③ As a child (modern days) you are expected
Insert ¶ #
to go to school in order to learn what is necessary to be
accepted in their system (professional field) because they
know you gotta make money to live in their world (but what
people fail to realize is in their world they make money off of
you being in their system as soon as your born and they use
you to make money as soon as you die. Ex: funeral, debt, fraud, etc.).
④ In the professional field they make money off of you,
they also tax you (which is more money), then you have to

1  316. pay them to live (bills, entertainment, food, travel, child care, etc)
   *insert ¶ #*
2  now when I say them I talking about the chain of command
3  that consists of countries debt, international trade, governments
4  (federal & state), corporations, & even streets (depending on the person).
5  ⑤ Now to bring it full circle and back to European & Catholicism,
6  Europe Kings & Queens rule different countries under different
7  titles. The Roman Catholics have their churches planted in
8  different countries under different titles (ex: ArchDiocese of Atlanta
9
10 317. Catholic Church, East Orthodox Catholic Church, Roman Catholic
   *insert ¶ #*
11 Church, etc) also different positions of hierarchy such as Pope,
12 priest, nun, etc and they have sub categories that range
13 from Education, Hospitals, Finances, military orders,
14 etc. So with all this being said, here's two kingdoms
15 that worked together on conquering everybody else until
16 the other kingdom got out of hand and moved with betrayal.
17 ⑥ However, the betrayal came into full affect after
18
19 318. the legalization of same sex marriages in 2015 because
   *insert ¶ #*
20 same sex marriage (under Barrack Presidency) is when the
21 spirit of Perversion was activated which only means
22 a twisted truth. So, what that did was Awaken the dead, the
23 demons, witches, etc. that was already put into place
24 by the idolatry of both Kingdoms which consisted
25 of them coveting, stealing, & entertaining the paganism
26 of other peoples religions now don't mistake that I
27 am saying that it didn't exist already because thats not what I am
28 saying instead I am saying the mixing of the religions caused strange fire.
   So the confusion at hand is because of the truth and the lie
   colliding.



319. ==Christmas December 25==

Insert ¶ #

Christmas is an annual festival commemorating the birth of Jesus Christ, observed primarily on December 25 as a religious and cultural celebration among billions of people around the world. The history behind Christmas is vague so I will break down Santa Claus also known as Father Christmas, Saint Nicholas, etc. Since Saint Nicholas is venerated

320. by the Catholic church I will talk about him. He was

Insert ¶ #

born March 15, 270 (Roman Empire) and he died December 6, 343 (Roman Empire, Diocese of Asia). Little was known about the historical Saint Nicholas however one of his most famous incidents from his life is that it was said that he rescued three girls from being forced into prostitution by dropping a sack of gold coins through the window of their house each night for three nights so their father could pay a dowry for each

321. of them. Saint Nicholas is the patron saint over these

Insert ¶ #

Categories: Children, coopers, travelers, sailors, fishermen, merchants, broadcasters, the falsely accused, repentant thieves, brewers, pharmacists, archers, pawnbrokers, unmarried people, prostitutes, Prilep, Aberdeen, Galway, Russia, Greece, Hellenic Navy, Liverpool, Bari, Siggiewi, Moscow, Amsterdam, Lorraine, Royal School of Music and Duchy of Lorraine, students in various cities and countries around Europe & Russian Navy. Another thing about Saint Nicholas is that he was a monk

107

Civil Rights Complaint Pursuant to U.S.C. § 1983



1  322. and he was born in Patara, Turkey. ✱ After Saint Nicholas
2  Insert ¶ # the prominence of Christmas Day increased gradually after
3  Charlemagne, also known as Charles the Great who was
4  King of the Franks (a Germanic speaking people whose land was
5  divided into different kingdoms like ② West Francia became the
6  Kingdom of France, East Francia became the kingdom of Germany,
7  and Middle Francia became the kingdom of Lotharingia. in the
8  north, kingdom of Italy in the south, and the kingdom of

10  323. Provence in the west.) Charles the Great was King of
11  Insert ¶ # the Franks from 768 when he was crowned as the Emperors
12  of the Romans by Pope Leo III on December 25, 800. Pope
13  Leo III was the bishop of Rome (the pope which was head of the
14  worldwide Catholic Church and he was ruler of the papal states
15  which were the major states of Italy.) ✱ So basically if Christmas
16  is supposedly the day to ~~worship the birth of Jesus then what~~
17  ~~Jesus are people worshipping?~~ because Saint Nicholas who

19  324. is supposedly the pagan representation of Jesus Birth
20  Insert ¶ # because Saint Nicholas allegedly lived in a crypt near Bethlehem
21  where the Nativity of Jesus is believed to have taken place and that's
22  where the Church of Saint Nicholas in Beit Jala, a Christian town
23  of which Nicholas is the patron saint. Then you have Charles
24  the Great who was crowned Emperor of Rome on December 25, 800
25  and then you also have Jesus Malverde who is a drug
26  lord and they made him a saint in the catholic church
27  located in Sinaloa, Mexico? So what Jesus is really being

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 925, represented by the church and the pagan holidays.
2 Insert ¶# Also, one of Santa's sayings is: Ho Ho Ho Merry Christmas
3 and what I see when I hear that is Horace Marriage
4 Christ's Massacre. which is exactly what they tried
5 to do; thinking that they were cheating me out of
6 my inheritance (that's where we are now) Horace also stands
7 for Ho Race. which would symbolize Babylon's Mystery
8 The Mother of Harlots and the abominations of the

10 the Earth (Revelation 17) which is the first Bridegroom and
11 Insert ¶# Bride. then after Babylon falls comes the marriage of
12 the lamb. However, under this guise of treachery we
13 see that Hamas has hit Israel which lets us know
14 that all those individuals (Muslims) are the seeds of the
15 serpent because if they weren't then they would have
16 never touched "The Holy Land". Also, they go by the name
17 Hamas which people will say is from Ham who is one of
18

19 3¹). Noah's son and that would further prove that they
20 Insert ¶# are all Canaanites and Europe Kingdoms are Cain (same
21 thing because Cain was cursed and Ham's son Canaan
22 was cursed). Now, what people may have not known
23 is "Yeshua Hamashiach" means "Jesus the Messiah" so
24 why is Hamas proclaiming Allah and denouncing the
25 very God that their name stems from? Do you know
26 that Christmas (Santa Claus) is how they indirectly planted
27 the seed of pimping and hoeing to our children because
28

1  328. the story of Saint Nicholas talks about him rescuing
   Insert ¶ #
2  three girls from being forced into prostitution by dropping
3  a sack of coins through the window of their house each
4  night for three nights so their father could pay a dowry (the
5  money, goods, or estate that a woman brings to her husband
6  or his family in marriage) but that's not scripture! In
7  Genesis 24: 21-23, 30-40 ⁽²¹⁾And the man wondering at her
8  held his peace, to wit whether the LORD had made his

10 329. journey prosperous or not. ⁽²²⁾And it came to pass, as
   Insert ¶ #
11 the camels had done drinking, that the man took a
12 golden earring of half a shekel weight, and two bracelets
13 for her hands of ten shekels weight of gold. ⁽²³⁾And said,
14 Whose daughter art thou? tell me, I pray thee: is there room
15 in thy father's house for us to lodge in? ⁽²⁴⁾And the damsel ran,
16 and told them of her mother's house these things. ⁽²⁵⁾And
17 Rebekah had a brother, and his name was Laban: and

19 330. Laban ran out unto the man, unto the well. ⁽³⁰⁾And
   Insert ¶ #
20 it came to pass, when he saw the earring and bracelets upon
21 his sister's hands, and when he heard the words of Rebekah
22 his sister saying, Thus spake the man unto me; that he came
23 unto the man; and behold, he stood by the camels at the
24 well. ⁽³¹⁾And he said, Come in, thou blessed of the LORD; wherefore
25 standest thou without? for I have prepared the house, and
26 room for the camels. ⁽³²⁾And the man came into the house:
27 and he ungirded his camels, and gave straw and provender

110
Page Number

1 :31. for the camels, and water to wash his feet, and the
2 *Insert ¶ #* men's feet that were with him. :32 And there was set meat
3 before him to eat; but he said, I will not eat, until I have
4 told mine errand. And he said, Speak on. :33 And he said,
5 I am Abraham's servant. :34 And the LORD, hath blessed
6 my master greatly; and he is become great: and he hath
7 given him flocks, and herds, and silver, and gold, and
8 menservants, and maidservants, and camels, and asses.

10 :32. :35 And Sarah my master's wife bare a son to my master
11 *Insert ¶ #* when she was old: and unto him hath he given all that
12 he hath. :37 And my master made me swear, saying, Thou
13 shalt not take a wife to my son of the daughters of
14 the Canaanites, in whose land I dwell: :38 But thou
15 shalt go unto my father's house, and to my kindred,
16 and take a wife unto my son. :39 And I said unto
17 my master, Peradventure the woman will not follow

19 :33. me. :40 And he said unto me, The LORD, before whom
20 *Insert ¶ #*
21 I walk, will send his angel with thee, and prosper thy way;
22 and thou shalt take a wife for my son of my kindred; and
23 of my father's house: Genesis 24:50-53 :49 Then Laban and
24 Bethuel answered and said, The thing proceedeth from the LORD:
25 we cannot speak unto thee bad or good. :51 Behold, Rebekah is
26 before thee, take her, and go, and let her be thy master's son's
27 wife, as the LORD hath spoken. :52 And it came to pass, that,
28 when Abraham's servant heard their words, he worshiped

1  33:4. the LORD, bowing himself to the earth. (5:3) And the
2  *Insert ¶ #* servant brought forth jewels of silver, and jewels of
3  gold, and raiment, and gave them to Rebekah: he gave
4  also to her brother and to her mother precious things.
5  *** Now that you know what the scriptures
6  say, you see with your own eyes that the story
7  of Saint Nicholas story is a perverted (twisted
8  truth) of God's word. However, Dowries have long
9      *stealing + Ransom*
10  35. histories in Europe, South Asia, (Africa) and other
11  *Insert ¶ #* parts of the world but not in United States. Middle
12  East still practices the Dowry system however
13  in India, dowry is called Dahez in Hindu, and Jahez
14  in Arabic among the Islamic Community. In other
15  parts of India (eastern) the dowry is called Aquunnpot.
16  Dowry is a payment from the bride's family to the
17  bridegroom's family upon marriage. In Pakistan,
18
19  36. the dowry is called Jahez in Arabic. Pakistan's Muslims
20  *Insert ¶ #* make dowry an obligation in Islamic practice. In
21  95 percent of all marriages in Pakistan involves transfer
22  of a dowry from the bride's family to the groom's
23  family. In Afghanistan the dowry is called Jehez
24  It is transferred from the bride's family to the groom's
25  family. *** This is called PIMPING not a marriage,
26  A woman isn't supposed to pay a man to be married
27  and this is what Jesus Christ died on the cross of
28

337. Calvary for, his death was for the remission
of humanities sin so how can you put a price on a
person (male or female) when Christ gave his life for
ALL HUMANITY. Then to make matters worst they used
Christmas as a way to plant the seed of Harlotry/athiesm.
Ho, Ho, Ho Merry Christmas seem so innocent to the
naive however then you have the question of have
you been naughty or nice? Even in some places

338. they have a person dressed up as Santa and
the child goes to sit on a strangers lap just to take
a picture while their parents are talking about how
cute the child looks. What that parent doesn't know
is that subconsciously, that gets programmed into a
childs mind. So, as they're growing up they remember
those moments which then confuses them when their
parents say stay away from strangers or don't accept

339. nothing from strangers. Instead of the child asking
their parent why? they leave with a sense of confusion
because. Santa Claus is a ①stranger he gives good
gifts, we celebrate the ②birth of the savior during
that time, and they were allowed to ④sit on a strangers
lap to take a picture that the ⑤parent said was cute.
It's something so simple as a holiday, movie, music,
video, video game, etc. that plant and water seeds of
twisted truths (lies & perversion). #1,2,4,&5 all look innocent
as 1&2 hides in front of Christ (purity, sacrificial love, etc) the
3&4 hides behind Christ's Page Number Pureness of character but
1,2,3&4 are   Civil Rights Complaint Pursuant to U.S.C § 1983
training tactics to be prostituted whether it be on the street,
on stage, on T.V., at a job, to get a degree, or government assistance, etc.



1  310. Now during Christmas season which is Winter
   *Insert ¶ 8*
2  there's a such thing as Christmastide. Its different days
3  of celebrations during Christmas time and here's the list:
4  Dec. 25 - Christmas, Dec 26 - St. Stephen's Day, Dec 28 -
5  Childermas, Dec 31 - New Years Eve, Jan 1 - the Feast of
6  the circumcision of Christ or the Solemnity of Mary, Mother
7  of God, and The Feast of the Holy Family (date varies)
8  * Saint Stephen's Day is to celebrate him as the first christian
9
10  311. martyr. Saint Stephen's Day is celebrated on Dec 25 in Armenia
   *Insert ¶ 8*
11  and Dec 26 other Christianity. His attributes are: red martyr,
12  stones, dalmatic, Censer, miniature church, Gospel Book,
13  martyr's palm, orarion. He's the patron saint of:
14  altar servers, native american Pueble, bricklayers; casket
15  makers, Cetona, Italy, deacons, headaches, horses, Kessel
16  Belgium; Masons, etc. The next holiday is Dec 28 called
17  Childermas (Massacre of the Innocents) this day is pertaining
18
19  312. to children *** Valentines Day is the feast of
   *Insert ¶ 8*
20  Saint Valentine was known as a Bishop in the Roman empire
21  who ministered to persecuted christians. He was martyred and
22  his body buried on the Via Flaminia on February 14, which has
23  been observed as the Feast of Saint Valentine also known
24  as St. Valentine's Day since the eighth century. He is also a
25  patron saint of Terni, Italy; epilepsy, affianced couples,
26  against fainting, beekeepers, happy marriages, love,
27  mentally ill people, plagues, Lesvos (for Catholics) Lesvos

1  343. is also called Lesbos which is a Greek Island
   *Insert ¶ #*
2  located in the northern Aegean Sea. The region includes
3  the island of Lesbos, Chios, Ikaria, Lemnos, and Samos.
4  A third of Lesbians live in the capital, while the remainder
5  are in small towns & villages. The larges are Plomari (the
6  southernmost on Lesbos Island & not too far from Plomari is
7  the church of Agios Pantekimonas with the Saint Pantaleon
8  who is a saint over physicians, apothecaries, midwives, livestock,
9
10 344. lottery, lottery winners and victories, lottery tickets; invoked
    *Insert ¶ #*
11 against headaches, constipation, beasts, witchcraft, accidents
12 and loneliness; helpers for crying children). Kalloni is
13 after Plomari then Gera Villages (Gera lesbos is named after
14 a lesbian city called Hiera (sounds like hierarchy) that may have been
15 Portus Hieraeus). After Gera there's Agiassos, Eresos, and
16 Molyvos (the ancient Mythimna) all this falls under
17 Saint Valentine (Valentines Day). **✶ ✶✶** Now, let's talk
18
19 345. about names and death because this will prove a point
    *Insert ¶ #*
20 I will make later on in the packet. The Catholic Encyclopedia
21 and other hagiographical (is a biography of a saint or an
22 ecclesiastical leader, as well as, by extension, an adulatory
23 and idealized biography of a preacher, priest, founder, saint,
24 monk, nun or icon in any world's religions (NOT the REAL
25 thing because this is IDOLATRY & WORSHIP OF THE DEAD).
26 Christian hagiographies ascribed to men and women are
27 canonized (declaration of a deceased person as an officially recognized

115
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  346. saint) by the Roman Catholic, Eastern Orthodox,
   *Insert ¶ #*
2  Oriental Orthodox Churches, and the Church of the
3  East (is also called East Syriac Church, Church of Seleucia-
4  Ctesiphon, the Persian Church, the Assyrian Church, the
5  Babylonian Church, or the Nestorian Church was the
6  Eastern Christian Church of the East Syriac Rite based
7  in Mesopotamia. It was one of three major branches of Eastern
8  Christianity that arose from the Christological controversies of
9

10  347. the 5th & 6th centuries, alongside the Oriental Orthodox Churches
   *Insert ¶ #*
11  and the Chalcedonian Churches (whose Eastern branch became
12  Eastern Orthodox Church.) Since the latter half of the 20TH
13  century three churches in IRAQ claim the heritage of
14  the Church of the East. Meanwhile, the East Syriac churches
15  in India claim the heritage of the Church of the East
16  in India.) The East Syriac Churches or East Syrian
17  Rite also called the Edessan Rite, Assyrian Rite, Persian
18

19  348. Rite, Chaldean Rite, Nestorian Rite, Babylonian Rite
   *Insert ¶ #*
20  or Syro-Oriental Rite is an Eastern Christian liturgical rite.
21  It originated in Edessa Mesopotamia however it is now
22  the Church of the East and established themselves in
23  modern-day Kerala. The Church of the East and Catholic
24  Church split in 431 AD through the Council of Ephesus, in
25  1994 the Assyrian Church Patriarch Mar Dinkha IV
26  and Pope John II signed a common declaration in Vatican.
27  The Common Christological Declaration (1994) document
28

349. asserted that the split that occurred due to the Council *Insert ¶ #* of Ephesus in 431 was "due in large part of misunderstandings," affirmed for both that "CHRIST IS TRUE GOD and TRUE MAN," then recognized "each other as sister churches" and vowed to resolve remaining differences. ✱ Now returning to my explanation of hagiographes it is when men & women are canonized as saints. The Roman Catholic, Eastern Orthodox, Oriental Orthodox, and Church of the East

350. that canonize deceased human names as saints in the *Insert ¶ #* Christian Church (this IS IDOLATRY & WITCHCRAFT) Now, the other religions that also create and maintain hagiographical text concerning saints, gurus and other individuals believed to be imbued with sacred power is Buddhism, Hinduism, Taoism, Islam, Jainism, and Sikhism (such as Sikh Janamsakhis (biography of Guru Nanak - the founder of Sikhism who travelled as a missionary) and went to mythical places

351. such as Mount Meru (sacred mountain of Hindu, Jain, and *Insert ¶ #* Buddhist cosmology which is the center of their spiritual universe) The last part presents him as settled in Kartarpur with his followers. Sikh writers were competing with mythological stories about Muhammad created by Sufi Muslim in Medieval Punjab region of South Asia). Hagiographic works, especially those of the Middle Ages (in the history of Europe the middle ages lasted from the 5ᵗʰ to the late 15ᵗʰ century while aligning with the post-classical period of global history.)

32. The Middle Ages can incorporate a record of institutional
Insert ¶#
and local history, and evidence of popular cults, customs,
and traditions. However, when referring to modern, non-
ecclesiastical works, the term hagiography is often used
today as a pejorative reference to biographies and
histories whose authors are perceived to be uncritical
or excessively reverential toward their subject. **
** So as you can see every saint that has been

33. canonized in these churches, religions, and other
Insert ¶#
forms of spirituality such as occultism, paganism,
and any form of mysticism that may fall under
the above ritualism that occurs in these churches
all are very symbolic in the everyday life of humanity.
Let me explain myself to help you further understand
what I mean. In 1994, The Common Christological Declaration
was signed that affirmed that "CHRIST IS TRUE GOD and

34. TRUE MAN" due to a misunderstanding from the past.
Insert ¶#
But when I see a title such as: The Common Christological
Declaration after seeing what's all connected to the foundation
of the parties involved I see the perversion of a sick person's
mind hidden in plain sight. I see: "The cummin Crysto(Crystal)
logical D clar "(Clair is a civil parish in Madawaska County,
New Brunswick, Canada. The parish has bodies of water at least
partly in the parish: Saint John River and Thompson Lake. Saint
John River (Bay of Fundy is a bay between Canadian provinces of

355. of New Brunswick and Nova Scotia, with a small portion
Insert ¶ ii
touching the U.S. State of Maine. It is an arm of the
Gulf of Maine. The River Sources are ① Dig Salmon River,
② The Magaguadavic River is known as the "River of Eels" once you translate
the words "Malisect/Passamaquoddy. Passamaquoddy had an oral
history supported with visual imagery. This indian tribe has been
forced off their original lands from the 1800s. They have lived on
off reservation trust lands in Five Maine counties such as ③ Somerset

356. County, Franklin County ② (the county seat of farmington old territory of
Insert ¶ ii
the Canibas tribe of Abenaki Indians a group from Topsham. The
town border the towns of Industry, New Sharon, Chesterville,
Wilton, Temple, Strong, and New Vineyard. Franklin County
Sites of Interest is Fromacre and Hiram Ramsdell House (called
the octagon has located on High and Perham street. The house was
built in 1850 by mason Cyrus Ramsdell). Franklin County was
named after Benjamin Franklin. The county high point is Sugarloaf

357. Mountain which is the 3rd mountain with the highest peak after
Insert ¶ ii
Katahdin's Baxter and Hamlin Peaks. Sugarloaf is south by Spaulding
Mountain & Sugarloaf mountain is in Carrabassett Valley
where Crocker mountain is as well (The Appalachian Trail
crosses the western side of the town, climbing the slopes
of Sugarloaf Mountain and the summit of Crocker
Mountain). ③ Hancock County was named after John
Hancock. In Hancock County they have Cadillac Mountain
which is located on Desert Island. ① Penobscot County

119
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

358 . and ⑤ Charlotte County which was named after Queen Charlotte.
Insert ¶ ⑪
These were the five counties that the Passamaquoddy Indians
lived in Maine. Returning to the Magaguadavic River in
York County here's what I find in York County Saint John
River and the Southwest Miramichi River (this river has it's
origin in Carleton County. Under Miramichi you'll find the
Tributaries on which you will see Cains River which then flows
through Crown land that is territorial area belonging to the monarch

359. of who has the Crown. Crown land provides the country
Insert ¶ ⑧
and the provinces with the majority of their profits from
natural resources. In province Alberta, Crown land, also
called public land is territory registered in the name of "His
Majesty the King in right of Alberta (Charles III). Alberta,
Canada has the Rocky Mountains which was the home to
the indigenous people such as Indian tribes. Rocky Mountains
have lake of the Woods. Lots of Woods also have Islands

360. and I will name a few: Copeland Island aka Camp
Insert ¶ ⑧
Stephens, Brush Island, Chapel Island, Magnusons
Island site of the restored Fort St. Charles, Massacre
Island, Ontario which is marked by a large wooden cross
in the middle of the Island. In Australia, The
Crown land is Victoria which is governed by Charles III.
* Now, returning back to Saint John River (Bay of Fundy)
is a part of the border between New Brunswick and
Maine. New Brunswick Settlements are ① Edmundston

361 . which is a city in Madawoska County, New Brunswick, Canada. In 1851 it was named Edmundston after Sir Edmund Walker Head who was Lieutenant Governor of New Brunswick. under the monarch of Victoria. In 1857 he was Privy Councillor and 1860 he was Knight Commander of the Order of the Bath. ② Saint John is a seaport city located on the Bay of Fundy in the province of New Brunswick, Canada. It is Canada's

362. oldest incorporated city, established by royal charter on May 18, 1785 during the reign of George III. The Reversing Falls are a series of rapids on the Saint John River located in Saint John, New Brunswick, Canada. This city is named after Saint John the Baptist who was canonized by the Dicastery for the Causes of Saints.) ✕✕✕ Returning to The Common Christological Declaration So I can get to my point about ritualism, occultism, paganism,

363. and mysticalism. The Common Christological Declaration or my view of their hidden perversion. The Common+ Crysto (crystal) + Logical + D+ Clair + ation= The seeming crystal mind deceived clear action, The coming Christ mind did clear action, or The coming Christ mind deception (devils agenda to keep Kingdom). All this was to show how the Church has raised up all these false gods to use in the form of witchcraft in order to attempt to deceive the people about Christ Jesus being the true messiah. The worship

34. of the dead being witchcraft and the names of the individual who is canonized as a Saint comes with certain attributes and are the saints over certain categories, so whoever is born under that name is controlled by the church (Roman Catholic) in their attempt to keep the Kingdom. The witchcraft is systematic (digital because the universe is the abode of Satan and his demons) Ephesians 2:2-5 Wherein in time past ye walked according to the course of this

35. world, according to the prince of the power of the air, the spirit that now worketh in the children of disobedience ③ Among whom also we all had our conversation in times past in the lusts of our flesh, fulfilling the desires of the flesh and of the mind; and were by nature the children of wrath, even as others ④ But God who is rich in mercy, for his great love wherewith he loved us, ⑤ Even when we were dead in sins,

36. hath quickened us together with Christ, (by grace ye are saved); ✳ The prince of the air is a spirit that is contrary to the Holy Spirit. The Holy Spirit is a teacher, comforter, friend, is gentle, etc but that other spirit is controlling, misleading, deceptive, subtle, manipulative, etc. The Holy Spirit does not have to use technology, science, astrology, tarot cards, etc. to direct humanity and the Holy Spirit is a revealer of ALL truths. However, the

182
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  367. prince of the air is using the same trick that
2  Insert ¶ #   the serpent used in the garden. #1 Sound, #2 Twisting the
3  Word #3 driving people into enslavement to his lies while
4  driving people away from the presence of God. Let me
5  show you what I mean with four words that will
6  #1. sound similar but not the same  #2 twist the words
7  #3 one pair will be on a higher level because God is in
8  it and the other pair will be on a lower frequency level

10  368. even though you can use both words in unlimited ways.
11  Insert ¶ #  Here's the 1st pair of words: Vows and Covenant
12  Here's the 2nd pair of words: Vowels and Consonant
13  Pair #1 moves on a higher frequency because God is the
14  WORD (John 1:1 - In the beginning Was the Word, and the
15  Word was with God, and the Word was God. John 1:14
16  And the Word was made flesh, and dwelt among us,
17  (and we beheld his glory, the glory as of the only begotten
18
19  369. of the Father,) Full of grace and truth) since God
20  Insert ¶ #  is the Word that means that Vows represent 2 people
21  promise to each other to become 1 in their Covenant
22  with God (2 becoming 1) which is Unity. Pair #2
23  moves on a lower frequency because SPELLING is the
24  WORD). Vowels is the pronunciation that is the sound
25  of the letter and Consonant is the agreement between
26  the letters in order to define the word. However you
27  must spell the words correctly in order to get an understanding.
28

Ex: NUN = a female          * Do you see how easy it was
NUN = a male monk       to change vows and consonants
none = Nothing            to get different words & Results ↓↓↓
Si = yes
see = look               * God's Word stays the same with power
Sea = water              unless man use Gods word to manipulate
                         the hearts of humanity

370. Finally, to wrap up Valentines Day because its paganism
Insert ¶ #
I like to say Loving somebody isn't 1 time a year. Love
takes work because in order to Love, you have to spend
time with God. Love cannot be bought (not real love)!
However, LOVE can be sacrificial not destructive. John 3:16-
For God so LOVED the world that He gave His only begotten
son that whosoever believeth in Him should not perish
but have everlasting life. 1 Peter 4:8 -And above all

371. things have fervent charity among yourselves: for
Insert ¶ 8
charity shall cover the multitute  of sins. 1 Peter 4:9-
be hospitality one to another without grudging.
Romans 5:5 And hope maketh not ashamed; because
the love of God is shed abroad in our hearts by
the Holy Ghost which is given unto us. Proverbs 13:12-
Hope deferred maketh the heart sick: but when
the desire cometh, it is a tree of life. 1 Corinthians 11:3-

372. But I would have you know, that the head of every
Insert ¶ #
man is CHRIST, and the head of the woman is the
man; and the head of Christ is God. ** Basically,
Valentines Day is a day of idol worship even though
we celebrate our loved ones. But in all reality on Valentines
Day we are actually celebrating St Valentine and what he(they) stood
for which was epilepsy, Lesvos (lesbians), mentally ill people, plagues,
and everything else I placed under this category. In fact, this
goes for every holiday, church, and religion that has saints (idols).
Romans 1:25 who changed the truth of God into a lie, and worshipped and
served the creature more than the                Creator, who is blessed for ever Amen.

※ Is Easter about Jesus or Ishtar?

373. ※ **Easter** "The Celebration of the Resurrection of Jesus Christ"
*Insert ¶ #*
Easter, also called Pascha or Resurrection Sunday, is
a Christian Festival and cultural holiday commemorating
the resurrection of Jesus from the dead, described
in the New Testament as having occurred on the third
day of his burial following his crucifixion by the Romans
at Calvary c. 30 AD. It is the culmination of the Passion
of Jesus Christ, preceded by Lent (or Great Lent), a 40-d

374. period of fasting, pray, and penance. Celebrations consist
*Insert ¶ #*
of church services, festive family meals, Egg decoration/egg
hunt, and gift-giving. Easter is related to Passover (Jewish
holiday that celebrates the Biblical story of the Israelites escape
from slavery in Egypt.), Septuagesima, Sexagesima, Quinquagesima,
Shrove Tuesday, Ash Wednesday, Clean Monday, Lent, Great
Lent, Palm Sunday, Holy Week, Maundy Thursday, Good
Friday, and Holy Saturday which leads up to Easter, and

375. Divine Mercy Sunday, Ascension, Pentecost, Trinity Sunday,
*Insert ¶ #*
Corpus Christi (day of the Most Holy Body and Blood of
Christ), and finally Feast of the Sacred Heart which
follow it. The Easter Bunny was first mentioned in Georg Franck
von Franckenaus De ovis paschalibus (About Easter eggs)
in 1682 referring to a German tradition of an Easter
hair bringing eggs for the children. In ancient times, people
believed the hair was a hermaphrodite (both sexes)(Easter Bunny).
Easter eggs symbolize the empty tomb of Jesus, from which

125

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

376. Jesus was resurrected because people saw eggs as a
Insert ¶ #
traditional symbol of fertility and rebirth. The christian
church officially adopted the custom, regarding the eggs as
a symbol of the resurrection of Jesus, with the Roman Ritual,
the first edition of which was published in 1610 but which
has texts of much older date, containing among the Easter
Blessings of food, one for eggs, along with those for lamb,
bread, and new produce. In 1874 German philologist
377
Adolf Holtzmann stated "The Easter Hare (Bunny) is
Insert ¶ #
unintelligble to me, but probably the hare was the sacred
animal of Ostara the goddess. In 1961 Christina Hole
wrote, "The hare was the sacred beast of Eostre (or Eastre), a
Saxon goddess of Spring and of the dawn. Ostara and
Eostre are the same, and theories tried connecting Eostre
with re ___ of Germanic Easter customs, including hares
and eggs however Eostre/Ostara are venerated in some

378. forms of Germanic neopaganism. ✱✱✱ Ishtar?
Insert ¶ #
Ishtar Terra is the second largest of the three continental
terrae regions on the planet Venus, the others being
Aphrodite Terra and Lada Terra. Ishtar is a highland
region named after the Akkadian goddess Ishtar (the
Akkadian Empire was the first ancient empire of
Mesopotamia, succeeding the long-lived civilization of
Sumer (earliest known civilization of Mesopotamia (now south-central
Iraq). Ishtar also known as Inanna is the Mesopotamia goddess

Civil Rights Complaint Pursuant to U.S.C. § 1983

379. of love, war, and fertility. She is also associated with
Insert ¶#
beauty, sex, divine law, and political power. Her title was
"The Queen of Heaven. Her planet is Venus, a few of her
cult centers are Uruk, Agade, & Ninev L; her abode is
heaven, and her symbols are hook-shaped knot of reeds,
eight-painted star, lion, rosette, dove. Individuals who went
against the traditional gender binary (male/female) were heavily
involved in the cult of Ishtar (Inanna). During Sumerian

380. times, a set of priests known as gala worked in Inanna's
Insert ¶#
temples, where they performed elegies and lamentations.
Men who became gala sometimes adopted female names.
Some Sumerian proverbs seem to suggest that gala had
a reputation for engaging in anal sex with men. During
the Akkadian period servants of Ishtar dressed in female
clothing and performed war dances in Ishtar's temples.
Several of the Akkadian proverbs suggests that

381. they may have also had homosexual proclivities.
Insert ¶#
In another Akkadian hymn, Ishtar is described as
transforming man to women.✶ With all this being
said, Easter/Inanna is another false religion
with pagan gods that hid behind Jesus Christ
so they could still the glory. Plus, all there different
season s/holidays are false prophets who represent
witchcraft but haven't came out and told the truth about
themselves in order to validate their insecurity now to finally

332. finalize this topic on Easter paganism and
Insert ¶ # Ishtar by saying "The cult of Ishtar was long
thought to have involved "sacred prostitution", "temple
prostitution", "cult prostitution", and "religious prostitution"
which are purported rites consisting of paid intercourse
performed in the context of religious worship. In Ancient
East these ceremonies were a part of the regions of
Sumer for the goddess Ishtar, & Babylonia for the

333. goddess Aphrodite. The terms associated with
Insert ¶ # "Temple Prostitution" is : Abbess, Priestess, NUN, Hierodule
Priestess, Cult Prostitute, A Class of Women, and Prostitute.
The Hittites practiced sacred prostitution as a part of a
cult of _____, including the worship of a mated pair
of deities, a bull god ("My opinion Baphomet) and a lion
goddess, the mother goddess became prominent, representing
fertility, and (in Phoenicia) the goddess who presided over

334. human birth. Venus was a temple of temple prostitution
Insert ¶ # in Rome during the 4ᵗʰ century when Emperor Constantine
closed down her temples. In India (Devadasis) are temple
priestess/prostitutes. In Japan "Miko" is a young priestess
also known as a shrine maiden (prostitute). In Maya (southern
Mexico, Guatemala, and Northern Belize) they had several phallic (
relating to a penis) religious cult possibly including homosexual
temple prostitution. In Aztec (now central & southern Mexico)
they had prostitutes (pleasure girls). In Inca civilization

Civil Rights Complaint Pursuant to U.S.C. § 1983

385. which is South America countries (Peru, Bolivia, Ecuador, Colombia, and Argentina) they dedicated young boys as temple prostitutes. The boys were dressed in girl clothing (transexual/Dionysus behavior). The chiefs and head men would have ritual sexual intercourse with them during religious ceremonies and on holy days. Some people even use Sex magic which is sexual activity used for witchcraft purposes (gotta be careful because you don't know people true motives) * In South Asia, Hijra

*Insert ¶ #*

386. are eunuchs, intersex people, or transgender people who live in communities that follow a kinship system called guru-chela-system (this is the Indian subcontinent). In Pakistan, they are known as Khawaja sira. In the Islamic spirituality they respect the term Khawajasira for transgender. India, Pakistan, and Bangladesh have a limited protection for such individuals. *** Wow, do you see the Harlotry of the System that's been governing humanity? These holidays, systems, and religions

*Insert ¶ #*

381. are ridiculous for prostituting the church for their own lustful desires and self gain. JESUS CHRIST OF NAZARETH is the ONE &ONLY TRUE LIVING GOD. It's time these people stop pretending to be GOD'S (HOSEN) because humanity is broken and in need of some healing but WHO & WHAT BROKE US CANNOT HEAL US and it's time they stop pretending like they can as they make money on our down falls that they caused. # REAL TALK! YOU'RE FORGIVEN but NOW YOU MUST STOP PLAYING GOD! 129

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Saint Patrick's Day!!

388. Saint Patrick was a fifth-century Romano-British

Insert ¶ #

Christian missionary and bishop in Ireland. Known as the "Apostle of Ireland," he is the primary patron saint of Ireland, the other patron saints being Brigid of Kildare and Columba. Patrick wasn't canonised however he is venerated as a saint in the Catholic Church, the Lutheran Church, the Church of Ireland (part of the Anglican Communion), and in the Eastern Orthodox

389. Church, where he is regarded as equal to the apostles

Insert ¶ #

and Enlightener of Ireland. *** Saint Patrick was born in Roman or sub-Roman Britain then he died in Ireland His attributes are: crozier, mitre, holding a shamrock, carrying a cross, repelling serpents, harp. St Patrick is the patronage saint of Ireland, Nigeria, Montserrat (it is nicknamed "The Emerald Isle of the Caribbean" both for its resemblance to coastal Ireland and for the Irish ancestry of many of

390. its inhabitants) Montserrat's Anthem is "God save the

Insert ¶ #

King" and their national song is "Motherland". The capital of Montserrat is Plymouth which is a ghost town. Plymouth motto is: "God save the Queen" Due to Plymouth being the capital and a ghost town, there's a new capital under construction at Little Bay, with nearby Brades serving as the capital for the time being. After the establishment of the first European colony on the island in 1632, St Anthony's Church was established in Plymouth in 1636 (this St Anthony's isn't Catholic) however

391. Anthony Brisket was an Irish man who went to England
to get money to build an Anglican church. The church was built
several times due to earthquakes and hurricanes and as
of 2024, the church is buried deep in the ash. ✳ Little Bay
is a port town under construction to be the future capital
of the Island Of Montserrat. ✳ Brades has been the
capital on Montserrat since 1998 with an approximate population
of 1,000 people and the majority are Black ✳ The Witchery

392. about Montserrat is that its Motto is God Save the King"
as an anthem and the national song is "Motherland" but when
you go to Plymouth (the original capital) it is a ghost town with
the motto "God save the Queen" and its nickname is: The
Emerald Isle of the Caribbean". Now in Plymouth, the
ghost town is also where St Anthony's the Anglican
church is buried under ash. On September 17, 1989
hurricane Hugo struck Montserrat destroyed a 130-foot

393. stone jetty in Plymouth's harbour and destroyed many
other buildings. After the hurricane in 1989, Montserrat
was hit by volcanic eruptions in 1995 which caused ash
to fall across a wide area of Plymouth ✳ Now, let me break
this down, Montserrat is governed by the United Kingdom
however its in the caribbean sea near Venezuela, Puerto Rico, (U.S)
Dominican Republic, Haiti, Jamaica & Cuba before reaching
the United States. So, on August 26, 1988 I was born in
Compton CA (mind you there is a Compton Surrey England).
Also, I was born at Dominguez Hospital in Compton CA.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  394. On September 17, 1989 (the year of my birth) my partner
Insert ¶ #
2  who has Dominican in his bloodline turned 9 years old, this
3  is also the same day that Plymouth the capital of Montserrat
4  got hit by hurricane hugo. Montserrat Motto is "God Save
5  the King," the national anthem is "Motherland", and Plymouth's
6  motto is "God save the Queen" and its nickname is "Emerald
7  Isle of the Caribbean." Basically, the U.K. governs Monserrat
8  however their anthem is Motherland when we all know that
9

10  396. Africa is the "REAL MOTHER LAND" so this sounds like
11  Insert ¶ #  somebody is trying to pretend to be who they are not. This
12  is buried in the Caribbean Sea meaning CA+RIB+BEAN
13  which means the false Mother has displaced the title,
14  matter from its true foundation and placed it upon herself; this
15  also reflects the church being in ROME instead of in Israel.
16  Also, this shows the world being turned in the wrong direction
17  because its backwards, the backwardsness seemed beneficial
18

19  396. for many such as White, Hispanic, Indian, & Chinese, etc.
20  Insert ¶ #
21  however in reality, even though it was designed to affect,
22  confuse, & misdirect the blacks, all it did was change the whole
23  world from the foundation of truths into a perverted lie (that's
24  why everybody else was able to cheat in attempt to steal
25  the inheritance because they knew more about the Blacks
26  history than the blacks did, due to alot of deception). In fact,
27  to prove this claim from this topic; I'd like to add that
28  after Plymouth got hit by hurricane (Hurry Cane) Hugo

173
Page Number

397. Its 180-foot stone jetty fell into Plymouth's harbour
Insert ¶ II and destroyed other buildings and became a ghost town.
This kind resemble how God destroyed the tower of Babel, changed
their languages (which you see 3 languages), and scattered them
throughout the earth. *Now, remember that St Anthony's
Church (none catholicism) was planted in Plymouth in 1630
by an Irish man named Anthony Brisket. However, right before
1636, in the year 1619 the term "computer" was used to define a

398 person who knew how to calculate or keep books.
Insert ¶ # Then, fasting forward to 1636, add 140 years that will
then lead us to the year 1776 which is when they broke
away from King George III. So, basically what I got from
this knowledge is that it was premeditated prior to the Blacks
arrival in America in 1776 (now that's just my assumption).
The calculations do add up pertaining to my assumption due
to the fact that in the 1500's there was a line of separation

399. drawn in the Catholic church due to claims of the misuse
Insert ¶ # of power while leading the members to believe that they can
pay to receive a lesser penalty. This is what brought upon
the church dividing and the Protestants going their
own way especially because they don't believe in the pope
playing the middle man, as if the Pope is God. The only
issue with this whole situation is that this goes to show
that the Catholic Church DID NOT accept the church people
wanting to separate because He had his own evil

/33
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

400. agenda in mind. Technically, the Roman Catholic's agenda
*Insert ¶ #*
was to overtake humanity, conquer the lands, place his
and other people in positions that surround who he
considers as outsiders. So, the only way to get away
from here is to face the process of the journey that
fulfills Biblical prophecy. This, is why the end time battle
comes to play because the sorcery of the Roman Catholics.
In fact, right now we see the truth unfolding before

401. our eyes every day. What we see right now is the
*Insert ¶ #*
end time battle, the antichrist deceiving the entire
world, and a fight to overcome the deception at hand
Even, when you go to Revelation 12:1-6 it says: And there
appeared a great wonder in heaven; a woman clothed with
the sun, and the moon under her feet, and upon her head
a crown of twelve stars: ②and she being with child cried,
travailing in birth, and pained to be delivered. ③And there

402. appeared another wonder in heaven; and behold a
*Insert ¶ #*
great red dragon, having seven heads and ten horns, and
seven crowns upon his heads. ④And his tail drew the
third part of the stars of heaven, and did cast them to the
earth: and the dragon stood before the woman which was ready
to be delivered, for to devour her child as soon as it was born.
⑤And she brought forth a man child, who was to rule all
nations with a rod of iron: and her child was caught up
unto God, and to his throne. ⑥And the woman fled into

Civil Rights Complaint Pursuant to U.S.C. § 1983



403. the wilderness, where she hath a place, prepared of God,
*Insert ¶#* that they should feed her there a thousand two hundred
and threescore days. ✱✱ As you can see, they attempted
to create a false version of Revelation by placing people
in positions that would adhere to their agenda, cause the
world to believe that other women were that great wonder
in heaven (stealing worship again by falsifying identities)
and that the true person was the red dragon. To break

404. it down using religion is you had people who were working
*Insert ¶#* for the red dragon (systematically) that worked to get rid
of the black protestant church, to steal the inheritance,
and to attack Israel. Roman Catholics used sorcery,
the bible, etc. in order to attempt to be that woman
however the results (fruit) that come from such evil has
only been lack, perversion, drugs, violence, & pride.
The reason this is so is because you know a tree by its

405. fruit. The fruit that came forth has been demonic,
*Insert ¶#* mind controlling & deceptive, etc. With all this being
said, open your eyes and see the truth so that
we know it was only by God that turned this whole
situation around. Also, must I add that while they
were pretending to be me, they were destroying the
land as well while blackmailing me.

The Living WORD vs Hypnosis Twisted Truth

1  406. Genesis 2:18-25 ⑱And the LORD God said, It is not good
2  *Insert ¶#* that the man should be alone, I will make him an help
3  meet for him. ⑲And out of the ground the LORD God
4  formed every beast of the field, and every fowl of the
5  air; and brought them unto Adam to see what he would
6  call them: and whatsoever Adam called every living
7  creature, that was the name thereof. ⑳And Adam gave
8  names to all cattle, and to the fowl of the air, and
9
10 407. to every beast of the field; but for Adam there
11 *Insert ¶#* was not found an help meet for him. ㉑And the LORD
12 God caused a deep sleep to fall upon Adam, and he
13 slept: and he took one of his ribs, and closed up
14 the flesh instead thereof: ㉒and the rib, which the
15 LORD God had taken from man, made he a woman,
16 and brought her unto the man. ㉓And Adam said,
17 This is now bone of my bones, and flesh of my flesh:
18
19 408. She shall be called Woman, because she was taken out
20 *Insert ¶#* of Man. ㉔Therefore shall a man leave his father and
21 his mother, and shall cleave unto his wife: and they
22 shall be one flesh. ㉕And they were both naked, the
23 man and his wife, and were not ashamed.
24     * EXPLANATION
25 Genesis 2:18 The LORD said it wasn't good for the man to be alone,
26 so he decided to make him a partner. (Amos 3:3 Can two walk together
27 except they be agreed?) Then God formed animal out of the ground

136
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

407. (just like he did when he took the dust of the ground to create
Insert ¶ Adam but there was one thing God didn't do to the animals like he
did to Adam and that was to breathe the breath of life within
them; so that is why he had Adam name the animals which
made the animals subject to Adam's authority) Once Adam was
done naming the animals the LORD still acknowledged that
there was not a help meet (partner) for Adam which means
that the animals are not his help meet because they are

410. on a lower level than the stance of Adam's authority.
Insert ¶ # That's when the LORD caused a deep sleep to fall upon Adam,
and he slept; and he took one of his ribs, and closed up the
flesh instead thereof (Genesis 2:21). * Now let me break down
this verse real quick: the LORD caused a deep sleep to fall upon
Adam... this saying is speaking on a physical form of sleep
which can be manifested in subconscious ways like as a trance.
Trances manifest in the form of mysticism which entails a direct

411. connection, communication and communion with the divine;
Insert ¶ # yoga, sufism, shaman, umbanda, crazy horse, etc are different
groups that use mysticism which alters the subconscious mind.
In the military there's a such thing as "battle trance" thats a
mental state when combatants do not feel fear and pain,
they lose their identity and acquire a collective identity.
You also have hypnotherapy which is a type of mind-body
intervention. Hypnosis is used to create a state of focused attention
and increased suggestibility in the treatment of a medical or

Civil Rights Complaint Pursuant to U.S.C. § 1983



1  412 . psychological disorder or concern. Next, the word Trance
   *Insert ¶ 11*
2  in American Christianity relates to power or presence, or the
3  indwelling of God, or Christ, or the spirits. In the 18th
4  century the Anglo-American Protestants awakening, brought about
5  the psychology of religion, which consists of the application of
6  psychological methods and interpretive frameworks to the diverse
7  contents of religious traditions as well as to both religious and
8  irreligious individuals. Some of these experiences consist of
9
10  413 . uncontrolled bodily movements (fits, convulsions, catalepsy);
    *Insert ¶ 11*
11  spontaneous vocalizations (crying out, shouting, speaking in tongues);
12  unusual sensory experiences (trances, visions, voices, clairvoyance
13  out-of-body experiences); and alterations of consciousness
14  and/or memory (dreams, mesmeric trance, mediumistic trance,
15  hypnosis, possession, alternating personality. Trance like
16  states are often interpreted as religious ecstacy or visions.
17  Some of the techniques vary from prayer, religious rituals,
18
19  44 . meditation, breathwork, physical exercise, sexual intercourse
    *Insert ¶ 11*
20  MUSIC, DANCING, sweating, fasting, thirsting, and the
21  consumption of psychotropic drugs such as cannabis.
22  Sensory modality is the channel or conduit for the induction
23  of the trance. Benevolent, neutral, and malevolent
24  Trances may be induced by different methods: (A) Auditory:
25  driving through the sense of hearing by chanting, auditory
26  storytelling, overtone singing, drumming, music, etc. 
27  (B) Disciplines: Meditation, Yoga, etc. (C) Gustatory:
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

415. driving through the sense of taste, and indigestion;
Insert ¶ #
including starvation, herbs, hallucinogens, and drugs.
D) Kinesthetic: driving through the sense of feeling
and movement. E) Miscellaneously: traumatic accident,
sleep deprivation, nitrogen narcosis (deep diving), fever,
by the use of a sensory deprivation tank or mind-control
techniques, hypnosis, meditation, prayer, etc. F) Naturally
occurring: dreams, lucid dreams, euphoria, ecstasy, psychosis

416. as well as purported premonitions, out-of-body experiences,
Insert ¶ #
and channeling. G) Olfactory: driving via scent through the
sense of smell by perfume, pheromones, incense, flowers,
pollen, indeed any scent for which we have an association or
memory, etc; H) Photic or Visual: driving through the sense of
sight by yantra, visual story telling, mandala, cinema, theater,
art, architecture, beauty, strobe lights, form constants, symmetry.
I) AUDITORY Driving and AUDITORY art: Charles Tart

417. provides the definition of auditory driving as being the
Insert ¶ #
induction of trance through the sense of hearing, this process
is known as ENTRAINMENT (Brainwave entrainment refers to the
observation that brainwaves will naturally synchronize to the
rhythm of periodic external stimuli, such as flickering lights,
speech, music, or tactile stimuli. As different conscious states
can be associated with different dominate brainwave frequencies
it is hypothesized that brainwave entrainment might induce a desired state.)
Back to auditory driving and auditory art; it says the usage

139
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

418. of repetitive rhythms to induce trance states is an ancient
*Insert ¶ ii* phenomenon. Throughout the world, shamanistic practitioners (the
word shamanism derives from the Russian word samán, which
itself comes from the word samãn from a Tungusic language that is
spoken by Tungusic people who are native to Siberia, China, and Mongolia.
The Tungusic people are categorized under Southern Tungusic
and Northern Tungusic; both of these categories have sub-categories.
When you look up southeastern Tungusic there's a group called

419. Nanaic Group. Nanai also means "NaNa" (Nana is the
*Insert ¶ ii* nickname my mother called me). In the southeastern
Tungusic peoples they also have under the Nanai (Gold, Goldi (which
are one of the ethnic groups within the people's republic of China and
the Russian federation) & Hezhen) after this group comes (Akani meaning
Brother, Birar which is a village in India, & finally the last word
is Samagir). The last group in southeastern Tungusic is the Amur
group which divides into Upper Amur, Central Amur, and

420. Lower Amur. Ⓐ Upper Amur has the right-bank Amur (a
*Insert ¶ ii* river), Sungari meaning SUGAR (a river), and Bikin (Usuri)
in which Bikin (Usuri) means the ceremony (Usuri (a river).
Next group is Ⓑ Central Amur which has Sakachi-Alyan (also called
Sikachi-Alyan & is a small Nanai village in Russia), Naykhin (he is
of standard Nanai but not identical) Naykhin is a city in Russia, and
Dzhuen (a city in Russia). Finally we have Lower Amur has
Bolon (a lake), Ekon, and Gorin (a river in Russia). The
Amur River is the tenth largest river in the world and it's

Civil Rights Complaint Pursuant to U.S.C. § 1983

421. nickname is Black Dragon River. This Amur River also
Insert ¶ #
was a political body called the "Amur River Society" or the "Black
Dragon society." This society was founded in Japan in 1901.
During the Russo-Japanese War, annexation of Korea, and Siberian Intervention,
the Imperial Japanese Army made use of Black Dragon Society for
espionage, sabotage, and assassination. The Black Dragons waged
a very successful psychological warfare campaign in conjunction
with the Japanese military, spreading disinformation and propaganda

422. throughout the region (Seems as if this is another repeat when
Insert ¶ #
it comes to China and the industries propaganda and disinfortion that's
being spewed out through mainstream media). Methods of psychological
warfare consists of: Demoralization, Propaganda radio stations,
Renaming cities and other places when captured, such as the
renaming of Saigon to Ho Chi Minh City after Communist
victory in the Vietnam War (*This is how people have taken other
peoples land and labeled it their own), false flag events (this is

423. an act committed with the intent of disguising the actual source
Insert ¶ #
of responsibility and pinning blame on another party), terrorism
the threat of chemical weapons (this would be chem trails,
drugs, etc in today's time), Information Warfare (fake news,
social media information, reality shows, television, etc is promoting
a lot of false Information). According to Daniel Lerner who was
in the Office of Strategic Services; most of these techniques were
developed during World World II or earlier, and have been used
to some degree in every conflict since. Lerner also divided the

141
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



424. psychological warfare operations into three categories, which are:
Insert ¶ "
White propaganda (omissions and emphasis): Truthful and not
strongly biased, where the source of information is acknowledged.
Gray propaganda (omissions, emphasis, and mild/ethical/religious
bias): Largely truthful, containing no information that can be
proven wrong; the source is not identified. Black propaganda
(commissions of falsification): Inherently deceitful, information
given in the product is attributed to a source that was not

425. responsible for its creation. ✶ Now that we understand
Insert ¶ "
psychological warfare let me explain Black Dragon's influence
after being disbanded in 1946. The Black Dragon Society was
reconstituted in 1961 by Omori Sogen as the Black Dragon
Club. Their influence in United States came through the Ethiopian
Pacific Movement and the Peace Movement of Ethiopia (both African-
American black nationalist organizations) claimed they were affiliated
with the Black Dragon Society. As a part of their effort to support

426. such organizations, the Black Dragon Society sent an agent,
Insert ¶ "
                                          Rogers
Satokata Takahashi (Sounds similar to Tekeshi 69 who was labeled a
snitch for telling and getting out of jail), to promote pan-Asianism
and claim that Japan would treat them as racial equals. Satokata
Takahashi became a patron of Noble Drew Ali and the Moorish
Science Temple of America, Elijah Muhammed and the Nation
of Islam, as well as the Pacific Movement of the Eastern World.

<u>142</u>
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

927. Genesis 1:1. In the beginning God created the heaven and the earth. John 1:1 - In the beginning was the Word, and the Word was with God, and the Word was God. Genesis 1:3 - And God said, let there be light: and there was light. Genesis 1:6 - And God said, let there be a firmament in the midst of the waters, and let it divide the waters from the waters. Genesis 1:9 - And God said, Let the waters under the heaven, be gathered

928. together unto one place, and let the dry land appear: and it was so. Genesis 1:14 - And God said, Let there be lights in the firmament of the heaven to divide the day from the night; and let them be for signs, and for seasons, and for days, and years: Genesis 1:20 - And God said, Let the waters bring forth abundantly the moving creature that hath life, and fowl that may fly above the earth in

929. the open firmament of heaven. Genesis 1:22 - And God blessed them, saying, Be fruitful, and multiply, and fill the waters in the seas, and let fowl multiply in the earth. Genesis 1:26 - And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. Genesis 1:27 - So God created man in his own image, in the image of God created

143

1  930. be him; male and female created he them. Genesis
   Insert ¶ #
2  1:28. And God blessed them, and God said unto them, Be
3  fruitful, and multiply, and replenish the earth, and subdue
4  it and have dominion over the fish of the sea, and over
5  the fowl of the air, and over every living thing that moveth
6  upon the earth. Genesis 2:16 - And the Lord God commanded
7  the man, saying, of every tree of the garden thou mayest
8  freely eat. Genesis 2:17 - But of the tree of the knowledge

9
10  931. of good and evil, thou shalt not eat of it: for in the
    Insert ¶ #
11  day that thou eatest thereof thou shalt surely die.
12  *** *** Lets explain what I take from these scriptures *** ***
13  Starting with Genesis 1:1 and John 1:1, these two scriptures
14  to me are the foundation of perversion when it comes to
15  the worlds system. See in Genesis 1:1 it says In the beginning
16  God created the heaven and the earth then in John 1:1 it says
17  In the beginning was the Word, and the Word was with God

18
19  932. And the Word was God. The perversion snuck in because
    Insert ¶ #
20  in the worlds system they twisted up the origin, purity, and
21  likeness of Gods Word in order to redefine the heaven and
22  earth. The backwardness comes in because the world puts
23  the heaven and earth before they put the Word which
24  is God. However, at the beginning of the Book it states in
25  Genesis 1:1 that God created the heaven and the earth. Then,
26  it goes to Genesis 1:3 and begins by saying God said... Now,
27  when you go to John 1:1 it says In the beginning was the
28  Word, and the Word was with God, and the Word was God.

433. So if in Genesis 1:1 it says God created the heaven and
*Insert ¶ #*
the earth; that is basically explaining that God visualized
what He was going to create. Genesis 1:3 And God said, Let there
be light: and there was light. This scripture is God teaching
us the power of words (God said, Let there be: and there was).
That's an example of the supernatural being manifested
into the natural realm. In other words, let's basically
say that is sound and movement. ✱ This is why music,

433. movies, dances, etc. can easily go from something
*Insert ¶ #*
that started off innocent and then become something
perverted. It's all about the vision (perception) of the
individual that is creating the art. Whatever, visual the
artist or creator had in mind while creating will be trans-
ferred to their content and whoever sees or hears that
artist's work will then either grow from it or become
destructive because of it. For example: The doctor tells

434. his/her patient that they have a sickness (remember the
*Insert ¶ #*
power of words) that's when the patient goes through a
mental shock at the doctors office and the first thing
the patient does is speak aloud what the doctor has
just said because they're questioning the doctor. However
what the patient doesn't know is by repeating the doctors
diagnosis aloud that they have just made a verbal contract
with the sickness and their body so the body begans
to manifest signs of the sickness because of their own
declaration, perception, and verbal agreement to their body for
the sickness. Proverbs 18:21 (145) Death and Life are in the

power of the tongue *Rights Complaint Pursuant to U.S.C. § 1983* and he that loveth
eat the fruit thereof. So it's the Spirit Realm B4 the Natural Realm (to be taught later)...

The serpent stole Her seed, Made them
His Own through Sorcery, Education, Jobs, etc

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

Insert ¶ : Romans 8:28 And we know that all things work together
for good to them that love God, to them who are the called
according to his purpose. Matthew 11:25 At that time Jesus answered,
and said, I thank thee, O Father, Lord of heaven and earth, because
thou hast hid these things from the wise and prudent, and hast
revealed them unto babes. ✱ Matthew 11:25 is why the Elite has always
went after the children. ① Looking for the lamb and bride in order

Insert ¶ : to pervert (twisted truth) their identity, image, and beliefs so that
the Elite could rob them of their destiny. ② to steal from the youth
their innocence (perversion as a weapon), creative ability from a pure form,
and to rob and/or kill and God given insight, visions, or dreams
(if they robbed them it was for capitalization and if they killed their
gift it is to make sure nobody could see their true motive, expose
their tactics, and overturn their position that was built from stolen

Insert ¶ : power) Matthew 12:24-27 ㉔ But when the Pharisees heard it,
they said, This fellow doth not cast out devils, but by Beelzebub the
prince of devils. ㉕ And Jesus knew their thoughts, and said unto them,
Every kingdom divided against itself is brought to desolation, and
every city or house divided against itself shall not stand: ㉖ And
if Satan cast out Satan, he is divided against himself; how
shall then his kingdom stand? ㉗ And if I by Beelzebub cast
out devils, by whom do your children cast them out? therefore they
shall be your judges. ✱ Matthew 12:24-27 = This passage of scripture is

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983